## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: E. Jean Carroll, Plaijntiff-Appellee v. Donald J. Trump, Defendant-Appellant    Docket No.: 23-1045

Lead Counsel of Record (name/firm) or Pro se Party (name): Michael T. Madaio, Esq., Habba Madaio & Associates LLP

Appearance for (party/designation): Defendant-Appellant, Donald J. Trump

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
     Parties: _____
[ ] Incorrect.    Please change the following parties' designations:
     Party                                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

[ ] This case has not been before this Court previously.
[✓] This case has been before this Court previously.    The short title, docket number, and citation are: _____
     E. Jean Carroll v. Donald J. Trump, Docket No. 20-3977, Citation No. 20-3977 (2d Cir. 2022)
[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: E. Jean Carroll v. Donald J. Trump, Docket No. 23-793

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on_____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Michael T. Madaio
Type or Print Name: Michael T. Madaio
     OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.