## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Carroll v. Trump                                                                                                    Docket No.: 23-1045

Lead Counsel of Record (name/firm) or Pro se Party (name): Roberta A. Kaplan, Kaplan Hecker & Fink LLP

Appearance for (party/designation): E. Jean Carroll, Plaintiff-Counter-Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
         Parties: _____
( ) Incorrect.    Please change the following parties' designations:
         Party                                                        Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.    The short title, docket number, and citation are: Carroll v. Trump, 20-3977; Carroll v. Trump, 20-3978. Carroll v. Trump, 49 F.4th 7 (2d Cir. 2022); Carroll v. Trump, 66 F.4th 91 (2d Cir. 2023).
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on August 14, 2019 _____ OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *[signature]*
Type or Print Name: Roberta A. Kaplan
         OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.