# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand twenty-three.

_____

E. Jean Carroll,

    Plaintiff-Counter-Defendant-Appellee,

v.

Donald J. Trump, in his personal capacity,

    Defendant-Counter-Claimant-Appellant.
_____

E. Jean Carroll,

    Plaintiff - Counter-Defendant- Appellee,

v.

Donald J. Trump, in his personal capacity,

    Defendant - Counter-Claimant- Appellant.
_____

**ORDER**

Docket No. 23-1045

Docket No. 23-1146

    IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

