# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1045; 23-1146

**Caption [use short title]**

**Motion for:** Stay Pending Appeal

**Set forth below precise, complete statement of relief sought:**

Defendant-Appellant respectfully requests a stay of the underlying proceeding pending resolution of the consolidated appeals, and, in particular, the viability of his presidential immunity defense.

E. Jean Carroll v. Donald J. Trump

**MOVING PARTY:** Donald J. Trump  
**OPPOSING PARTY:** E. Jean Carroll

☐ Plaintiff  ☑ Defendant  
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Michael T. Madaio  
**OPPOSING ATTORNEY:** Roberta Kaplan

[name of attorney, with firm, address, phone number and e-mail]

Habba Madaio & Associates LLP  
1430 US Highway 206, Ste. 240 Bedminster, New Jersey 07921  
T: (908) 869-1188; mmadaio@habbalaw.com

Kaplan Hecker & Fink LLP  
350 Fifth Avenue, 63rd Floor New York, New York 10118  
T: (212) 763.0883; rkaplan@kaplanhecker.com

**Court- Judge/ Agency appealed from:** Hon. Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:  
☐ Unopposed  ☑ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:  
☑ Yes  ☐ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**  
Has this request for relief been made below? ☑ Yes ☐ No  
Has this relief been previously sought in this court? ☐ Yes ☑ No  
Requested return date and explanation of emergency: _____  
Given that trial in this matter is scheduled for January 15, 2024, Appellant's immunity defense will be rendered moot and forever lost if he is forced to stand trial before this issue is resolved. Accordingly, Appellant respectfully requests a return date of September 22, 2023, or as soon as practicable.

Is oral argument on motion requested? ☑ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Michael T. Madaio  **Date:** 8/24/2024  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)