# Exhibit O

Re: Carroll v. Trump (Second Circuit; Nos. 23-1045 & 23-1146) - Notice of Emergent Motion Pursuant to FRAP 8(a)(2)

Michael Madaio <mmadaio@habbalaw.com>

Wed 8/23/2023 3:28 PM

To:Joshua Matz <jmatz@kaplanhecker.com>;Roberta Kaplan <rkaplan@kaplanhecker.com>;Matthew Craig <mcraig@kaplanhecker.com>;Mike Ferrara <mferrara@kaplanhecker.com>;Shawn G. Crowley <scrowley@kaplanhecker.com>
Cc:Alina Habba, Esq. <ahabba@habbalaw.com>;Peter Gabra <pgabra@habbalaw.com>;Peter Swift <pswift@habbalaw.com>

Counsel,

Please be advised that we will be filing the emergent motion tomorrow with the Second Circuit. We will be requesting that the motion be heard as soon as practicable and that the court act no later than Friday, September 1.

Regards,

**MICHAEL T. MADAIO, ESQ.**

*Admitted to Practice in NJ, NY & PA*



1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
Telephone: 908-869-1188
Facsimile: 908-450-1881

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.

---

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Friday, August 18, 2023 11:11 AM
**To:** Michael Madaio <mmadaio@habbalaw.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; Matthew Craig <mcraig@kaplanhecker.com>; Mike Ferrara <mferrara@kaplanhecker.com>; Shawn G. Crowley <scrowley@kaplanhecker.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Peter Gabra <pgabra@habbalaw.com>; Peter Swift <pswift@habbalaw.com>
**Subject:** Re: Carroll v. Trump (Second Circuit; Nos. 23-1045 & 23-1146) - Notice of Emergent Motion Pursuant to FRAP 8(a)(2)

Counsel,

Plaintiff opposes the relief that you intend to request. We would be grateful for any further notice that you are able to provide about when specifically you intend to file your motion.

Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**

1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537 | (M) 845.893.9402
jmatz@kaplanhecker.com

---

**From:** Michael Madaio <mmadaio@habbalaw.com>
**Sent:** Friday, August 18, 2023 11:00 AM
**To:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Matthew Craig <mcraig@kaplanhecker.com>; Mike Ferrara <mferrara@kaplanhecker.com>; Shawn G. Crowley <scrowley@kaplanhecker.com>; Joshua Matz <jmatz@kaplanhecker.com>
**Cc:** Alina Habba, Esq. <ahabba@habbalaw.com>; Peter Gabra <pgabra@habbalaw.com>; Peter Swift <pswift@habbalaw.com>
**Subject:** Carroll v. Trump (Second Circuit; Nos. 23-1045 & 23-1146) - Notice of Emergent Motion Pursuant to FRAP 8(a)(2)

This email was sent from outside the Firm.

Counsel:

With respect to the above-referenced matter, please be advised that Defendant/Appellee, Donald J. Trump, intends to file an emergent motion pursuant to FRAP 8(a)(2) for a stay of proceedings pending resolution of the consolidated appeals before the United States Court of Appeals for the Second Circuit. The motion will be filed next week. We will advise of the precise timing of the filing in the coming days.

The Second Circuit shall notify the parties of the date and time of the hearing; however, we will be requesting that the emergent motion be heard as soon as practicable.

This e-mail correspondence shall constitute notice pursuant to FRAP 8(a)(2)(C). Please advise whether Plaintiff intends to oppose this motion or consents to the requested relief.

Regards,

**MICHAEL T. MADAIO, ESQ.**

*Admitted to Practice in NJ, NY & PA*



1430 US Highway 206, Suite 240

Bedminster, New Jersey 07921
Telephone: 908-869-1188
Facsimile: 908-450-1881

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Habba Madaio & Associates LLP for any loss or damage arising in any way from its use.

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*