**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 31, 2023<br>Docket #: 23-1045cv<br>Short Title: Carroll v. Trump | DC Docket #: 20-cv-7311<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Kaplan |

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to stay filed in the above-referenced case has been added as a argued case to the substantive motions calendar for Tuesday, September 12, 2023 at 10:00 a.m. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007 17th floor, Room 1703.

Inquiries regarding this case may be directed to 212-857-8595.