NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Carroll v. Trump**  Docket No.: **23-1045**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Trevor Morrison**

Firm: **Kaplan Hecker & Fink LLP**

Address: **350 Fifth Avenue, 63rd Floor, New York, New York 10118**

Telephone: **212-763-0883**  Fax:

E-mail: **tmorrison@kaplanhecker.com**

Appearance for: **E. Jean Carroll, Plaintiff-Counter-Defendant-Appellee**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Roberta A. Kaplan, Kaplan Hecker & Fink LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **9/5/2023** OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Trevor Morrison**