UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| E. JEAN CARROLL,<br><br>        *Plaintiff-Appellee*,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>        *Defendant-Appellant*. | Nos. 23-1045, 23-1146 |

**DECLARATION OF JOSHUA MATZ IN SUPPORT OF PLAINTIFF-APPELLEE E. JEAN CARROLL'S OPPOSITION TO EMERGENCY MOTION FOR A STAY PENDING APPEAL**

I, Joshua Matz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff-Appellee E. Jean Carroll in the above-captioned action.

2. I respectfully submit this declaration in support of Carroll's opposition to emergency motion for a stay pending appeal.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Carroll's First Amended Complaint, *Carroll v. Trump*, No. 20 Civ. 7311 (S.D.N.Y) ("*Carroll I*"), Dkt. 157-1.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Defendant-Appellant Donald J. Trump's Answer, *Carroll v. Trump*, No. 160694/2019 (N.Y. Sup. Ct.), NYSCEF No. 68.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Trump's Memorandum of Law in Support of Motion for a Stay of Proceedings, *Carroll v. Trump*, No. 160694/2019 (N.Y. Sup. Ct.), NYSCEF No. 49.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a letter from Mark Kasowitz to Judge Verna L. Saunders, dated July 16, 2022, *Carroll v. Trump*, No. 160694/2019 (N.Y. Sup. Ct.), NYSCEF No. 103.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Judge Saunders's Decision and Order on Trump's Stay Motion, *Carroll v. Trump*, No. 160694/2019 (N.Y. Sup. Ct.), NYSCEF No. 110.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Judge Lewis A. Kaplan's Opinion Denying the U.S. Department of Justice's Motion to Intervene Under the Westfall Act, *Carroll I*, Dkt. 32.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the U.S. Department of Justice's Notice of Appeal, *Carroll I*, Dkt. 45.

10. Attached hereto as **Exhibit 8** is a true and correct copy of Trump's Notice of Appeal, *Carroll I*, Dkt. 46.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Mark Kasowitz to the Judge Kaplan, dated December 10, 2020, *Carroll I*, Dkt. 47.

12. Attached hereto as **Exhibit 10** is a true and correct copy of Judge Kaplan's Order Denying Trump's Stay Request, *Carroll I*, Dkt. 56.

13. Attached hereto as **Exhibit 11** is a true and correct copy of Trump's Motion for Leave to Amend His Answer Pursuant to FRCP Rule 15(a), *Carroll I*, Dkt. 64.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Judge Kaplan's Memorandum Opinion Denying Trump Leave to Amend His Answer, *Carroll I*, Dkt. 73.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Judge Kaplan's Endorsement of the Parties Proposed Scheduling Order, *Carroll I*, Dkt. 76.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a letter from Roberta A. Kaplan to Judge Kaplan, dated September 30, 2022, *Carroll I*, Dkt. 93.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a letter from Alina Habba to Judge Kapan, dated September 28, 2022, *Carroll I*, Dkt. 92.

18. Attached hereto as **Exhibit 16** is a true and correct copy of Judge Kaplan's Memorandum Opinion Denying Trump's Stay Request, *Carroll I*, Dkt. 96.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a letter from Alina Habba to Judge Kaplan, dated November 21, 2022, *Carroll I*, Dkt. 99.

20. Attached hereto as **Exhibit 18** is a true and correct copy of Trump's Memorandum of Law in Support of his Motion for Summary Judgment, *Carroll I*, Dkt. 109.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Carroll's Memorandum of Law in Opposition to Trump's Motion for Summary Judgment, *Carroll I*, Dkt. 113.

22. Attached hereto as **Exhibit 20** is a true and correct copy of Trump's Memorandum of Law in Further Support of his Motion for Summary Judgment, *Carroll I*, Dkt. 122.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Carroll's Surreply Brief in Opposition to Trump's Motion for Summary Judgment, *Carroll I*, Dkt. 125.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the Parties' Proposed Joint Pretrial Order, *Carroll I*, Dkt. 128.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Ordered Joint Pretrial Order, *Carroll I*, Dkt. 129.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a letter from Roberta A. Kaplan to the Judge Kaplan, dated March 17, 2023, *Carroll I*, Dkt. 147.

27. Attached hereto as **Exhibit 25** is a true and correct copy of Judge Kaplan's Order Denying the Parties Letter Motion to Consolidate, *Carroll v. Trump*, No. 22 Civ. 10016 (S.D.N.Y.) ("*Carroll II*"), Dkt. 91.

28. Attached hereto as **Exhibit 26** is a true and correct copy the *Carroll II* Verdict, *Carroll II*, Dkt. 174.

29. Attached hereto as **Exhibit 27** is a true and correct copy of Judge Kaplan's Memorandum Opinion Denying Trump's Rule 59 Motion, *Carroll II*, Dkt. 212.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a letter from Roberta A. Kaplan to Judge Kaplan, dated May 22, 2023, *Carroll I*, Dkt. 154.

31. Attached hereto as **Exhibit 29** is a true and correct copy of Carroll's Memorandum of Law in Support of Motion to Amend, *Carroll I*, Dkt. 156.

32. Attached hereto as **Exhibit 30** is a true and correct copy of Trump's Answer to Carroll's First Amended Complaint, Affirmative Defenses, and Counterclaim, *Carroll I*, Dkt. 171.

33. Attached hereto as **Exhibit 31** is a true and correct copy of Judge Kaplan's Memorandum Opinion Granting Carroll's Motion to Dismiss Trump's Counterclaim and Certain Purported Affirmative Defenses, *Carroll I*, Dkt. 200.

34. Attached hereto as **Exhibit 32** is a true and correct copy of Judge Kaplan's Memorandum Denying Trump's Motion for Summary Judgment, *Carroll I*, Dkt. 172.

35. Attached hereto as **Exhibit 33** is a true and correct copy of Judge Kaplan's Memorandum Denying Trump's Motion for Summary Judgment (Corrected), *Carroll I*, Dkt. 173.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a letter from Stephen Terrell to Judge Kaplan, dated June 9, 2023, *Carroll I*, Dkt. 166.

37. Attached hereto as **Exhibit 35** is a true and correct copy of Judge Kaplan's Order Granting Carroll's Motion to Amend, *Carroll I*, Dkt 169.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a letter from James Touhey to Judge Kaplan, dated July 11, 2023, *Carroll I*, Dkt 177.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a letter from Roberta A. Kaplan to Judge Kaplan, dated July 25, 2023, *Carroll I*, Dkt. 182.

40. Attached hereto as **Exhibit 38** is a true and correct copy of Trump's Notion of a Motion to Stay Pending Appeal, *Carroll I*, Dkt. 185.

41. Attached hereto as **Exhibit 39** is a true and correct copy of Trump's Memorandum of Law in Support of Motion to Stay Pending Appeal, *Carroll I*, Dkt. 186.

42. Attached hereto as **Exhibit 40** is a true and correct copy of Judge Kaplan's Memorandum Opinion Denying Trump's Motion to Stay, *Carroll I*, Dkt. 208.

43. Attached hereto as **Exhibit 41** is a true and correct copy of Carroll's Memorandum of Law in Opposition to Trump's Motion to Stay, *Carroll I*, Dkt. 202.

44. Attached hereto as **Exhibit 42** is a true and correct copy of selected public statements by Trump since the *Carroll II* verdict.

Dated:   Washington, D.C.                  */s/ Joshua Matz*
           September 5, 2023              Joshua Matz