## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Carroll v. Trump**  Docket No.: **23-1045**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Alina Habba**

Firm: **Habba Madaio & Associates LLP**

Address: **1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921**

Telephone: **908-869-1188**  Fax: **908-450-1881**

E-mail: **ahabba@habbalaw.com**

Appearance for: **Donald J. Trump, Defendant-Appellant**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **Michael T. Madaio, Habba Madaio & Associates LLP**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: *[signature]*

Type or Print Name: **Alina Habba**