# 23-1045
# 23-1146

## United States Court of Appeals
## For the Second Circuit

_____

E. JEAN CARROLL,

*Plaintiff/Appellee,*

-against-

DONALD J. TRUMP,

*Defendant/Appellant.*

_____

**DECLARATION OF MICHAEL T. MADAIO, ESQ. IN FURTHER SUPPORT OF DEFENDANT-APPELLANT'S EMERGENCY MOTION FOR A STAY PENDING APPEAL**

_____

MICHAEL T MADAIO, ESQ.
HABBA MADAIO & ASSOCIATES, LLP
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
      -and-
112 West 34th Street, 17th & 18th Floors
New York. New York 10120
mmadaio@habbalaw.com

1

## DECLARATION

I, Michael T. Madaio, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel for the defendant-appellant, Donald J. Trump ("Defendant-Appellant"). I submit this declaration in further support of Defendant-Appellant's emergency motion for a stay pending appeal.

2. The following document is attached as an exhibit to this declaration:

   Q. **Exhibit Q**: Memorandum of Law In Further support of Defendant's Motion for Stay Pending Appeal

Dated: September 11, 2023

Respectfully submitted,

*s/ Michael T. Madaio*
Michael T. Madaio, Esq.
Habba Madaio & Associates, LLP
1430 US Highway 206, Suite 240
Bedminster, NJ 07921
  -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: mmadaio@habbalaw.com

*Attorneys for Defendant-Appellant, Donald J. Trump*