# 23-1045(L)
# 23-1146(CON)

## United States Court of Appeals
## for the Second Circuit



E. JEAN CARROLL,

*Plaintiff-Counter-Defendant-Appellee,*

-against-

DONALD J. TRUMP, in his personal capacity,

*Defendant-Counter-Claimant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## APPELLANT'S APPENDIX
## VOLUME III OF V (Pages A574-A795)

Habba Madaio & Associates LLP
Michael T. Madaio, Esq.
Alina Habba, Esq.
*Attorneys for Defendant-Appellant
Donald J. Trump*
1430 US Highway 206, Suite 240
Bedminster, NJ 07921
(908) 869-1188
*mmadaio@habbalaw.com*
*ahabba@habbalaw.com*

[REPRODUCED ON RECYCLED PAPER]

# **TABLE OF CONTENTS**

*Page(s)*

U.S. District Court Docket Sheet ....................................................................A1-A33

Letter Motion to Stay, dated December 10, 2020 ...........................................A34-A35

Memorandum of Law in Support of Defendant's Motion
for Leave to Amend his Answer Pursuant to FRCP Rule
15(A), dated December 1, 2021 ......................................................................A36-A50

Memorandum Opinion, dated March 10, 2022...............................................A51-A73

Scheduling Order, dated May 4, 2022 ............................................................A74-A75

Letter Motion, dated September 28, 2022.......................................................A76-A78

Letter Response, dated September 30, 2022 ....................................................A79-A83

Memorandum Opinion, dated October 12, 2022 ............................................A84-A99

Letter, dated November 21, 2022....................................................................A100-A101

Notice of Motion for Summary Judgment, dated December
22, 2022 ..........................................................................................................A102-A103

Declaration of Alina Habba, Esq. in Support of
Defendant's Motion for Summary Judgment, dated
December 22, 2022 ..........................................................................................A104-A105

    Exhibit A – Complaint and Jury Demand, dated
    November 4, 2019 ...............................................................................A106-A134

    Exhibit B – Deposition of E. Jean Carroll, held on
    October 14, 2022 ................................................................................A135-A139

    Exhibit C – Expert Report of Professor Ashlee
    Humphreys, Ph.D., dated October 14, 2022 ......................................A140-A280

i

*Table of Contents(cont'd)*                                                    *Page(s)*

Exhibit D – The New York Times Article, dated
February 21, 2020 .............................................................................A281-A284

Exhibit E – Brief for Appellee E. Jean Carroll, dated
December 1, 2022 .............................................................................A285-A349

Memorandum of Law in Support of Defendant's Motion
for Summary Judgment, dated December 22, 2022....................................A350-A396

Defendant's Local Rule 56.1 Statement of Material
Facts as to Which There is no Genuine Issue to be
Tried, dated December 22, 2022 ........................................................A397-A402

Plaintiff E. Jean Carroll Memorandum of Law in
Opposition to Defendant Donald J. Trump for Summary
Judgment, dated January 12, 2023 ...............................................................A403-A446

Plaintiff E. Jean Carroll's Response to Defendant Donald
J. Trump's Statement of Undisputed Material Facts
Pursuant to Local Civil Rule 56.1, dated January 12, 2023.......................A447-A472

Declaration of Roberta A. Kaplan in Support of Plaintiff E.
Jean Carroll's Opposition to Defendant Donald J. Trump's
Motion for Summary Judgment, dated January 12, 2023 ...........................A473-A475

Exhibit 1 - Excerpts of Deposition of E. Jean Carroll,
dated October 14, 2022 ........................................................A476-A550

Exhibit 2 - New York Magazine Article (Online
Version) .................................................................................A551-A571

Exhibit 3 - June 21, 2019 Statement ....................................................A572-A573

Exhibit 4 - June 22, 2019 Statement ....................................................A574-A587

ii

*Table of Contents(cont'd)* Page(s)

Exhibit 5 - June 24, 2019 Statement ....................................................A588-A593

Exhibit 6 - Excerpts of Deposition of Donald J. Trump ............................................................................................A594-A643

Exhibit 7 - Photograph of E. Jean Carroll and Donald Trump ............................................................................................A644-A645

Exhibit 8 - Excerpts of Deposition of Lisa Birnbach, held on September 21, 2022................................................A646-A654

Exhibit 9 - Excerpts of Deposition of Carol Martin, held on October 18, 2022 ....................................................A655-A660

Exhibit 10 - New York Magazine Article (Print Version)..................................................................................A661-A669

Exhibit 11 - Defendant's Responses and Objections to Plaintiff's First Set of Requests for Admission, dated July 13, 2022 ............................................................................A670-A717

Exhibit 12 - Excerpts of Deposition of Roberta Myers, held on October 12, 2022.........................................A718-A728

Exhibit 13 - Appendix H to Expert Report of Ashlee Humphreys .......................................................................A729-A795

Exhibit 14 - Appendix I to Expert Report of Ashlee Humphreys .......................................................................A796-A879

Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated January 19, 2023 ............................A880-A894

iii

*Table of Contents(cont'd)* *Page(s)*

Plaintiff E. Jean Carroll's Surreply Brief in Opposition to
Defendant Donald J. Trump's Motion for Summary
Judgment, dated January 24, 2023 ................................................ A895-A904

Proposed Joint Pre-Trial Order .................................................... A905-A922

Joint Pretrial Order, dated February 13, 2023 ............................. A923-A940

Letter Motion, dated March 17, 2023 ........................................... A941-A942

Stipulation and [Proposed] Order ................................................ A943-A944

Letter addressed to Judge Lewis A. Kaplan from Roberta
A. Kaplan, dated May 22, 2023 .................................................... A945-A948

Plaintiff E. Jean Carroll's Memorandum of Law in Support
of Motion to Amend, dated May 22, 2023 .................................... A949-A954

Declaration of Roberta A. Kaplan in Support of Plaintiff's
Motion to Amend, dated May 22, 2023 ................................................ A955

    Exhibit A – First Amended Complaint and Demand
    for Jury Trial, dated May 22, 2023 ...................................... A956-A997

    Exhibit B – Redlined First Amended Complaint and
    Demand for Jury Trial, dated May 22, 2023 .................... A998-A1043

Letter addressed to Judge Lewis A. Kaplan from Stephen
Terrell, dated June 9, 2023 ........................................................ A1044-A1045

Order, dated June 13, 2023 ........................................................ A1046-A1047

Defendant's Answer to Plaintiff's First Amended
Complaint, Affirmative Defenses and Counterclaim, dated
June 27, 2023 ............................................................................. A1048-A1074

*Table of Contents(cont'd)*            *Page(s)*

Notice Of Plaintiff E. Jean Carroll's Motion to Dismiss
And Motion to Strike, dated July 11, 2023 ...............................A1075-A1076

Plaintiff E. Jean Carroll's Memorandum of Law in Support
of Her Motion to Dismiss and Motion to Strike, dated July
11, 2023 ....................................................................................A1077-A1113

Declaration of Roberta A. Kaplan in Support of Plaintiff's
Motion to Dismiss and Motion to Strike...................................A1114-A1115

    Exhibit A – Excerpts of Carroll II Trial Transcript .......................A1116-A1166

    Exhibit B – Video of May 10, 2023 CNN Interview
    of E. Jean Carroll (previously provided to the court
    via DVD) ...........................................................................................A1167

    Exhibit C – Transcript of Carroll Interview on CNN .......................A1168-1193

Memorandum of Law Regarding Plaintiff's Motion to File
an Amended Complaint, dated July 25, 2023 ...........................A1194-A1198

Defendant's Memorandum of Law in Opposition to
Plaintiff's Motion to Dismiss and Motion to Strike, dated
July 25, 2023 ...........................................................................A1199-A1233

Letter Addressed to Judge Lewis A. Kaplan from Roberta
A. Kaplan, dated July 25, 2023 ................................................A1234-A1235

Notice Of Motion to Stay Pending Appeal, dated July 27,
2023.......................................................................................................A1236

Memorandum of Law in Support of Defendant's Motion to
Stay Pending Appeal, dated July 27, 2023................................A1237-A1256

*Table of Contents(cont'd)*                                                    *Page(s)*

Plaintiff E. Jean Carroll's Reply Memorandum of Law in
Support of her Motion to Dismiss and Motion to Strike,
dated August 1, 2023.................................................................A1257-A1272

Memorandum Opinion Granting Plaintiff's Motion to
Dismiss Defendant's Counterclaim and Certain Purported
Affirmative Defenses, dated August 7, 2023...........................A1273-A1296

Memorandum of Law in Further Support of Defendant's
Motion to Stay Pending Appeal, dated August 17, 2023.........A1297-A1309

Memorandum Opinion Denying Defendant's Motion to
Stay, dated August 18, 2023 ....................................................A1310-A1326

Order of USCA (Certified Copy)...............................................A1327-A1328

vi

# EXHIBIT 4

Message

| | |
|---|---|
| **From:** | White House Press Office [info@mail.whitehouse.gov] |
| **Sent:** | 6/22/2019 9:02:16 PM |
| **To:** | Press Office [pressoffice@donaldtrump.com] |
| **Subject:** | Remarks by President Trump Before Marine One Departure |

Remarks by President Trump Before Marine One Departure



Office of the Press Secretary

FOR IMMEDIATE RELEASE

June 22, 2019

REMARKS BY PRESIDENT TRUMP

BEFORE MARINE ONE DEPARTURE

South Lawn

10:18 A.M. EDT

THE PRESIDENT:  So we're going to Camp David.  We're going to have meetings and a lot of work.  Coming back sometime tomorrow, but we're heading out right now to Camp David.

I want to say the stock market is on pace to have its best year, I mean, since, I guess, over 50 years.  And the Dow is on pace to have its best year in 80 years.  It's been 80 years since the Dow has hit --

Tariffs are obviously doing very well because we're taking in billions and billions of dollars from China.  We would be from others, and we might be from others, but billions of dollars are coming in from China.  And, frankly, look at what's happening



EXHIBIT PP
DJT 21
10-19.22
FENGAD 800-631-6989

MP-001795

with the stock market, which is pretty much what I've been saying.

Also, an article came out this morning that the tariffs are having very little effect on costs going up -- and, in some cases, no effect. That the countries that the product come from, they are bearing the costs, which is also what I've said.

So the Dow is up. It looks like it could be an 80-year high. It's on track for an 80-year high. And the stock market itself is a 50-year high. So I'm sure you're all very happy about that, right?

Q    Mr. President, do you still believe that Iran's targeting of a U.S. drone could have been unintentional? Do you still believe that?

THE PRESIDENT: I don't know unintentional or not. It was probably intentional, as I said. But regardless, they targeted something without a person in it -- without a man or a woman, and certainly without anybody from the United States in it. So we want to be proportionate.

We're getting a lot of praise for what I did. And we have people on both sides; some like it and some probably not as much. My expression is "We have plenty of time." We have plenty of time. You understand that.

Q    (Inaudible) ICE raids reported (inaudible)?

THE PRESIDENT: Yeah, these are people that came into the country illegally. They've been served. They've gone through a process -- the process of the courts. And they have to be removed from the country. They will be removed from the country. It's having a very big effect on the border -- the fact that we're taking them out.

The people that came into the country illegally are going to be removed from the country. Everybody knows that. It starts, you know, during the course of this next week, maybe even a little bit earlier than that. And again, everybody that came into the country illegally will be brought out of the country very legally.

Now, with that being said, the border is in much better shape. Mexico is doing a good job. We need Congress to fix the loopholes and fix asylum, and we will have the cleanest border there is.

Q    (Inaudible.)

THE PRESIDENT: We don't know. We're going to -- we'll see. We'll see.

Q    (Inaudible) cities like Chicago and LA?

THE PRESIDENT: Well, some cities are going to fight it. But, if you notice, they're generally high-crime cities. If you look at Chicago, they're fighting it. And if you look at other cities, they're fighting it. Many of those cities are high-crime cities and they're sanctuary cities.

The state of Florida is now ending all sanctuary cities. He's doing a very smart thing. Governor DeSantis -- he's ending all -- all sanctuary cities in the state of Florida. And I'll tell you, Governor DeSantis has been -- he's been fantastic. He's right on the ball. And we have others that are following. You'll be seeing a lot of that. People are tired of sanctuary cities and what it does and the crime it brings. They're very tired of it.

Q    What are the next steps for Iran? Is a possible strike off

MP-001797

the table?

THE PRESIDENT:  Well, we'll see what's with Iran.  Everybody was saying I'm a warmonger, and now they say I'm a dove.  And I think I'm neither, if you want to know the truth.  I'm a man with common sense, and that's what we need in this country is common sense.  But I didn't like the idea of them knowingly shooting down an unmanned drone, and then we kill 150 people.  I didn't like that.

    Q     (Inaudible) move forward with sanctions against Iran?

    THE PRESIDENT:  I -- I can't hear.

    Q     Are you going to move forward with sanctions against Iran?

    THE PRESIDENT:  Yeah, we're moving forward with additional sanctions on Iran.  Good question.  And some of them are in place.  As you know, we have about as strong a sanction grouping as you can possibly have on any country.  But we're putting additional sanctions on.  They're going on slowly and, in some cases, actually pretty rapidly.  But Iran -- additional sanctions are being put on Iran.

    Q     How much progress toward a nuclear weapon are you willing to let Iran make before you (inaudible)?

    THE PRESIDENT:  Very little.  That's what it's all about.  You know, we have built -- and, right now, if you look at the United States, very importantly, we are the number-one oil producer -- oil and gas -- in the world, by far.  We're way ahead of Russia.  We're way ahead of Saudi Arabia.  We don't really need the Straits anymore.  We take some, but we don't need it.  The biggest beneficiary of the Straits is China.  Ninety-one percent of their energy comes out of the Straits.  Japan,

Indonesia -- many other countries need it.

So we're doing them a very big service by keeping the Straits open. But this is not about the Straits. This is about Iran cannot have a nuclear weapon. It's very simple. Because we don't need it, just so you understand. We don't need it.

Q    Your National Security Advisor came under some hard criticism from Tucker Carlson and others for pushing too hard on Iran. You said you're not a warmonger, but do you have confidence in the judgment of your National Security Advisor John Bolton?

THE PRESIDENT:  Yeah, I do because I have John Bolton, who I would definitely say is a hawk, and I have other people that are on the other side of the equation. And, ultimately, I make the decisions, so it doesn't matter. But I want -- for instance, I disagreed very much with John Bolton -- his attitude on the Middle East and Iraq was going into Iraq. I think that was a big mistake. I think I've been proven right, but I've been against that forever.

John Bolton is doing a very good job, but he takes a -- generally, a tough posture. But I have other people that don't take that posture. But the only one that matters is me because I'll listen to everybody. And I want people on both sides. Having people on both sides, to me, is very important.

Q    At what point were you briefed about the potential casualties of an Iran airstrike? Were you briefed in the initial planning stages? At what point were you actually --

THE PRESIDENT:  No, I started to hear that it was a lot. But, again, no decision was made. I said, "You come and see me." And they came and see me. At the time, we hadn't done anything. And I asked the question, and I said, "I want to know

that answer before I make a decision."

So we hadn't made a decision to go forward.  I said, "Everybody, we will meet.  One thing I want to know, and I want to know it accurately -- as accurately as possible: How many people will die?"

Just so you know, I come from New York City.  In New York City, we have a lot of Iranians, and they're great people.  I have friends that are Iranian -- many friends.  Living in New York City, you meet many Iranians.  They're very smart.  They're very ambitious.  They have tremendous -- they're high-quality people.  But I have many friends that are Iranian.  I don't want to kill 150 Iranians.  I understand it.  I don't want to kill 150 of anything or anybody, unless it's absolutely necessary.  And most people very much agree with what I -- what I'm doing.

Now, if the leadership of Iran behaves badly, then it's going to be a very, very bad day for them.  But hopefully, they're smart.  And hopefully, they really care for their people and not themselves.  And hopefully, we can get Iran back onto an economic track that's fantastic, where they're a really wealthy nation, which would be a wonderful thing.

All those things, I want to do.  But if they're going to be foolish, that's never going to happen.

Q    Mr. President, you had said earlier that you never met E. Jean Carroll.  There was a photograph of you and her in the late 1980's --

THE PRESIDENT:  I have no idea who this woman is.  This is a woman who has also accused other men of things, as you know.  It is a totally false accusation.  I think she was married -- as I read; I have no idea who she is -- but she was married to a, actually, nice guy, Johnson -- a newscaster.

Q    You were in a photograph with her.

THE PRESIDENT:  Standing with coat on in a line -- give me a
break -- with my back to the camera.  I have no idea who she
is.  What she did is -- it's terrible, what's going on.  So it's
a total false accusation and I don't know anything about
her.  And she's made this charge against others.

And, you know, people have to be careful because they're playing
with very dangerous territory.  And when they do that -- and it's
happening more and more.  When you look at what happened to
Justice Kavanaugh and you look at what's happening to others, you
can't do that for the sake of publicity.

New York Magazine is a failing magazine.  It's ready to go out of
business, from what I hear.  They'll do anything they can.  But
this was about many men, and I was one of the many men that she
wrote about.  It's a totally false accusation.  I have absolutely
no idea who she is.  There's some picture where we're shaking
hands.  It looks like at some kind of event.  I have my coat
on.  I have my wife standing next to me.  And I didn't know her
husband, but he was a newscaster.  But I have no idea who she is
-- none whatsoever.

It's a false accusation and it's a disgrace that a magazine like
New York -- which is one of the reasons it's failing.  People
don't read it anymore, so they're trying to get readership by
using me.  It's not good.

You know, there were cases that the mainstream media didn't pick
up.  And I don't know if you've seen them.  And they were put on
Fox.  But there were numerous cases where women were paid money
to say bad things about me.  You can't do that.  You can't do
that.  And those women did wrong things -- that women were
actually paid money to say bad things about me.

MP-001801

But here's a case, it's an absolute disgrace that she's allowed to do that.

Q    Will the deportation raids start tomorrow?  And what will you do if cities are saying that they will not comply?

THE PRESIDENT:  The deportation raids, as you call them, are really a group of very, very good law enforcement people going by the law, going by the rules, going by our court system, and taking people out of our country who came into our country illegally.  They came into our country illegally, and we're taking them out legally.  We're bringing them back to their countries.

I want to thank -- while I'm here, I want to thank Mexico.  So far, Mexico has been really good.  They made an agreement, probably -- not "probably" -- because of tariffs.  But they made an agreement.  And so far, they've really honored the agreement.  A lot of things are changing.

But again, if Congress gave us something quickly on asylum; something quickly on loopholes, where we get rid of the loopholes; the border would be so beautiful.  But the Democrats just won't do it.

But maybe now they will, because there's no question you have a national emergency.  They said that, in the last caravan, they had hundreds of people that commit crimes trying to come into our country.  We're not letting them.  And now Mexico is bringing them back.

But they had hundreds of people -- hundreds -- that were criminals in the last caravan.  We cannot allow that to happen.  We're not letting them in our country.

MP-001802

One other thing.  We're very focused on MS-13, getting them out.  And I hope you're not going to stick up too much for MS-13.  But we're very focused -- ICE.  ICE is -- these are fantastic people.  We're very, very focused on getting MS-13 out of this country.

How are you?

Q    Good.  I have a question on Iran.  The 150 estimate (inaudible) --

THE PRESIDENT:  Yeah.  Go ahead.

Q    The 150 estimate that you got late on Thursday night, why was that different from the estimate you got earlier in the day from your national security team?

THE PRESIDENT:  It wasn't really.  I didn't talk too much about that.  Again, no decision to go forward was made, because I said, "We'll meet at a certain time before the -- and nothing goes forward until we meet."  I didn't want anybody doing anything.  And when we met --

Q    (Inaudible.)

THE PRESIDENT:  And when we met, they gave me a rough estimate, earlier, but I wanted a more accurate estimate.  The more accurate estimate where -- I won't go into the number of sites, but you guessed that pretty much right.  You have, in particular, all right?  But it was the number of sites, and it was, on average, 40 to 50 people at each site.  And when they shot down an unmanned place or drone, I didn't like it.

Q    That came from an attorney in the Pentagon and through the -- into the White House?

THE PRESIDENT:  No, that came from me.

Q   No, I mean the estimate came through --

THE PRESIDENT:  It did.  But it was given to me by a general.

Q   Was that Dunford, sir?

THE PRESIDENT:  I had a long talk with Dunford.  He's a great
gentleman.

Q   Was he the side of (inaudible)?

THE PRESIDENT:  He was. Dunford did a great job.  Dunford is a
terrific man and he's a terrific general.

Yeah.

Q   Will you talk about Iran at Camp Iran?

THE PRESIDENT:  I'll be talking about Iran at Camp David,
yeah.  We have a series of meetings, and, more importantly, a
series of very well connected phone calls.  We have a great phone
system up there, and -- as you know.  So I'll be doing a lot of
work.

Q   Will you tell us who you'll be talking to?

THE PRESIDENT:  We may release it later.  We may.

Q   (Inaudible) ayatollah?

THE PRESIDENT:  Look, Iran, right now, is an economic
mess.  They're going through hell.  The sanctions have hit them
hard.  More sanctions are going to be put on -- a lot more.  It's
hard to believe you can even put on.  But it's a mess.

All I want is no nuclear weapons.  Under the horrible Obama deal,
he gave them a $150 billion.  He gave them $1.8 billion in
cash.  Think of that -- in cash.  Many planeloads of cash.  He
gave them $1.8 billion in cash, and he got nothing.

But the thing he really didn't get was good inspection rights,
because the most primary places, you couldn't go to, you couldn't
inspect.  We haven't seen them in years.

The other thing he didn't get is time.  Because, in a very short
number of years, they will legally be able to make a nuclear
weapon.  That's unacceptable.

And remember this: The deal wasn't even ratified in Congress.  It
never got proper -- in terms of treaty -- it never got proper
authorization from Congress.

So, with all of that, it was very important to me.  So we'll
start all over.  We could have a deal with them very quickly, if
they want to do it.  I -- it's up to them.  But if Iran wants to
become a wealthy nation again, become a prosperous nation --
we'll call it "Let's make Iran great again."  Does that make
sense?  "Make Iran great again."  It's okay with me.

But they're never going to do it if they think, in five or six
years, they're going to have a nuclear weapon.  I know too much
about nuclear -- a lot about nuclear -- and let me just tell you,
they're not going to have a nuclear weapon.

If that's --  and it has very little to do with the
oil.  Because, again, China get its oil -- 91 percent; Japan get
its oil -- 60 percent; Indonesia; so many other countries.  What
it has to do with, very simply, is the fact is we're not going to
have Iran have a nuclear weapon.  And when they agree to that,
they are going to have a wealthy country, they're going to be so
happy, and I'm going to be their best friend.  I hope that

happens.  I hope that happens, but it may not.

Q   Would your decision have been different if it was 10 to 15 casualties, instead of 100 to 150 casualties?

THE PRESIDENT:  It's -- anything is a lot when they shoot down an unmanned, okay?  So anything is a lot.  I didn't like it.  I didn't like it.

Q   If they shoot down another drone, will you not have to reply to that either?

THE PRESIDENT:  Say it.

Q   If they shoot down another unmanned drone, will you also not --

THE PRESIDENT:  We'll see.  But I don't think that will happen.  I don't think that'll happen.  And if you notice, there was a plane with 38 people yesterday -- did you see that?  I think that's a big story.

Q   Is that accurate?

THE PRESIDENT:  They had it in their sights, and they didn't shoot it down.

Q   That was accurate?

THE PRESIDENT:  I think they were very wise not to do that, and we appreciate that they didn't do that.  But they had a plane in their sights -- 38 people on the plane -- and they didn't shoot it down.  And I think that was a very wise decision.  And -- and I think that's something that we very much appreciate.

Q   Is it accurate to say that your national security team

MP-001806

brought you a plan for a planned strike and it didn't have a
fully formed estimate on casualties?

THE PRESIDENT:  No.  No.  They brought me a great plan.  But I
wanted to know, at the end -- I wanted an accurate count.  They
gave me very odd numbers.  I wanted an accurate count as to how
many people would be killed, how many Iranians would be killed.

And, as I said: Coming from New York, I know a lot of
Iranians.  They're great people.

Thank you very much.

Q    (Inaudible) military action on Iran still on the table?

THE PRESIDENT:  It's always on the table until we get this
solved, yeah.  We have a tremendously powerful military force in
that area.  It's always on the table until we get this solved.

Thank you.

                    END                10:37 A.M. EDT

Unsubscribe

The White House · 1600 Pennsylvania Ave NW · Washington, DC 20500-0003 · USA · 202-456-1111