A588

# EXHIBIT 5

# EXCLUSIVE: Trump vehemently denies E. Jean Carroll allegation, says 'she's not my type'

thehill.com/homenews/administration/450116-trump-vehemently-denies-e-jean-carroll-allegation-shes-not-my-type/

Jordan Fabian and Saagar Enjeti                                June 24, 2019



Administration

by Jordan Fabian and Saagar Enjeti - 06/24/19 6:43 PM ET

Greg Nash



President Trump said Monday that writer E. Jean Carroll was "totally lying" when she recently accused him of raping her during an encounter in a New York department store in the mid-1990s.

In an exclusive interview with The Hill, the president vehemently denied the allegations just hours after Carroll detailed the alleged incident during a cable news interview.

{mosads}"I'll say it with great respect: Number one, she's not my type. Number two, it never happened. It never happened, OK?" the president said while seated behind the Resolute Desk in the Oval Office.

Carroll said on CNN that Trump "just went at it" when he allegedly cornered her in a dressing room at Bergdorf Goodman, adding that "he pulled down my tights, and it was a fight."

She first came forward with her allegations on Friday. Trump denied the allegations in a statement that day and then again while speaking with reporters on Saturday.

When asked if Carroll was lying, Trump on Monday repeated his assertion that he had never met her.

"Totally lying. I don't know anything about her," he said. "I know nothing about this woman. I know nothing about her. She is — it's just a terrible thing that people can make statements like that."

"I love that I'm not his type," Carroll said in an interview on CNN, responding to Trump's comments shortly after they were published.

She pointed out that Trump has denied all the accusations from women who have accused him of sexual misconduct.

"He denies, he turns it around, he threatens and he attacks," Carroll said.

Carroll's account of the alleged incident was detailed in an excerpt of her forthcoming book published Friday afternoon in New York Magazine. The excerpt included a photo that identified Carroll, Trump, his then-wife, Ivana Trump, and Carroll's then-husband, John Johnson, attending the same party around 1987.

Trump dismissed the photo on Saturday, telling reporters, "Standing with my coat on in a line — give me a break — with my back to the camera. I have no idea who she is."

Carroll, a longtime advice columnist for Elle magazine, alleged in her book that she ran into Trump at Bergdorf Goodman in New York City during fall 1995 or spring 1996. The two recognized each other and Trump asked her for advice on purchasing a gift for a woman, according to Carroll.

After she suggested buying a handbag or a hat, Carroll claimed that Trump turned his attention to lingerie. The two joked that the other should try the clothing on before they eventually made their way to the dressing room, she said in her account.

Once inside, Trump allegedly lunged at her, pushed her against a wall and kissed her before pulling down her tights and raping her. Carroll wrote that she fought Trump off and then ran out of the dressing room. She said the alleged incident lasted no more than three minutes.

Explaining why she didn't come forward until now, Carroll wrote about the retribution and dismissal she expected to receive and called herself "a coward."

She has said in interviews following the publication of her account that she does not plan to file a criminal complaint over the incident.

More than a dozen women have accused Trump of sexual misconduct since he launched his presidential campaign in 2015. The alleged incidents have spanned decades. Tape emerged in October 2016 of Trump bragging on the set of "Access Hollywood" in 2005 about groping women without their consent.

Trump has denied all allegations of sexual misconduct, and the White House has said that the women accusing him are lying.

In Monday's wide-ranging interview with The Hill, the president touched on topics including everything from the Federal Reserve to the U.S. women's national soccer team.

Asked about rising tensions with Iran, Trump said he has the authority to take military action against the nation without congressional approval.

"But we've been keeping Congress abreast of what we're doing … and I think it's something they appreciate," he said. "I do like keeping them abreast, but I don't have to do it legally."

"We were pretty close to maybe making a decision to strike. Then I decided not to do it. Nobody went out, by the way. I was going to make that decision by a certain time, and I decided not to do it because it wasn't really proportional," Trump added.

He also weighed in on the 2020 campaign, saying he hopes Democratic front-runner former Vice President Joe Biden "does very well," but he thinks "there is something going on in that brain of his."

"How he doesn't get President Obama to endorse him — there has to be some reason why he's not endorsing him," the president said. "He was the vice president. They seem to have gotten along. And how President Obama's not endorsing him is rather a big secret," Trump mused, adding, "Then he goes and lies and said, 'I asked the president not to endorse me.' Give me a break."

—*Updated at 9 p.m. Brett Samuels contributed.*

Tags Donald Trump Joe Biden New York New York sexual assault allegation

## More Administration News

## See All

Administration

## Biden cites 'progress' in inflation data but admits 'prices are still too high'

by Brett Samuels 1 hour ago
Administration  /  1 hour ago

Administration

## White House announces press office promotions, additions ahead of midterms

by Brett Samuels 3 hours ago
Administration  /  3 hours ago

Policy

## Biden names Colorado's Camp Hale first national monument of presidency

by Zack Budryk 19 hours ago
Policy  /  19 hours ago

Administration

## Here's what the White House is expecting today's Social Security COLA increase to be

by Alex Gangitano 21 hours ago
Administration  /  21 hours ago
See All

## Top Stories

## See All

House

## Five things to watch for at Thursday's Jan. 6 hearing

by Mike Lillis and Rebecca Beitsch 5 hours ago
House  /  5 hours ago

Defense

## Rising nuclear fears spur debate over red lines in Ukraine war

by Ellen Mitchell and Colin Meyn 5 hours ago
Defense  /  5 hours ago

Morning Report

## The Hill's Morning Report — Trump will be front and center at today's Jan. 6 hearing

by Alexis Simendinger and Kristina Karisch 5 hours ago
Morning Report  /  5 hours ago

Campaign

## NBC interview draws new scrutiny over Fetterman's health

by Julia Manchester 5 hours ago
Campaign  /  5 hours ago
See All

# EXHIBIT 6

Confidential

Page 1

1

2                UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK

3                CASE No. 20 CIV. 7311 (LAK)(JLC)

4

5   E. JEAN CARROLL,

6              Plaintiff,

7   -vs-

8   DONALD J. TRUMP,
    in his personal capacity,

9              Defendant.

10  _____/

11

12

13                     =  =  =

14                  CONFIDENTIAL

15                     =  =  =

16

17      VIDEOTAPED DEPOSITION OF DONALD J. TRUMP

18

19              Wednesday, October 19, 2022
                10:22 a.m. - 3:50 p.m.

20              The Mar-a-Lago Club
                1100 South Ocean Boulevard
21              Palm Beach, Florida, Florida

22

23  Stenographically Reported By
    Pamela J. Pelino, RPR, FPR, CLR
24  Notary Public, State of Florida
    TSG REPORTING
25  JOB NO. 218342

                     -  -  -

Confidential

Page 18

```
 1                         D. J. TRUMP

 2             (DJT Exhibit 2 was marked for

 3   identification.)

 4   BY MS. KAPLAN:

 5        Q.    I'm handing you a document that's printed

 6   off the Internet, and it has an Internet address at

 7   the bottom.  I'm not even going to try to read that.

 8   but it's entitled the April 1987 Penn dinner, and

 9   it's several pages with several photographs.  And

10   the top page -- well, let me read into the document.

11   It says 24 years ago -- withdrawn.

12             The article is dated April 5, 2011, and

13   it begins by saying:  "24 years ago this month at

14   the Metropolitan Club, there was a Penn dinner to

15   beat all previous Penn dinners.  It was chaired by

16   Gayfryd Steinberg, who was then one of the reining

17   queens of New York society."  Do you see that?

18        A.    Yes.

19        Q.    And there are various photos throughout

20   this document.  The first photo on the first page is

21   you and your wife?

22        A.    Yes.

23        Q.    With Ms. Steinberg?

24        A.    Yes.

25        Q.    And then if you turn to page 7 of 26.
```

Confidential

Page 19

D. J. TRUMP

1

2     A.    (Witness complied.)

3     Q.    On the bottom, do you see that picture of

4  you?

5     A.    Yes.

6     Q.    Do you recognize who you're with there?

7     A.    It's Elaine.

8     Q.    And from the restaurant Elaine's?

9     A.    Right.

10     Q.    Okay.  Sitting here today, sir, I take it

11  you don't recall being at this Penn dinner in 1987?

12     A.    No, not much.

13     Q.    But you have no reason to believe that

14  you weren't there as reported in this article?

15     A.    No.

16     Q.    Now, there's a report from the New York

17  Times -- let me back up.

18           How often would you go to Elaine's to

19  your recollection?

20     A.    Not very much.  I would say maybe a few

21  times a year.

22     Q.    And there's a report in the New York

23  Times -- I don't have to mark this.  You'll see if

24  you remember.  I'm reading from an article from the

25  New York Times dated October 16 -- excuse me --

Confidential

Page 20

```
 1                         D. J. TRUMP
 2    2022, that -- the title of which is "Nikki Haskell
 3    Learns the Social Costs of Supporting Donald Trump,"
 4    and it's an interview with a woman by the name of
 5    Nikki Haskell.  And she says in this article that
 6    "the first night he" -- being you -- "took a Czech
 7    fashion model named Ivana Zelníčková" -- I hope I
 8    got that right -- out on the town, Ms. Haskell,
 9    along with her date.  Met up with them at Elaine's."
10              Do you recall very early in your
11    relationship with your first wife taking her out to
12    Elaine's?
13         A.   No.
14         Q.   Sitting here today, do you know if you
15    ever ate at Elaine's with Ivana Trump?
16         A.   Yes, I think.
17         Q.   And there's an article -- it's true, sir,
18    that your first wife in particular liked going to
19    Elaine's?  I have numerous articles talking of her
20    going there.
21         A.   She liked different places.  She liked
22    Elaine's.
23         Q.   Okay.  Now, are you familiar, sitting
24    here today, with something known as "the writers
25    table" at Elaine's?
```

Confidential

Page 21

```
 1                           D. J. TRUMP

 2        A.    A little bit.  Not much.

 3        Q.    What do you mean, "a little bit"?

 4        A.    Certain celebrity writers would go to

 5   Elaine's.  It was known for that.  She liked

 6   writers.  She liked people that were intelligent,

 7   and they would -- there was a table designated where

 8   she would have dinner with certain -- usually

 9   celebrity writers.

10        Q.    Do you recall ever sitting at the

11   writers' table at Elaine's?

12        A.    I might have.

13        Q.    I'm going to go through just a few events

14   that we have records of that you attended during the

15   period late 1995 to early 1996.  It shouldn't take

16   very long, but I just want to establish this for the

17   record.

18             MS. KAPLAN:  And the first I'm going to

19        mark is, I guess, DJT 2.

20             (DJT Exhibit 3 was marked for

21   identification.)

22   BY MS. KAPLAN:

23        Q.    So in front of you, you have a document

24   we've marked as DJT 3.  It's a reprint of something

25   on the Internet from Getty Images, and am I right
```

Confidential

Page 22

```
 1                         D. J. TRUMP
 2    that this article and this photo indicates that you
 3    attended a roast of the actor Steven Seagal at the
 4    Friars Club in New York on October 6, 1995?
 5         A.    Well, I have a different article.
 6               MS. HABBA:  We have the Mark Jacobs
 7         fashion show one.
 8               MS. KAPLAN:  I'm sorry.
 9               (Discussion held off the record.)
10               MS. KAPLAN:  I'm remarking as DJT 3 an
11         article -- a reprint from Getty's Images.
12               (Discussion held off the record.)
13    BY MS. KAPLAN:
14         Q.    Let me just scroll back for a second.
15               So in the period in the '80s and '90s,
16    we've already discussed you would go to benefits and
17    parties.  And is it fair to say that at a lot of
18    those parties, there would be a -- or benefits there
19    would be kind of a photography line either at the
20    beginning or throughout the event?
21         A.    Yes.
22         Q.    And that people would take photographs
23    like Getty Images and then put them out?
24         A.    Right.
25         Q.    So if you look at DJT 3, is it fair to
```

Confidential

Page 23

```
 1                         D. J. TRUMP
 2    say that this indicates that you were at a roast of
 3    Steven Seagal at the Friars Club in New York City on
 4    October 6, 1995?
 5         A.    Yes.
 6         Q.    All right.
 7               MS. KAPLAN:  Similarly, we're going to
 8         mark as -- DJT 4.
 9               (DJT Exhibit 4 was marked for
10         identification.)
11    BY MS. KAPLAN:
12         Q.    And is it fair to say that this shows
13    that you attended a fashion show with your daughter
14    and Marla Maples on October 2, 1995, in Bryant Park?
15         A.    Yes.
16               (DJT Exhibit 5 was marked for
17    identification.)
18    BY MS. KAPLAN:
19         Q.    You have DJT 5 in front of you, sir?
20         A.    Yes.
21         Q.    And this is another Getty Images
22    printout, and is it fair to say that this document
23    indicates that you were the grand marshal of the New
24    York City Veterans Day Parade on November 10, 1995,
25    in New York City?
```

Confidential

Page 24

```
 1                        D. J. TRUMP

 2        A.    Yes.

 3        Q.    Getty Images would be very proud of

 4   itself.

 5              MS. KAPLAN:  Another document we'll mark

 6        as DJT 6.

 7              (DJT Exhibit 6 was marked for

 8   identification.)

 9   BY MS. KAPLAN:

10        Q.    DJT 6.  Is it fair to say that you and

11   your then wife, Marla Maples, were sighted at the

12   Coco Pazzo restaurant in New York City on December

13   4, 1995?

14        A.    Yes.  Looks like it.

15              (DJT Exhibit 7 was marked for

16   identification.)

17   BY MS. KAPLAN:

18        Q.    And DJT 7 indicates that you attended a

19   fashion benefit for the design industry's foundation

20   Fighting AIDS on April 24, 1996; correct?

21        A.    Yes.

22              (DJT Exhibit 8 was marked for

23   identification.)

24   BY MS. KAPLAN:

25        Q.    And, finally, DJT 8, which you should
```

Confidential

Page 25

```
 1                    D. J. TRUMP
 2   have in front of you, sir, has a photograph, and the
 3   caption reads "New York Real Estate Giant
 4   Donald Trump Poses in His Trump Tower Office on a
 5   Giant Letter T on May 8, 1996."
 6            Do you have that in front of you?
 7       A.    Yes.
 8       Q.    And you have no reason to believe that
 9   this photo wasn't taken on May 8, 1996?
10       A.    It's fine.
11       Q.    When you say this is fine, you mean you
12   agree that this photo was taken of you on May 8,
13   1996?
14       A.    Yes.
15       Q.    Okay.  Now, during this period, which
16   would be late 1995, early 1996, who kept your
17   calendar?
18       A.    Kept my what?
19       Q.    Calendar.
20       A.    Norma Foerderer.
21       Q.    Norma Foerderer.  She was your executive
22   assistant?
23       A.    Yes.
24       Q.    And sitting here today, do you know -- I
25   take it was kept like an old-fashioned calendar on
```

Page 34

```
 1                        D. J. TRUMP

 2              (Video played.)

 3    BY MS. KAPLAN:

 4         Q.   We didn't show very much of it, sir.

 5    We're trying not to waste time, but I will represent

 6    to you that that was the beginning of a Charlie Rose

 7    episode from November 5, 1992.  And in that episode,

 8    you talked about rumors that you might run for

 9    president.

10              Does that sound right to you?

11         A.   Yeah.

12         Q.   Your appearance on Charlie Rose was well

13    received as you recall?

14         A.   I think so.

15         Q.   You also appeared on Saturday Night Live;

16    correct?

17         A.   Yes.

18         Q.   And the first time you appeared on

19    Saturday Night Live, as far as we can tell, was

20    September 24, 1989, when Chevy Chase poured popcorn

21    on your head.  Do you recall that?

22         A.   Could be, yeah.

23         Q.   Okay.  Let's go to the video, and I'm

24    going to do the same thing.

25              MS. KAPLAN:  We're going to mark this
```

Confidential

Page 35

```
 1                     D. J. TRUMP

 2        video clip as DJT 11.  And I'll try not to

 3        break any furniture.

 4               (DJT Exhibit 11 was marked for

 5    identification.)

 6               (Video played.)

 7    BY MS. KAPLAN:

 8        Q.    Now, he's wearing a football helmet, but

 9    do you recall that taping when Chevy Chase was

10    walking through the audience at Saturday Night Live

11    and obviously intentionally as a joke dropped

12    popcorn on your head?

13        A.    Yes.

14        Q.    And I take it you knew Lorne Michaels,

15    the producer of Saturday Night Live?

16        A.    I did.

17        Q.    Were you friends with him?

18        A.    He was fine.  He'd always want me to be

19    on the show.  They asked me a lot.  I'd do it

20    sometimes.  I hosted it.  But, you know, I wouldn't

21    say friends, but we got along.

22        Q.    Did you see him from time to time maybe

23    at social events?  Charity events?

24        A.    A little bit, yep.

25        Q.    Okay.  Now, you also -- I'm just kind of
```

Confidential

Page 36

```
 1                      D. J. TRUMP
 2    going through the shows you appeared on.
 3               Another show you appeared on during this
 4    period was Good Morning America?
 5         A.    Yeah.
 6         Q.    And based on our research -- and we're
 7    going to mark this as DJT -- well, let me just -- I
 8    don't think I need to mark it.
 9               Based on our research -- and we're taking
10    this from IMDB -- your first appearance on Good
11    Morning America was April 2, 1990.  Does that sound
12    about right?
13         A.    Could be.
14         Q.    Okay.  We'll show you the document.
15               MS. KAPLAN:  Let's mark it as 12.
16               MS. HABBA:  I'm just going to object on
17         the record.  I don't know what IMDB's --
18               MS. KAPLAN:  Okay.
19               MS. HABBA:  -- process is for figuring
20         out that information.
21               (DJT Exhibit 12 was marked for
22    identification.)
23    BY MS. KAPLAN:
24         Q.    So your counsel just made an objection
25    saying that she doesn't know what IMDB's process is
```

Confidential

Page 54

```
 1                         D. J. TRUMP
 2   is it your understanding that it happened before the
 3   excerpt from Ms. Carroll's book was published in
 4   New York Magazine?
 5        A.    I don't know.
 6              (DJT Exhibit 18 was marked for
 7   identification.)
 8   BY MS. KAPLAN:
 9        Q.    I'm handing you a document that's been
10   marked as DJT 18.  It bears the Bates range Carroll
11   24378 through 24385.  Do you have that in front of
12   you?
13        A.    Yeah.
14        Q.    Sitting here today, do you recognize this
15   document?
16        A.    No.
17        Q.    I will represent to you that this is the
18   excerpt from Ms. Carroll's book that was published
19   in New York Magazine online -- originally online on
20   June 21, 2019.
21        A.    Okay.
22        Q.    At any point in time, did you read this
23   article?
24        A.    Excuse me?
25        Q.    Did you ever read this article?  This
```

Page 55

```
 1                    D. J. TRUMP

 2   document in front of --

 3        A.    No, I don't believe I did.

 4             (DJT Exhibit 19 was marked for

 5   identification.)

 6   BY MS. KAPLAN:

 7        Q.    I've handed you a book marked as DJT 19,

 8   a book by E. Jean Carroll.  It says What Do We Need

 9   Men For, and if you look at the publication date, it

10   says first edition July 2019.  Do you have that?

11        A.    Yes.

12        Q.    Do you have that book in front of you?

13        A.    Yeah.

14        Q.    Sitting here today, sir, have you ever

15   read this book either in its entirety or any portion

16   of this book?

17        A.    No, never have.  I've never seen the book

18   actually.

19        Q.    Okay.  Now, the allegations that first

20   appeared in DJT 18, which is the article -- it was

21   big news that Ms. Carroll had made this allegation

22   against you; correct?

23        A.    I'd say it was, yeah.  Because that's

24   what she wanted, to sell a book.

25        Q.    And it was covered widely in the press;
```

Confidential

Page 60

D. J. TRUMP

 1

 2     A.    Perhaps, yes.

 3     Q.    Sitting here today, do you stand by this

 4  statement?

 5     A.    Yes.

 6     Q.    Sitting here today, are there any

 7  inaccuracies in this statement that you now know of?

 8     A.    Not that I can see, no.  The only thing

 9  that I would say is -- and I've just heard this --

10  that she has no idea when this event took place, and

11  somehow 23 years is mentioned, 23 years ago.  It's a

12  long time.  But she has no idea supposedly when this

13  took place, what season, what year, what month, what

14  day.  She knows nothing.  And for some reason, it's

15  put down here 23 years ago.  So, you know, at one

16  point I was told 23 years.  But I've heard since she

17  really has no clue when this took place supposedly,

18  which -- it didn't take place.

19     Q.    So is it your testimony that when

20  Ms. Carroll made her allegations, she had -- putting

21  aside what day it happened that she had no idea

22  whatsoever of what year it took place?

23     A.    My lawyers told me that.

24     Q.    Okay.  I don't want to know what your

25  lawyers told you.

Confidential

Page 64

```
 1                    D. J. TRUMP

 2       this.

 3  BY MS. KAPLAN:

 4       Q.    And I take it -- is it fair to say that

 5  when you made comments while you were president on

 6  your way to somewhere, on your way to an event, on

 7  your way to boarding Air Force One or Marine One

 8  that a transcript would be created like this and

 9  released by your press office?

10       A.    Oftentimes, yeah.

11       Q.    Are you better able -- this is a long

12  one.  Let's try to do this, sir.  Are you better

13  able to read the writing in this document than the

14  previous document?

15       A.    I can.  You could read it.  But why don't

16  you read it?

17       Q.    You want me to read it?

18       A.    Yeah.

19       Q.    When my son was little, I couldn't stand

20  reading books to him because you had to read it so

21  slow, and it would drive me nuts.  But I'm going to

22  try to read it slow.

23             At the bottom of page 1800, it says "The

24  President," colon, and then it says as follows:

25             "I have no idea who this woman is.  This
```

Confidential

Page 65

D. J. TRUMP

 1    is a woman who has also accused other men of things

 2    as you know.  It is a totally false accusation.  I

 3    think she was married, as I read.  I have no idea

 4    who she is, but she was married to an actually nice

 5    guy, Johnson, a newscaster.

 6              "Question:  You were in a photograph with

 7    her?

 8              "The President:  Standing with coat on in

 9    a line -- give me a break -- with my back to the

10    camera.  I have no idea who she is.  What she did

11    is -- it's terrible, what's going on.  So it's a

12    total false accusation, and I don't know anything

13    about her, and she's made this charge against

14    others.  And, you know, people have to be careful

15    because they're playing with very, very dangerous

16    territory."

17              Am I going slow enough?

18         A.    Yeah, you're going fine.

19         Q.    "And when they do that -- and it's

20    happening more and more.  And when you look at what

21    happened to Justice Kavanaugh and when you look at

22    what's happening to others, you can't do that for

23    the sake of publicity.  New York Magazine is a

24    failing magazine.  It's ready to go out of business

Confidential

Page 66

```
 1                       D. J. TRUMP
 2   from what I hear.  They'll do anything they can, but
 3   this was about many men.  And I was one of the many
 4   men that she wrote about.  It's a totally false
 5   accusation.  I have absolutely no idea who she is.
 6   There's some picture where we're shaking hands.  It
 7   looks like it's some kind of event.  I have my coat
 8   on.  I have my wife standing next to me.  And I
 9   didn't know her husband, but he was a newscaster.
10   But I have no idea who she is.  None whatsoever.
11   It's a false accusation, and it's a disgrace that a
12   magazine like New York -- which is one of the
13   reasons it's failing.  People don't read it anymore.
14   So you're trying to get readership by using me.
15   It's not good.  You know, there were cases that the
16   mainstream media didn't pick up, and I don't know if
17   you've seen them, and they were put on Fox.  But
18   there were numerous cases where women were paid
19   money to say bad things about me.  You can't do
20   that.  You can't do that.  And those women did wrong
21   things, that women were actually paid money to say
22   bad things about me.  But here's a case.  It's an
23   absolute disgrace that she's allowed to do that."
24              You made that statement, correct?
25         A.    Read the last part, please.
```

Confidential

Page 67

```
 1                        D. J. TRUMP

 2        Q.    "But here's a case.  It's an absolute

 3   disgrace that she's allowed to do that."

 4        A.    Yes.

 5        Q.    Okay.  And I'm going to ask the same

 6   questions I asked last time.

 7              I take it you stand by that statement

 8   today?

 9        A.    Yes.

10        Q.    Sitting here today, are you aware of any

11   inaccuracies in your statement?  I'm not asking

12   about her allegation.  About your statement.

13        A.    No.  I think it's pretty much fine.  I

14   can't -- I haven't reviewed it in great detail, but,

15   you know, it was standing outside of a helicopter

16   that was getting ready to take off.  But, no, that

17   was -- that -- the statement is, in my opinion,

18   correct.

19        Q.    Okay.  And just so the record is clear,

20   if at any point you come across any inaccuracies,

21   please don't hesitate to let us know.

22              Let's go now to the third statement,

23   which we're going to mark as DJT 22.

24              (DJT Exhibit 22 was marked for

25   identification.)
```

Confidential

Page 68

```
 1                    D. J. TRUMP

 2   BY MS. KAPLAN:

 3       Q.    You have in front of you, sir, a

 4   five-page document.  The first page says in bold

 5   type "Exclusive:  Trump vehemently denies

 6   E. Jean Carroll allegation.  Says she's not my

 7   type."

 8              It's from a publication known as The

 9   Hill.  It's dated June 24, 2019, and it's attributed

10   to the gentleman Jordan Fabian and -- or maybe not

11   the gentleman.  It's attributed to two people,

12   Jordan Fabian and Saagar Enjeti.  Do you see that?

13       A.    Yes.

14       Q.    So this is two days after the last

15   statement we're looking at, which is on June 22nd.

16              Do you recall having an interview with

17   reporters from The Hill on June 24, 2019?

18       A.    Vaguely, yes.

19       Q.    And do you recall where that interview

20   took place?

21       A.    I think it was in the Oval Office.

22       Q.    And if you turn to page -- the first

23   page -- it's really page 2 of the document I gave

24   you.  At the very top it says:  "President said

25   Monday that writer E. Jean Carroll was totally lying
```

Confidential

Page 69

```
 1                      D. J. TRUMP

 2   when she recently accused him of raping her during

 3   an encounter in a New York department store in the

 4   mid-1990s."  And then it talks about an exclusive

 5   interview with The Hill.  Do you see that?

 6        A.    Yeah.

 7        Q.    And you're quoted just below that

 8   paragraph as saying as follows -- and this one I'll

 9   read:  "I'll say it with great respect.  Number one,

10   she's not my type.  Number two, it never happened.

11   It never happened.  Okay?"

12              And then the reporters say:  "The

13   president said, 'Well, see you behind the Resolute

14   Desk in the Oval Office.'"  Do you see that?

15        A.    Yes, I do.

16        Q.    And the statement that I just read that

17   begins "I'll state with great respect," that was a

18   statement that you made to the reporter for The Hill

19   on June 24, 2019; correct?

20        A.    Yes.

21        Q.    And the same set of questions.  I take

22   it, sir, that you stand by that statement today?

23        A.    Yes, I do.

24        Q.    And I take it that from what we've been

25   discussing so far that you don't see any
```

Confidential

Page 70

```
 1                        D. J. TRUMP
 2   inaccuracies in that statement?
 3              MS. HABBA:  Objection to form.
 4              You can answer.
 5              THE WITNESS:  No.  No.  She made up the
 6         story.  It's a total lie.  She knows it.  She
 7         did it to sell a book, I guess, or something.
 8   BY MS. KAPLAN:
 9         Q.    In your June 21 statement, which is DJT
10   20, which is the Littman tweet, you referred to
11   Ms. Carroll's claim as a false accusation?
12         A.    Where is this?
13         Q.    DJT 20.
14         A.    Yeah.
15         Q.    You say it's a false accusation; correct?
16         A.    It's true.
17         Q.    And in your June 22 statement made on
18   your way to Camp David, you said that she made a
19   false accusation and a totally false accusation;
20   correct?
21         A.    Yes.
22         Q.    And in your interview with The Hill on
23   June 24, you say that Ms. Carroll was totally lying
24   and it never happened?
25         A.    Correct.
```

Confidential

Page 78

```
 1                    D. J. TRUMP
 2   Smith or by somebody within minutes; okay?  So there
 3   were no complaints.  There were no stories.  There
 4   was no anything because it never happened.  It's all
 5   fiction.  It's a con job.
 6        Q.   So before you made your statements that
 7   it never happened in 2019, did you or anyone on your
 8   staff reach out to anyone at Bergdorf Goodman?
 9        A.   I didn't have to reach out to anybody
10   because it didn't happen.  And by the way, if it did
11   happen, it would have been reported within minutes.
12   You're talking about going to a major floor
13   probably.  I assume the most important floor, a
14   major floor in a major department stores that's a
15   very busy store, by the way, and checkout counters
16   and everything else.  And I would be in there?  I
17   mean, it's the most ridiculous -- it's the most
18   ridiculous, disgusting story.  It was just made up.
19             MS. HABBA:  Just to clarify, the question
20        is if he reached out to Bergdorf?
21             MS. KAPLAN:  If he or anyone before he
22        made the statement in June 2019.
23             MS. HABBA:  If he directed anyone?
24             MS. KAPLAN:  Did he or anyone working for
25        him reach out to Bergdorf Goodman.
```

Page 79

```
 1                         D. J. TRUMP

 2              THE WITNESS:  No.

 3   BY MS. KAPLAN:

 4       Q.    After you made the statements that you

 5   made in June of 2019, did you or anyone working for

 6   you reach out to Bergdorf Goodman?

 7       A.    After the statement was made?  No.

 8       Q.    No?

 9       A.    No.  This would have been public years

10   ago if it happened.  Years ago, many people, very

11   crowded store.

12              MS. HABBA:  Obviously, just to make the

13              record clear, we're not discussing any

14              conversations he had with attorneys.  That

15              would be privileged.

16              MS. KAPLAN:  But if you had the

17              statement, you could say had the conversation,

18              but I don't know what it was.  That's fair.

19              But other than that, I don't want to know.  And

20              I'm talking about Bergdorf Goodman.  So I'm not

21              asking about attorneys.

22   BY MS. KAPLAN:

23       Q.    In your June 21 statement, which is --

24   oh, Exhibit 20.

25              MS. KAPLAN:  I thought you were
```

Page 80

```
 1                    D. J. TRUMP

 2        correcting the date.  He kept saying 20.

 3   BY MS. KAPLAN:

 4        Q.    In your June 21 statement that's marked

 5   as Exhibit 20, you say -- and this is the Littman

 6   tweet -- "I never met this person in my life."

 7        A.    Yes.

 8        Q.    Was that a true statement when you made

 9   it on June 21, 2019?

10        A.    It was a true statement when I made it.

11   I think subsequently or at some point they showed a

12   picture on a receiving -- I was on a celebrity line

13   for a charity, and I think I was either shaking her

14   hand or her husband's hand on a receiving line.

15   Like I say, I shake a lot of hands with people, but

16   I had no idea who she was.

17        Q.    So if I can understand your testimony,

18   sir, you're saying that at the time you made the

19   statement that's in DJT 20, you were not aware of

20   ever having met Ms. Carroll?  You have since seen a

21   photograph that shows you with Ms. Carroll on a

22   receiving line; correct?

23        A.    Along with a lot of other people.

24            MS. HABBA:  Objection to form.

25            THE WITNESS:  This was a very public -- I
```

Confidential

Page 81

```
 1                          D. J. TRUMP
 2          think it was a charity or a celebrity event or
 3          something.  And I think that's her big claim to
 4          fame, you know, that she shook my hand at some
 5          celebrity event.
 6     BY MS. KAPLAN:
 7          Q.   So the answer to my question is yes, that
 8     after you made the statement, you became aware that
 9     there's a photo of you with Ms. Carroll in a
10     receiving line; correct?
11          A.   At some point.
12          Q.   Okay.
13          A.   I saw there was a photo on a receiving
14     line, yes.
15          Q.   Okay.
16               MS. KAPLAN:  Let's mark the photo.  What
17          number are we on?
18               (DJT Exhibit 23 was marked for
19     identification.)
20     BY MS. KAPLAN:
21          Q.   You have in front of you a black and
22     white photograph that we've marked as DJT 23.  And
23     I'm going to ask you:  Is this the photo that you
24     were just referring to?
25          A.   I think so, yes.
```

Confidential

Page 82

```
 1                        D. J. TRUMP
 2        Q.   And do you recall when you first saw this
 3   photo?
 4        A.   At some point during the process, I saw
 5   it.  I guess that's her husband, John Johnson, who
 6   was an anchor for NBC.  Nice guy, I thought.  I
 7   mean, I don't know him, but I thought he was pretty
 8   good at what he did.  I don't even know the woman.
 9   I don't know who -- it's Marla.
10        Q.   You're saying Marla is in this photo?
11        A.   That's Marla, yeah.  That's my wife.
12        Q.   Which woman are you pointing to?
13             MS. HABBA:  No, that's Carroll.
14             THE WITNESS:  Oh, I see.
15   BY MS. KAPLAN:
16        Q.   The person you just pointed to was
17   E. Jean Carroll.
18             MS. HABBA:  That's your wife.
19   BY MS. KAPLAN:
20        Q.   And the person -- the woman on your right
21   was --
22        A.   I don't know.  This was the picture.  I
23   assume that's John Johnson.
24             MS. HABBA:  That's Carroll.
25             THE WITNESS:  That's Carroll?  Because
```

Confidential

Page 87

```
 1                        D. J. TRUMP

 2        A.    No.  I don't know how I even knew she was

 3   married to him.  At some point I heard that she was

 4   married to John Johnson, who I knew as an announcer

 5   or anchor, I thought, for ABC.

 6        Q.    Now, in your June 21 statement, which

 7   is -- in your June 21 statement, which is DJT 20,

 8   you said that Ms. Carroll was trying to sell a new

 9   book and that you said shame on those who make up

10   false stories of assault to try to get publicity for

11   themselves or sell a book?

12        A.    Yeah, that's right.

13        Q.    Before you made that statement, did you

14   have any knowledge one way or the other of the

15   financial arrangements between Ms. Carroll and the

16   publisher of her book?

17        A.    No.

18        Q.    Did you even know who her publisher was?

19        A.    No.

20        Q.    Did you ever see her book contract?

21        A.    No.

22        Q.    Did you know anything about Ms. Carroll's

23   financial situation?

24        A.    No.

25        Q.    Did you know anything about her expected
```

Confidential

Page 88

```
 1                    D. J. TRUMP

 2   book sales?

 3       A.    No idea.

 4       Q.    Before you made this statement, do you

 5   know if you or anyone working for you went on to --

 6   withdrawn.

 7            Before you made this statement that

 8   appears in DJT 20, do you know whether you or anyone

 9   working for you did any research on Ms. Carroll?

10       A.    I just don't know.  It's possible

11   somebody -- when they heard this horrible

12   accusation, it's possible that somebody did a little

13   quick research but not that I know of.

14       Q.    Another thing that you say in your June

15   21 statement is that Ms. Carroll was trying to carry

16   out a political agenda?

17       A.    Yeah.

18       Q.    How did you know she had a political

19   agenda if you didn't know who she was?

20       A.    Somebody told me early on that she was

21   somehow aligned with Hillary Clinton.  She was

22   either aligned with her or -- I thought aligned with

23   her.

24       Q.    Who told you that?

25       A.    I think you're aligned with her too
```

Confidential

Page 89

```
 1                    D. J. TRUMP
 2    actually.
 3         Q.    Who told you that?
 4         A.    Somebody had mentioned it.
 5         Q.    Do you recall who?
 6         A.    I don't know.  I don't know who said it,
 7    but somebody had mentioned it since, that she was
 8    somehow into that whole world.
 9         Q.    And you just said "I don't know who -- I
10    don't know who said it, but somebody has mentioned
11    it since"?
12         A.    No.  I meant since the accusation.
13         Q.    Oh, since the accusation.
14               Do you remember what that person told you
15    if you don't --
16         A.    Just mentioned that they thought she was
17    somewhat political and aligned with Hillary Clinton.
18         Q.    Before issuing your statement on June 21,
19    did you learn what political party Ms. Carroll
20    belonged to?
21         A.    No, I didn't know that.
22         Q.    Before you issued your June 21 statement,
23    did you have any documents indicating that she was
24    pursuing a political agenda?
25         A.    No.
```

Confidential

Page 90

```
 1                        D. J. TRUMP

 2        Q.   At the end of your statement, your June

 3   21 statement, you say:  "If anyone has information

 4   that the Democratic party is working with

 5   Ms. Carroll or New York Magazine, please notify us

 6   as soon as possible."

 7              Did anyone ever notify you --

 8        A.   I don't know.

 9        Q.   Sitting here today, you can't recall

10   anyone who notified you?

11        A.   I don't know, yeah.

12        Q.   Now --

13              MS. KAPLAN:  Oh, it's noon.  Leah, I know

14         you wanted to stay on schedule.  Did you want

15         to break now?

16              MS. HABBA:  Okay --

17              THE WITNESS:  No.  No.  I'd rather finish

18         this up.

19              MS. HABBA:  How much more time do you

20         have?

21              MS. KAPLAN:  Oh, I'm not going to be

22         done, but I can get through this section in

23         probably five or ten minutes.

24              MS. HABBA:  Yeah, go ahead.

25
```

Confidential

Page 91

```
 1                    D. J. TRUMP
 2   BY MS. KAPLAN:
 3        Q.    Now, in your June 22nd statement, which
 4   appears -- which we've marked as DJT 21, you claim
 5   that Ms. Carroll had falsely accused other men of
 6   sexual assault; correct?
 7        A.    That's what I heard, yes.
 8        Q.    And you believed that was a true claim?
 9        A.    It's what I heard.
10        Q.    From whom had you heard it?
11        A.    I don't know.  I don't know.
12        Q.    What other --
13        A.    Doesn't she even write about it in her
14   book?  Did I hear that too?  She talks about other
15   men in the book.
16        Q.    So from -- you don't remember who told
17   you this?
18        A.    Nope.  That's just what I heard.
19        Q.    And she does talk about other men in her
20   book, but who told you that what she says about the
21   other men in her book is false?
22        A.    I don't know.  I just heard she -- I
23   didn't read her book.  I never saw her book until
24   now, but I heard she talked about other men in the
25   book.  And I had heard she accused other men of
```

Confidential

Page 92

```
 1                      D. J. TRUMP
 2   things.
 3         Q.    And you say you'd heard that she had
 4   accused other men of things in her book?
 5         A.    Not in her book -- it could be in the
 6   book but maybe outside of the book.  But that she's
 7   been -- you know, she's accused other men of things.
 8         Q.    Okay.  Did whoever told you that she
 9   accused other men of things also tell you that all
10   those accusations were false?
11         A.    No.
12         Q.    Did they tell you that --
13         A.    It was a statement made.  I don't even
14   know who made it, but I had heard that she was --
15   that she's accused other men of things, yeah.
16         Q.    Did anyone tell you that any of the men
17   she has accused of other things -- withdrawn.
18               Did anyone tell that you that the
19   accusations she has made about other men were false?
20         A.    I don't know.  Just -- I just heard
21   that -- I just heard that she accused other men of
22   things.  Maybe that's true; maybe it's not.  I just
23   don't know.  That was just something that I heard.
24         Q.    And you'd agree with me, would you not,
25   that sometimes women make accusations against men
```

Confidential

Page 94

```
 1                      D. J. TRUMP

 2   physically; right?

 3        A.    I saw her in a picture.  I didn't know

 4   what she looked like, and I said it -- and I say it

 5   with as much respect as I can, but she is not my

 6   type.

 7        Q.    And, again, when you say "type," you just

 8   referred to looking at photos.  So you mean

 9   physically she's not your type?

10        A.    Physically she's not my type, and now

11   that I've gotten indirectly to hear things about

12   her, she wouldn't be my type in any way, shape, or

13   form.

14        Q.    But when you were talking back on June

15   24th, you were referring to her not being your type

16   physically; correct?

17        A.    I saw a photo of her.

18        Q.    Okay.

19        A.    And the only difference between me and

20   other people is I'm honest.  She's not my type.

21        Q.    Do you recall what photo you saw of her

22   before you made that statement?

23        A.    No.  No.  I saw a photo after the --

24   after her ridiculous accusation was made, I got to

25   see a photo -- somebody --
```

Confidential

Page 99

```
 1                      D. J. TRUMP

 2    allegedly made?

 3         A.    Just a general statement.

 4         Q.    Okay.  Now, I'm going to go through a

 5    list of people who I think you may have spoken to

 6    about Ms. Carroll's allegations or this lawsuit.  I

 7    want to do this carefully.  So what I first want to

 8    just ask you is -- I want to give you the person's

 9    name, and you can tell me, yes or no, you spoke to

10    them.  And if it's yes, I may have some follow-up

11    questions but --

12         A.    Okay.

13              MS. HABBA:  Just so that I don't have to

14         object on every ground, obviously executive

15         privilege.  I don't want to go into the

16         substance of any conversations with any of his

17         advisers or anyone while he was in the

18         White House.

19              MS. KAPLAN:  I understand that.  Let's

20         take it question by question.

21              MS. HABBA:  Sure.

22    BY MS. KAPLAN:

23         Q.    Did you ever communicate about

24    Ms. Carroll or this lawsuit with Dan Scavino?

25         A.    I don't remember having done so.  It's
```

Confidential

Page 100

```
 1                       D. J. TRUMP

 2   possible, but I don't remember having done so.

 3       Q.    Same question for Nicholas Luna.

 4       A.    I sort of doubt it.  I don't think so.

 5       Q.    Molly Michael?

 6       A.    I don't think I talked about it

 7   specifically.  It's possible, but I don't think so.

 8       Q.    Hope Hicks?

 9       A.    No.  Pretty sure no.

10       Q.    Adam Kennedy?

11       A.    Say it again.  Who?

12       Q.    Adam Kennedy?

13       A.    I don't think so.

14       Q.    Derek Lyons?

15       A.    Pretty sure no.

16       Q.    Sara Sanders?

17       A.    No.

18       Q.    Stephanie Grisham?

19       A.    I don't remember exactly.  I think -- I

20   don't -- it's possible I said something.  I don't

21   know.  I really don't -- not much.

22       Q.    Judd Deere?

23       A.    Who?

24       Q.    Judd Deere.

25       A.    Not that I remember.
```

Confidential

Page 101

```
 1                        D. J. TRUMP

 2       Q.    Nick Mulvaney?

 3       A.    Not that I remember.

 4       Q.    Emma Doyle?

 5       A.    Not that I remember.

 6       Q.    Heidi Stirrup?

 7       A.    Not that I remember.

 8       Q.    Kayleigh McEnany?

 9       A.    Not that I remember.

10       Q.    Erin Perrine?

11       A.    Not that I remember.

12       Q.    Sarah Matthews?

13       A.    Not that I remember.

14       Q.    Daniel -- I hope I'm pronouncing this

15   right -- Bucheli, B-U-C-H-E-L-I?

16       A.    Not that I remember.

17       Q.    Tim Murtaugh?

18       A.    Some of these people I don't even know.

19       Q.    Okay.

20       A.    You're asking me names I don't even know.

21       Q.    Well, if you don't know, tell me just so

22   the record is clear.

23       A.    Go ahead.

24       Q.    Tim Murtaugh?

25       A.    No.
```

Confidential

Page 102

```
 1                          D. J. TRUMP

 2        Q.    Matt Wolking?

 3        A.    No.

 4        Q.    Zach Parkinson?

 5        A.    No.  I say -- when I say no, I mean I

 6   really have to say not that I remember but --

 7        Q.    Okay.

 8        A.    -- pretty much not that I remember.

 9        Q.    Okay.  And in addition to -- let me make

10   sure I got through the list.  Oh, no.  I'm not done.

11   Sorry.

12              Jared Kushner?

13        A.    Did I ever speak to him about it?

14        Q.    Yeah.

15        A.    I don't think so.

16        Q.    Your daughter.

17        A.    I told my daughter that this was a --

18              MR. MADAIO:  She's just asking whether or

19        not you had a conversation about it.

20              MS. HABBA:  I don't want you to answer.

21        It's privileged.

22              THE WITNESS:  I mentioned it briefly.

23   BY MS. KAPLAN:

24        Q.    Either of your sons?

25        A.    I don't think so.
```

Confidential

Page 103

1                          D. J. TRUMP

2          Q.     And by the sons, I mean your adult sons.

3          A.     Yeah.  I don't think so.

4          Q.     Your current wife?

5          A.     Yeah.

6          Q.     Okay.  And I'm just going to use

7    categories.  In addition to the people that I

8    mentioned, do you recall any conversations with

9    anyone in the legislative branch -- and by that I

10   mean the House or the Senate or people who work

11   there.

12         A.     Well, it's probable that I told people

13   that there was a false, disgusting lie made about me

14   because I would say that to a lot of people.  Even

15   if they didn't ask, I was very offended by this.

16   This woman is sick.  There's something wrong with

17   her, and it's a false story.  So I would go around

18   saying that to people, yes.  So it's possible that I

19   would say that to legislators.

20         Q.     What about people in the executive branch

21   who I didn't mention?

22         A.     No.  I mean, I think you mentioned a lot

23   of people.

24         Q.     I did, and I take it -- what about anyone

25   else who worked on your presidential campaign?

Confidential

Page 121

```
 1                      D. J. TRUMP

 2      Q.   Do you recall telling any other woman

 3  that if they had been assaulted as Ms. E. Jean

 4  describes it in a dressing room, that woman would

 5  have fought back?

 6          MS. HABBA:  Objection.

 7          THE WITNESS:  No, I don't remember saying

 8      that.  I don't remember that.  But I didn't --

 9      I don't think I said that.  But if you read --

10      if you see her interview with Anderson Cooper,

11      she's talking about this not only not being an

12      assault, but she said other things that were

13      frankly crazy in terms of what -- that

14      interview, to me, made her look like, number

15      one, a liar, and, number two, like she was off.

16      There's something a little off with her

17      mentally.

18  BY MS. KAPLAN:

19      Q.   So you said a couple of answers ago that

20  you would have told -- excuse me -- that you did

21  tell people that if this had happened in a dressing

22  room of a crowded department store, people would

23  have heard it, and people would have asked what the

24  hell is going on.

25      A.    Yeah.  I would say that that would be
```

Confidential

Page 130

```
 1                          D. J. TRUMP
 2    reporters by email, there's a designated group, and
 3    it always goes to the same --
 4          A.    I don't know how they do that, but it
 5    goes to the press.
 6          Q.    Why did you decide to issue the statement
 7    on Truth Social on October 12th?
 8          A.    Because I was offended at this woman's
 9    lie.  Because I was offended that she could just
10    make up a story out of cold air, refuted by her
11    testimony on CNN, but that she could make up a story
12    just out of nowhere and that I get a phone call
13    asking me about this ridiculous situation.  The
14    woman -- there's something wrong with her in my
15    opinion.  Okay.  But it's a false accusation.  Never
16    happened, never would happen.  And I posted and I
17    will continue to post until such time as -- and then
18    I will sue her after this is over, and that's the
19    thing I really look forward to doing.  And I'll sue
20    you too because this is -- how many cases do you
21    have?  Many, many cases, and I know the statements
22    that were made -- that you made.  Keep Trump busy
23    because this is the way you defeat him, to keep him
24    busy with litigation.  So I will be suing you also,
25    but I'll be suing her very strongly as soon as this
```

Confidential

Page 137

```
 1                     D. J. TRUMP
 2   Ms. Carroll; right?
 3        A.    That's right.
 4        Q.    And at the deposition in another case
 5   where I was here, you referred to, as I recall,
 6   Ms. Carroll as Madam Bergdorf Goodman.  Same idea;
 7   right?
 8        A.    Same concept, yeah.
 9        Q.    Now, when you say in here I don't know
10   this woman and have no idea who she is, even though
11   you're using the present tense, you're referring
12   back to your knowledge as of when she first made the
13   allegation --
14        A.    I still don't know this woman.  I think
15   she's a wack job.  I have no idea.  I don't know
16   anything about this woman other than what I read in
17   stories and what I hear.  I know nothing about her.
18        Q.    Okay.  Well, I guess the distinction I'm
19   trying to make, sir, is that when the allegation
20   came out in 2019, you said you -- I think it's your
21   testimony that you had no idea who she was.
22        A.    I still don't.
23        Q.    Well, today you at least know that she's
24   a plaintiff in a case suing you; correct?
25        A.    Oh, yes.  That, I know, but I know
```

Confidential

Page 141

1                          D. J. TRUMP

2      you better watch the interview.

3           Q.    In the interview when Ms. Carroll talked

4      about rape being sexy, isn't it true that she said

5      that's a view that many other people hold?

6           A.    Oh, I don't know.  I mean, I don't know.

7      All I know is I believe she said rape is sexy or

8      something to that effect, but you'll have to watch

9      the interview.  It's been awhile.

10          Q.    And just to clarify, I think you said a

11     few minutes earlier that you used the word "swooned"

12     as a synonym for -- you said the F word -- for

13     sexual intercourse?

14          A.    Yeah.  That's because that's what she

15     said.

16          Q.    What do you mean?  She never used the

17     word "swooned."

18          A.    No.  She said that I did something to her

19     that never took place.  There was no anything.  I

20     know nothing about this nut job.

21          Q.    Okay.  Then you go on to say in the

22     statement:  "And while I am not supposed to say it,

23     I will."  Why were you not supposed to say it?

24          A.    Because it's not politically correct to

25     say -- read the next.  Go ahead.  That she's not my

Page 142

                        D. J. TRUMP

 1

 2   type?  Yeah.  Because it's not politically correct

 3   to say it, and I know that, but I'll say it anyway.

 4   She's accusing me of rape, a woman that I have no

 5   idea who she is.  It came out of the blue.  She's

 6   accusing me of rape -- of raping her, the worst

 7   thing you can do, the worst charge.

 8            And you know it's not true too.  You're a

 9   political operative also.  You're a disgrace.  But

10   she's accusing me and so are you of rape, and it

11   never took place.  And I will tell you I made that

12   statement, and I said, while it's politically

13   incorrect, she's not my type.  And that's

14   100 percent true.  She's not my type.

15   Q.    And when you say "not my type," you want

16   people -- your intention of saying -- withdrawn.

17            The point of saying she's not my type is

18   to persuade people that you didn't rape her because

19   she wasn't attractive enough; correct?

20            MR. MADAIO:  Object to the form.

21            MS. HABBA:  Objection to the form.

22            THE WITNESS:  When I say she's not my

23        type, I say she is not a woman I would ever be

24        attracted to.  There is no reason for me to be

25        attracted to her.  I just -- it's not even

Page 143

1                        D. J. TRUMP

2          meant to be an insult.  There's no way I would

3          ever be attracted to her.  Now, some people

4          would be attracted to her perhaps.  I would

5          never be attracted to her.

6               So in addition to the fact that it never

7          happened, never could happen -- so I say it's

8          politically incorrect to say essentially she's

9          not my type on top of everything else.

10   BY MS. KAPLAN:

11        Q.   So you also have a reference -- you

12   have -- withdrawn.

13               At the top of the thing, you say Peekaboo

14   James?

15        A.   Yes.

16        Q.   I assume that's the New York attorney

17   general, Letitia James?

18        A.   Or New York State attorney general.

19        Q.   Yes.

20        A.   You know, your friend Cuomo knows her.

21        Q.   And then you talk --

22        A.   You should ask Andrew.  If you want a

23   definition, ask Andrew about her.  I think

24   you've been through a lot.

25        Q.   And then you talk about the judge, and

Confidential

Page 148

```
1                        D. J. TRUMP
2         many times hoax by all these people, the scum
3         that we have in our country, lying to Congress
4         hoax, the spying on my campaign hoax.  They
5         spied on my campaign, and now they admit it.
6         That was another hoax, and I could get a whole
7         list of them.  And this is a hoax too.
8    BY MS. KAPLAN:
9         Q.    This -- when you say "this" and "that" --
10        A.    This ridiculous situation that we're
11   doing right now.  It's a big, fat hoax.  She's a
12   liar and she's a sick person in my opinion.  Really
13   sick.  Something wrong with her.
14        Q.    Okay.  In addition to the Russia Russia
15   Russia hoax, the Ukraine Ukraine Ukraine hoax, the
16   Mueller or Mueller hoax, the lying to FISA hoax, the
17   lying to Congress hoax, and the spying on your
18   campaign hoax, isn't it true that you also referred
19   to the use of mail-in ballots as a hoax?
20        A.    Yeah, I do.  Sure.
21             MS. HABBA:  Objection.
22             THE WITNESS:  I do.  I think they're very
23        dishonest.  Mail-in ballots, very dishonest.
24   BY MS. KAPLAN:
25        Q.    And isn't it true that you yourself have
```

Confidential

Page 192

```
 1                      D. J. TRUMP

 2   talked about Ms. Leeds.

 3              What else did you know about Ms. Leeds

 4   that would indicate to you that she was -- would not

 5   have been your first choice other than how she

 6   looked?

 7        A.   I don't know.  I think I probably saw her

 8   on television or something.

 9              But -- I don't want to be insulting, but

10   when people accuse me of something, I think I have a

11   right to be insulting, because they're insulting me.

12   They're doing the ultimate insult.  They make up

13   stories and then I'm not allowed to speak my mind?

14   No, I disagree with that.

15              She would not have been anywhere on a

16   list.  I just -- just wouldn't have been for me.

17              It's disgusting.  What she said was

18   disgusting.

19              Can you imagine doing that on an

20   airplane, what she said?  I'm doing that on an

21   airplane?  That's almost as ridiculous as doing it

22   in Bergdorf Goodman in a dressing room.

23        Q.   Now, you just testified at some length,

24   sir, that Ms. Leeds would have remembered the date

25   or the flight that she was on when she says this
```

Confidential

```
 1                        D. J. TRUMP

 2              You wanted people to think that; no?

 3       A.    All I wanted people to know is that this

 4  false story, which is a false, made-up story -- she

 5  made it up probably to sell her book or for her own

 6  ego, because she's, I think -- again, I've said it

 7  before.  I think she's a very deranged, sick person,

 8  to make it up.

 9              And I look forward to suing her at the

10  appropriate time.

11       Q.    And are you aware, if you look at page 5

12  of the document in front of you, sir, that

13  Ms. Humphreys has calculated that what it would cost

14  to run a corrective campaign to remedy Ms. Carroll's

15  reputation from the things you have said and the

16  follow-up millions and millions of times would be in

17  the range of 9.9 and $12.5 million?

18       A.    This is nonsense.  Okay?  She made a

19  statement about me and I responded to her statement.

20  That's it.

21              Because we could go the other way.

22  What's it costing me?  What will it cost me to get

23  my reputation back before a wacky person that made

24  up a story that I took her up to a department store

25  into a little room with people all over the place
```

Confidential

Page 217

                        D. J. TRUMP

1

2    and raped her?  That's a sick woman that would say

3    that.  Only a sick -- there's something wrong with

4    her.

5              And I believe she did it because of her

6    book.  She never mentioned it for years and years

7    and she doesn't know when it took place, how it

8    took -- she doesn't know anything.  She has no idea

9    what season it took place, what day it took place,

10   what year it took place.

11             And I have every right to clear my

12   reputation.

13        Q.    And all of the other women who have made

14   such accusations against you, including the 24 that

15   your campaign cited, they're all sick, too; right?

16        A.    I don't know about any of these people or

17   very many of them.  I mean, every once in a while,

18   you get -- I think a lot of famous people have

19   charges thrown at them, and many of them are false

20   and some of them are true.

21             But in my case --

22        Q.    None of it is true?

23        A.    I would say.  I mean, I don't see any.  I

24   mean, you haven't shown me anything.  I don't even

25   know what you're even talking about when you say

# EXHIBIT 7

**A645**





# EXHIBIT 8

Page 1

1

2      UNITED STATES DISTRICT COURT

3      FOR THE SOUTHERN DISTRICT OF NEW YORK

4      ----------------------------------x

5      E. JEAN CARROLL,

6                          Plaintiff,

7      -against-      No. 20 Civ. 7311 (LAK)(JLC)

8      DONALD J. TRUMP, in his personal
       capacity

9
                            Defendant.

10

       ----------------------------------x

11

               CONFIDENTIAL

12

               DEPOSITION OF

13             LISA BIRNBACH
             New York, New York

14           September 21, 2022

15

16

       Reported By:

17

       ERIC J. FINZ

18

19

20

21

22

23

24

25

Page 34

```
 1            LISA BIRNBACH - CONFIDENTIAL
 2                 Just to clarify, that's the
 3       apartment that you previously said you
 4       moved into around 1995.  Correct?
 5            A.    Mm-hmm.  Yes.
 6            Q.    Okay.  And -- okay.  And can
 7       you describe the sum and substance of the
 8       conversation that you had with
 9       Ms. Carroll?
10                 MR. CELLI:  Objection to the
11            form.  Describe the sum and
12            substance of the conversation.  If
13            you can understand that question.
14            A.    E. Jean was very agitated,
15       very hyperventilating.  Emotional.  And
16       she told me about what happened to her
17       just really moments before she made the
18       phone call.
19            Q.    Okay.  Actually I want to step
20       back for one second.
21                 Was anyone else in the room
22       with you when the phone call -- when you
23       answered the phone call?
24            A.    Yes, my two older children.
25            Q.    And what were their ages at
```

Page 35

```
 1          LISA BIRNBACH - CONFIDENTIAL
 2     the time, approximately?
 3          A.    5 and 2.
 4          Q.    And what type of phone was it
 5     that you answered it on?  Was it like
 6     a --
 7          A.    A landline.
 8          Q.    A landline?
 9          A.    Mm-hmm.
10          Q.    And how would you describe --
11     I believe you already gave a couple
12     descriptors.  But how would you describe
13     Ms. Carroll's demeanor at the beginning
14     of the call?
15          A.    Upset, hyperventilating --
16     well, that's not her demeanor.  Agitated.
17     She wanted to vent.
18          Q.    Was she laughing early on in
19     the call?
20          A.    There was a moment that she
21     was laughing.  But she was not laughing
22     funny.  She was laughing excited.  Highly
23     reactive.
24          Q.    And can you describe what E.
25     Jean told you during the call had just
```

```
                                              Page 36
  1            LISA BIRNBACH - CONFIDENTIAL
  2     happened to her?
  3               MR. CELLI:  Objection to the
  4          form.  You want her to describe
  5          what was told to her or you want
  6          her to testify about what she
  7          remembers she was told, or
  8          something else?
  9          Q.   Can you explain what
 10     Ms. Carroll told you during the phone
 11     call.
 12               MR. CELLI:  Objection to the
 13          form.
 14               You can answer.
 15          A.   So what she said to me.
 16          Q.   Right.
 17          A.   Lisa, you'll never believe
 18     what happened to me.  I had gone to
 19     Bergdorf Goodman to look around after my
 20     show, because she was hosting a live show
 21     five days a week.  And I was leaving from
 22     the north door on 58th Street, which is a
 23     revolving door.  Guess who was going in
 24     the store.  It was Donald Trump.  And he
 25     said to me, oh, hi TV advice lady.  And I
```

Page 37

1          LISA BIRNBACH - CONFIDENTIAL

2     said hi, Mr. Real Estate Mogul.  And then

3     I guess they met on in -- she went back

4     in.  And he said you're so smart, why

5     don't you help me pick out a present for

6     someone.

7               So she said I thought that was

8     fun.  So I walked around the ground floor

9     of Bergdorf's with him and suggested

10    would she like a hat, would she like a

11    belt, would she like this.

12              Eventually they went upstairs.

13    They arrived to the lingerie department.

14    He pulled a body suit, and said, try this

15    on.  She said no, you try this on.

16              And the next thing was they

17    were both in the dressing room together.

18              Should I continue?

19         MR. CELLI:  The question was

20         what do you remember her telling in

21         that that phone call.

22              THE WITNESS:  Right.

23         MR. CELLI:  Have you completed

24         everything you recall from that

25         phone call?

```
                                              Page 38

     1          LISA BIRNBACH - CONFIDENTIAL

     2               THE WITNESS:  No.

     3               MR. CELLI:  Do you remember

     4          other things that she said?

     5               THE WITNESS:  Yes, I do.

     6               MR. CELLI:  So if you need to

     7          supplement that answer with what

     8          you remember her saying to you,

     9          that's fine.

    10               THE WITNESS:  She said, Donald

    11          Trump pushed her against the wall.

    12          She hit her head.  He pinned her --

    13          she tried to get free.  He pinned

    14          her with his body.  And she said

    15          many times over, he pulled down my

    16          tights, he pulled down my tights.

    17          She said it like she still couldn't

    18          believe it.  He pulled down my

    19          tights, he pulled down my tights.

    20               And I remember that she told

    21          me that he entered her.  And I

    22          remember not really understanding

    23          how she got free and got to the

    24          street.

    25     BY MR. MADAIO:
```

Page 39

```
 1           LISA BIRNBACH - CONFIDENTIAL
 2           Q.    And did she say how long after
 3      that had allegedly happened that it was
 4      that she called you?
 5           A.    It had just happened.
 6           Q.    And after she -- after she
 7      recounted what had allegedly occurred in
 8      Bergdorf, did you advise her on how she
 9      should proceed?
10           A.    Yes.
11           Q.    And what did you tell her?
12           A.    I said, E. Jean, you've been
13      raped.
14           Q.    Did you tell her she should go
15      to the police?
16           A.    I did.
17           Q.    To your knowledge, did she
18      follow your advice, did she ever report
19      the incident to the police?
20           A.    No, she did not.
21           Q.    Did you ever consider
22      reporting the alleged incident to the
23      police yourself?
24           A.    Oh, no.
25           Q.    Why not?
```

```
                                                         Page 40
 1             LISA BIRNBACH - CONFIDENTIAL
 2          A.    It wasn't my story.  Didn't
 3     happen to me.
 4          Q.    And did E. Jean ever tell you
 5     not to tell anybody?
 6          A.    Yes.  In the same phone call,
 7     she said, she swore me to secrecy.  And
 8     further said you and I will never discuss
 9     this again.
10          Q.    Did she give you any reason
11     why she didn't want you to speak about
12     it?
13          A.    She was -- I'm sure she was --
14     no, I didn't need a reason.
15          Q.    Did she give you any reason
16     why she didn't want you to speak to her
17     about it?
18          A.    No.  I didn't need a reason.
19          Q.    And how confident are you in
20     your memory of the conversation that it's
21     accurate, the details that you recall?
22               MR. CELLI:  Objection to the
23          form.
24               You can answer.
25          A.    How confident?  I'm confident
```

# EXHIBIT 9

Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - - - -x

5    E. JEAN CARROLL,

6                          Plaintiff,

7             -against-

8    DONALD J. TRUMP, in his personal capacity,

                           Defendant.

9

10   - - - - - - - - - - - - - - - - - - - - - -x

11

12                 *** CONFIDENTIAL ***

13

14          Remote deposition of CAROL MARTIN, taken

15   pursuant to Notice, was held via videoconference,

16   commencing October 18, 2022, at 10:01 a.m., on the

17   above date, before Amanda McCredo, a Court Reporter

18   and Notary Public in the State of New York.

19

20

21

22

23

24

25

```
                                                    Page 27
  1               C. Martin - Confidential
  2   BY MR. SWIFT:
  3       Q    You can answer, Ms. Martin.
  4       A    It was about personal issues.  We weren't
  5   working together.
  6       Q    Did Ms. Carroll ever contact you to discuss
  7   any instances where she alleged she was sexually
  8   assaulted?
  9            MS. CROWLEY:  Objection to form.
 10            Ever?  What's the time period?
 11            MR. SWIFT:  Yes, ever.
 12       A    I'm sorry, can you repeat?
 13   BY MR. SWIFT:
 14       Q    Sure.
 15            Did Ms. Carroll ever contact you at any
 16   time to discuss whether she was sexually assaulted?
 17            MR. BIALE:  Objection to form.
 18            Can you clarify what you mean by "contact
 19       you"?
 20            MR. SWIFT:  I don't know how to -- how else
 21       to phrase that question.
 22   BY MR. SWIFT:
 23       Q    Has she -- did she ever --
 24            MS. CROWLEY:  Are you trying to ask did
 25       Ms. Carroll ever tell Ms. Martin that she had
```

```
                                                  Page 28
  1                 C. Martin - Confidential
  2        been sexually assaulted?
  3            MR. SWIFT:  Yes, I guess that's a better
  4        way of phrasing it.  Let me make it clear for
  5        the record.
  6    BY MR. SWIFT:
  7        Q    Ms. Martin, did Ms. Carroll ever tell you
  8    that she was sexually assaulted?
  9        A    Yes.
 10        Q    Did she tell you on how many occasions she
 11    was sexually assaulted?
 12        A    Only one time.  That de-minimized it.  Only
 13    one time.
 14        Q    Did she provide a name of the person that
 15    she believed sexually assaulted her?
 16        A    Yes, she did.
 17        Q    Who was that person?
 18        A    Donald Trump.
 19        Q    Do you recall the specific date of the
 20    conversation that Ms. Carroll told you -- withdrawn.
 21            Was there a specific date that Ms. Carroll
 22    told you that she believed she was sexually
 23    assaulted by Donald Trump?
 24            MR. BIALE:  Objection to form.
 25            MS. CROWLEY:  Are you asking her for the
```

Page 32

1                    C. Martin - Confidential

2            And she said -- she went ahead to explain

3       the events.

4       Q     Did she go over the events at that point?

5       A     Yes.  Yes, she did.

6       Q     What exactly -- can you describe in detail

7       the events that Ms. Carroll explained to you at that

8       point?

9       A     Conversation went for a while.  But

10      basically she said that Mr. Trump had assaulted her

11      at Bergdorf's.  And needless to say, it was shocking

12      to hear.  My first words to her were was she okay.

13      Q     Do you recall what Ms. Carroll's general

14      demeanor was when she told you this story in the

15      kitchen of your house?

16      A     She was, I'll call it, as shocked as I was,

17      as she explained.

18      Q     And how long, if you recall, did this

19      conversation in your kitchen take place?

20      A     Hard to say.  Maybe half hour.

21      Q     What happened after -- withdrawn.

22            Did you believe Ms. Carroll's account of

23      the purported incident at the time she shared it

24      with you?

25      A     Yes, I did.

Page 33

1               C. Martin - Confidential

2       Q     Did you have any reason to doubt

3    Ms. Carroll at that time?

4       A     I did not.

5       Q     At the conclusion of this half hour

6    meeting, approximately, did you advise Ms. Carroll

7    as to what your opinion -- withdrawn.

8               At the conclusion of this half hour

9    meeting, did you advise Ms. Carroll on how you think

10   she should proceed at that point?

11      A     I did.

12      Q     What was your advice?

13      A     Because she had said she felt physically

14   okay that day and she wasn't sure what to do, I

15   advised her not to do anything.

16      Q     Was there any other reason you advised her

17   not to do anything at that point?

18      A     Yes.

19               MR. BIALE:  Objection to form.

20   BY MR. SWIFT:

21      Q     Go ahead.  Please answer, Ms. Martin.

22      A     It was my belief that -- and I said to

23   her -- that Mr. Trump had many lawyers and he would

24   bury her from her allegation.

25      Q     When you had this conversation in the