# EXHIBIT 10

*NEW YORK*

Donald Trump assaulted me in a Bergdorf Goodman dressing room 23 years ago. But he's not alone on the list of awful men in my life.

# Hideous

My first rich boy pulled down my underpants. My last rich boy pulled down my tights. My first rich boy—I had fixed my eyes on his face long enough to know—was beautiful, with dark gray eyes and long golden-brown hair across his forehead. I don't know what he grew up to be. My last rich boy was blond. He grew up to be the president of the United States.

The first rich boy's name was James. He was raped by his grandfather. He was raped by his uncles. He was beaten by his father. My mother told me the stories much later. When James was 6, he was taken away from his father and given to a rich couple, Arthur and Evelyn. Arthur and Evelyn were best friends with my parents, Tom and Betty. One day my parents gave a party. Everyone brought their kids. Arthur and Evelyn drove up from Indianapolis with James to the redbrick schoolhouse where we lived, deep in the hills north of Fort Wayne. As the parents drank cocktails in our big yard with the scent of the blooming wads of cash infusing every inch of

# Men

### BY E. JEAN CARROLL

EXHIBIT PP.
DJT 18
10-19-22

Confidential     CARROLL_024378



Confidential

CARROLL_024379

Indiana just after WWII, the kids played up on the hill beside the schoolhouse.

James was 7 and a half or 8, a bloodthirsty, beautiful, relentless boy. He ordered everyone around, even the older kids. To me he said, "I'm going to shove this up you again."

We'd played this game before. Our families had gone on a camping trip to Pokagon State Park, and I learned that an object could be shoved up the place where I tinkled. I don't remember now what it was, probably a stick, or maybe a rock. It felt like being cut with a knife. I remember I bled.

"I don't want to," I said.

We were standing on the hill. James looked at me with his feral gray eyes.

He wadded up a piece of fabric—it was a light blue-violet shade and looked fluffy, like a bunched-up hairnet.

"Put this in your underpants," he said.

He pulled up my dress and crammed the balled-up material down my pants. Late at night, when the guests had gone home, I took off my dress, pulled down my pants. And there it still was, the wadded-up thing.

James and I played so many ferocious games while camping that summer: hooking each other with fishhooks, holding each other underwater, tying each other up, shooting each other with cap guns, chasing each other with garter snakes, dumping hot embers on each other's heads. I am not putting him on the Most Hideous Men of My Life List—whether he belongs there is for him to decide. It is his uncles, his father, his grandfather who belong on such a list.

Now, about this Most Hideous Men of My Life List: It is a list of the 21 most revolting scoundrels I have ever met. I started it in October 2017, the day Jodi Kantor and Megan Twohey published their Harvey Weinstein bombshells in the New York *Times*. As the riotous, sickening stories of #MeToo surged across the country, I, like many women, could not help but be reminded of certain men in my own life. When I began, I was not sure which among all the foul harassers, molesters, traducers, swindlers, stranglers, and no-goods I've known were going to make the final accounting. I considered Matt Lauer, Bill O'Reilly, and the giant dingleberry Charlie Rose, all guys whose TV shows I was on many times and who made headlines during the rise of #MeToo. But in the end, they do not make my Hideous List.

Hunter S. Thompson ... now, *there's* a good candidate. I know. I wrote his biography. Does Hunter, the greatest degenerate of his generation, who kept yelling, "Off with your pants!" as he sliced the leggings from my body with a long knife in his hot tub, make the list? Naw.

And if having my pants hacked off by a man lit to the eyebrows with acid, Chivas Regal, Champagne, grass, Chartreuse, Dunhills, cocaine, and Dove Bars does not make the list—because to me there is a big difference between an "adventure" and an "attack"—who, in God's name, *does* make my Hideous List?

After almost two years of drawing and redrawing my list, I've come to realize that, though my hideosity bar is high, my criteria are a little cockeyed. It is a gut call. I am like Justice Potter Stewart. I just know a hideous man when I see one. And I have seen plenty. For 26 years, I have been writing the "Ask E. Jean" column in *Elle*, and for 26 years, no matter what problems are driving women crazy—their careers, wardrobes, love affairs, children, orgasms, finances—there comes a line in almost every letter when the cause of the correspondent's quagmire is revealed. And that cause is men.

Viz.: the man who thinks 30 seconds of foreplay is "enough," the man who cheats on his wife, the man who passes women over for promotion, the man who steals his girlfriend's credit cards, the man who keeps 19 guns in the basement, the man who tells his co-worker she "talks too much in meetings," the man who won't bathe, the man who beats his girlfriend's dog, the man who takes his female colleagues' ideas, the man who tries to kill his rich wife by putting poison in her shampoo. Every woman, whether consciously or not, has a catalogue of the hideous men she's known.

As it turns out, a Hideous Man marks practically every stage of my life. And so, Reader, from this cavalcade of 21 assholes, I am selecting a few choice specimens. One or two may not be pleasant for you to read about, I apologize. But if we all just lean over and put our heads between our knees, the fainting feeling will pass. No one need be carried from the room.

W HEN I ENTERED Indiana University, I was the most boy-crazy 17-year-old in the nation.

If you'd met me my freshman year, you would never have imagined I was born to be an advice columnist. But imagine it now. Thirteen miles from the Bloomington campus, there I am: young Jeanie Carroll, driving with a boy down a hilly back road in Brown County State Park, where IU students go on October Sundays to supposedly look at the famous leaves.

My situation in life—my father being a Beta Theta Pi from Wabash College, my mother being a Kappa Delta from UCLA, my wild wish to pledge either Pi Beta Phi or Kappa Kappa Gamma, my rah-rah disposition, my total ignorance of what is going on in the world, the fact that I never crack a book—all are equally against my becoming a columnist, the first requirement of which is acknowledging that there are other beings on the planet besides boys.

How I end up in that car, who the boy is ... well, I don't remember. I've been looking through my 1961 datebook, and each day is so chock-full of the names of boys who called me, the names of boys whom I expected to call me and didn't, the names of boys who did call me but I didn't care if they called me, the names of boys who if they didn't call me I was never going to speak to again, the names of boys who if they called me I would not pick up the phone, and the names of boys I would have my roommate, Connie, call and ask if they called me while she was on the line with a boy who was begging me to call him back, I can't figure out who this boy is. But meet No. 1 on the Most Hideous Men of My Life List.

He belongs to that class of boys who are not athletes and so must make their mark on campus with their devastating looks or gobs of money. I don't remember this boy having either. I remember this boy's thing is his car. It is a stick shift. Nobody knows how to "drive a stick," he says, except him and A.J. Foyt, the Indianapolis 500 winner, and so I am amazed when he releases the clutch like he's stepping on a yellowjacket nest and grinds the gears when he pulls over in the dirt and stops.

I look around. "I gotta get back to the dorm," I say.

He turns off the engine.

"Youuuuuuuu liiiittttttttttlllllllllll prrrrrrrrrrrik teeeeeeeeeez," he says. This opening compliment, "You little prick tease," is paid to every girl at some point or other in 1961, and I don't wait to be paid another. I open the car door and slide out.

What am I wearing? Tennis shoes, jeans, big sweatshirt, and—*blam*, he lunges from the car and bolts his arms around me. We crash, like felled trees, to the ground.

We land in grass covered in yellow leaves. Thanks to Mr. Weber, my high-school biology teacher, I can, with 100 percent confidence, say those yellow leaves are poplar leaves. They crackle as I struggle to get up.

---

Excerpted from *What Do We Need Men For? A Modest Proposal*, by E. Jean Carroll. Copyright © 2019 by the author and reprinted by permission of St. Martin's Publishing Group. James, Arthur, and Evelyn are pseudonyms.



Carroll being crowned Miss Indiana University in 1963.

Straddling me, the boy looks zonked out of his mind with the possibilities. He pushes my sweatshirt up to my neck.

I remember the thought flashes through my mind that could I have foreseen the circumstance of a boy throwing me down and pushing my sweatshirt up to my chin, I would not have worn a padded bra. A padded bra makes a girl look like she lacks something.

"I don't want to wrestle," I say. "Get off!"

He pins my arms over my head by my wrists.

"Get off!" I say again.

He is holding my wrists with both his hands, and, before I can react, he changes his hold to one hand and, with his free hand, pulls a knife out of his back pocket.

"See this?" he whispers.

I look at it. At the time, I own two Girl Scout knives, a Girl Scout knife-safety certificate, and my own personal hatchet, and the neighbor kids believe I have reached a height of felicity rarely attained on Illsley Place, our street, because of my winning 30 rounds of mumblety-peg, a game where we throw pocketknives at each other's bare feet. So, yes, I can "see" his knife. It's a jackknife, a knife with a folding blade, dark brownish-gray, made out of some kind of horn, about five or six inches. If he opens it, it will measure, end to end, 10 or 11 inches. It's not the knife. Well, it is the knife, but it's the look on his face that scares me.

"Get off," I say.

He pushes my bra up over my breasts. I can smell his excitement; it's like electrified butter, and I zero in on the fact that he must use two hands to open the knife.

"Get off!" I say.

"I am gonna get off," he whispers.

He lets go of both of my wrists for two seconds to open the knife, and I roll out from under him and run.

I was voted Best Girl Athlete in high school, but I was a high jumper, not a runner. I outrun this boy nonetheless. And on a twisty back road through tangled orange-and-scarlet thickets, a young couple in a car pick me up about a quarter-hour after I escape. The girl says, "I'll bet a boy tried something with you," and I say, "Yeah," and that is the last word I utter about the attack until now.

Had I been an artist, I could have carried the front seat of the car the boy was driving wherever I went on Indiana University's campus to protest his assault like Emma Sulkowicz carrying her mattress around Columbia University in the greatest art show of 2014, but I didn't think of it. Perhaps hauling around just the gearshift would have sufficed. But, like many women who are attacked, when I had the most to say, I said the least.

Let's just double-check my diary: Do I write that I went to the campus police and reported the boy? Do I say I went to the university health clinic and talked with a therapist? No. I say:

BE IT KNOWN—
That from this day forth I will not except [sic] or go on any dates that are not of my choice—they must be boys who are to my liking [I can't read what I crossed out here]. I have to [sic] many things to do—rather than waste my time with CREEPY BOYS.
(signed) Jeanie Carroll

AFTER COLLEGE and bumming around Africa, I arrive in Chicago, ready to start my so-called career. I meet one of those semi-good-looking, brown-haired, unimpeachably but forgettably dressed young men who are vice-presidents because their fathers own the company, in this case an employment agency-and-accounting firm-type thing, which, despite the gloss of its golden promise, no longer exists.

He hires me to help "land new accounts."

"You start tonight," he says.

"Great!" I say.

"We're meeting the people from Marshall Field's. Be at the Pump Room at eight o'clock."

"Wow!" I say. "The Pump Room!"

Congo-green paisley taffeta dinner suit, whisk-broom eyelashes, Rorschach-inkblot eye shadow, stacked heels, Marquis de Sade hair bow, and skirt up to *here*, I arrive in the Pump Room. I remember lots of white linen. Sparkling silver. The maître d' escorts me to a booth, where No. 13 on the Most Hideous Men of My Life List rises to greet me and says, "They canceled."

"Oh dear," I reply.

"Never mind," he says. "Sit down."

He orders drinks, an extra glass of ice, tells me in detail about the new suit he is wearing, and then says, surprised, "Oh damn! My ex-wife just walked in."

My false eyelashes spring open like parasols.

A smashingly put-together woman with a flamboyant mane of rich red hair is being escorted with an older chap (he is probably all of 35) to a table across the room. When they are seated, my boss raises his glass to her. She nods and raises one eyebrow at him.

"She's a cunt," he says.

Ten minutes later, an odd thing happens. My boss's ex-wife takes her chap's hand and raises it to her lips. A moment later, my boss takes my hand and raises it to his lips.

I jerk my hand away.

"Just a welcome smooch," he says. "Don't be bourgeois."

He orders another drink. Across the room, my boss's ex-wife glances at us and puts her two very, very red open lips on her chap's cheek and—well, there is no verb available—squishes her lips up and down and sorta rolls them around his face like she is the press-and-steam girl at a dry cleaner.

JUNE 24–JULY 7, 2019 | NEW YORK  31

Confidential                                                                 CARROLL_024381