## By now, the question has occurred to you: Why does this woman seem so unfazed by all this horrible crap?

After she concludes, my boss picks up the glass filled with ice, globs in a mouthful, crunches it for a few seconds, and then plants his freezing lips and tongue on my face.

I nearly fly out of the booth.

"GET OFF!" I cry. "Ewwwwwww!"

"You're soooo booooooozzzzshwaaaaahh," says my boss.

"Keep it in your mouth, mister!" I say. "Where's the waiter? I need more bread and butter!"

I am not a foodie. Give me a three-cheese foot-long with a mound of red onions on it or a couple of Amy's organic black-bean burritos and I'm happy. But wild, half-witted, greener-than-green Jeanie Carroll, 50 years before #MeToo, 40 years before women even begin expecting things could be different Jeanie Carroll, who takes her licks and doesn't look back, is not about to pass up a dinner in the goddamn Pump Room!

I have the filet mignon. (One of the last times I ever eat meat, so disgusting is this night.)

My boss? He orders another drink and becomes more and more excited, slobbering on my hand like a Doberman playing with his squeaky toy, and meanwhile my boss's ex-wife—who I now, half a century later, suspect was actually his wife and this was a little game they played to spice things up—starts rubbing her chap's leg.

My boss and I can't really see her doing it, as the table linen hangs nearly to the floor, but it is clear from the feverish action of her upper body that she is rubbing and rubbing and rubbing, and when her chap's eyes close, she goes on rubbing until, with his face still smeared with lipstick and looking like a sophomore standing on the free-throw line in a tied game, the chap stands up, heaves a wad of cash on the table, grabs the wife, and they scamper toward the exit.

My boss asks for the check.

My Jean Rhys *Good Morning, Midnight* room in the old Hotel Eastgate on Ontario Street no longer exists. But at the time, it is only a dozen or so blocks away, and my boss insists on driving me home. It is my first ride in a Mercedes. I am surprised at how uncomfortable the stiff leather seats are. Two or three blocks from my place, my boss runs a red light, stomps the brakes, skids to a halt, and, jabbering about "that cunt" or "a cunt" or "all cunts," jams his hand between my legs so hard I bang my head into the dashboard trying to protect myself.

I open the car door and bound into the traffic.

My boss must be doing the following things: pulling over, getting out, etc., because as I am about to turn in to the Hotel Eastgate, I look back and see him weaving toward me in a drunken trot. I remember that his legs look menacingly short. I run into the empty hotel lobby. Spurt past the desk. No manager in sight. Check the elevators. Decide to take the stairs two at a time. Hit the second floor. Feeling for the room key in my jacket pocket, I run down the hall, and as I try to put the key in the door, my boss catches me from behind and clamps his teeth on the nape of my neck. I kick backward at his shins, manage to get the key to work, jab a backward elbow into his ribs, squeeze into my room, and push, push, push the door closed.

Have you ever shut a dog outside who wants to come in? My boss scratches and whimpers at that door for the next quarter of an hour. The next day, I get a new job—and never has my lack of all talent been put to better advantage—as a greeter-and-seater at Gino's East, the Chicago pizza joint beloved by mob guys, journos, and TV glamorosi, and do not so much as call No. 13 to tell him I quit.

D O I ATTRACT hideous men? Possibly. But I've also encountered many creeps, villains, dickwads, and chumps simply because I've been around a long time. I was single, free of encumbrances, and working in the '60s, '70s, '80s, and '90s, when a woman could scarcely walk down the street without getting hit on or take a job without being underpaid.

So ... we may proceed to No. 15 on the Most Hideous Men of My Life List: Les Moonves, chairman of the board, president, and chief executive officer of the CBS Corporation.

This happens in the time—one of the happiest of my happy life—when I am booming around the country writing for *Esquire*. I have been interviewing Moonves in the lounge of the Hotel Nikko in Beverly Hills for a story (presciently titled by my editor "Dangerous Minds," February 1997), and the short, gravel-voiced Moonves apparently takes one look at me—a 50-something journalist in a pair of old brown-and-beige oxfords—and his life is no longer his own.

After the interview is finished (and for a man like Moonves, talking about himself for an hour and a half is as good as downing two gallons of Spanish fly), he follows me to the elevator. When I turn to say good-bye, he says: "You're smart."

I say: "Thank you!"

He says: "Smart enough to choose an out-of-the-way hotel," and he steps into the elevator behind me and, his pants bursting with demands, goes at me like an octopus. I don't know how many apertures and openings you possess, Reader, but Moonves, with his arms squirming and poking and goosing and scooping and pricking and prodding and jabbing, is looking for fissures I don't even know I own, and—by God!—I am not certain that even if I pull off one of his arms it won't crawl after me and attack me in my hotel bed. Hell, I am thrilled I escape before he expels his ink.

Naturally, I do not mention this in the article. I am a member of the Silent Generation. We do not flap our gums. We laugh it off and get on with life. (Moonves, for his part, told *New York* he has no recollection of the incident.)

By now, Silent Generation aside, the question has occurred to you: Why does this woman seem so unfazed by all this horrible crap? Well, I am shallower than most people. I do not dwell on the past. I feel greater empathy for others than for myself. I do not try to control everything. But mainly, I think it is because I have done the thing no Indiana University football team has ever done in history—I have won a national championship: Miss Cheerleader USA. And they fly me to Washington, D.C., to meet President Lyndon Johnson in the Rose Garden. My photo (in a swimsuit!) plays on front pages across the nation. I get a big scholarship and appear on the TV quiz show *To Tell the Truth*.

This championship is, in fact, so important to the Indiana athletic department

Confidential                                    CARROLL_024382

that they put me on billboards all over the state of Indiana—giant images of an ecstatic Jeanie escaped from her bottle, soaring above the stunned crowd in the Indiana University football stadium, a big I on my crimson sweater, cheerleading skirt aswirl, legs split like the atom.

And, well, I've never really come down … have I?

I'm up there, perpetually, eternally, forever in mid-leap, urging the crowd to never lose hope. I was a cheerleader in grade school. I was a cheerleader in high school. My sisters, Cande and Barbie, were cheerleaders; my brother, Tom, was a pole vaulter, so he jumped too. Today I open a letter for my column, I read the question, and what do I do? I start shouting and yelling and cheering at the correspondent to pick herself up and go on. And, by God! The correspondent *does* pick herself up and *does* go on! Because if she doesn't, I keep yelling at her. And every now and then I shout at myself, "Get the hell up, E. Jean! You half-wit! My God! Get on with it!"

And many women my age just "get on with it" too. It is how we handle things: Chin up! Stop griping! We do not cast ourselves as victims because we do not see ourselves as victims. While the strategy has worked for me, I wish I hadn't waited so long to say something about two of my Hideous Men.

B EAUTY CONTESTS are such a rage when I am growing up that my camp—a Girl Scout camp!—holds yearly pageants. So it happens that the first beauty contest I am nominated for is Miss Camp Ella J. Logan. (Later I'll win Miss Indiana University, no doubt due to my "talent": I take to the stage dressed as Edith Sitwell and perform a dramatic reading of *Dick and Jane*.)

There is no talent portion at camp, alas. We contestants walk up and down the dock; the judges, who've roared across the lake in a magnificent Chris-Craft and who are now seated in deck chairs, call my name.

I walk over and whisper: "What?"

They whisper: "You are Miss Camp Ella J. Logan."

After they put the papier-mâché crown on my head, the cape on my shoulders, and give me the baton covered in Reynolds Wrap, Old Cam, No. 6 on the Most Hideous Men of My Life List, the waterfront director, takes me out in a boat and runs his hands under my shirt and up my shorts. He is breathing and moving his hand slowly and hotly, and I fight no battles in my head. My mind goes white. This is Cam. This is the man who has watched me grow from an 8-year-old Brownie Scout, and his notice is an honor. This is Cam, who teaches me to swim and dive and awards me the coveted White Cap! This is Cam, who continues to run his hand inside my shorts and under my blouse—even in the dining room during dinner, under the table, squeezing my thighs, shoving his fingers—saying, "You're my girl. You're my girl. You're my girl," and making me Girl Scout–promise "not to tell anyone."

He does this until I go home. I am 12.

My friends will be stunned to read this. My sisters and brother will be speechless. But Aly Raisman, the great Olympian gymnast, and the more than 150 young women who spoke out in court about Lawrence Nassar, the USA Gymnastics team doctor, will not be shocked. Nassar abused some of the young women in front of their own mothers. Nobody saw it.

And old Cam? He writes a book called *The Girl Scout Man*. It is listed in "rather remarkable" condition, though there is some "light foxing and some very modest yellowing of the pages," on Abe Books, the rare-books dealer. Here is a shortened version of its description:

"This loving homage to Girl Scouting is a record of many of the experiences and incidents and occurrences spanning the over twenty-five years of dedicated service of Cam Parks, done mostly at Camp Ella J. Logan, near Fort Wayne, Indiana, on the shore of Dewart Lake. If you, Reader, are an alumnus of Logan … memories of time spent at this camp may well be sweeping over you right now."

No thank you.

As a Scout, I returned to Camp Ella J. Logan year after year, becoming tall and womanly, receiving letters from boys with SWAK written on the backs of the envelopes, going on weeklong canoe trips, and completing my counselor-in-training program.

Cam I avoided. Never once did I speak to him or look at him again, but my brain does not avoid him. He and his maroon swim trunks may have been dead these last 40 years, but old Cam and the boat are the events—of all the events in my life—that somehow swim constantly back into my head. And it's Cam who, when he dies at the age of 72 and the story starts going around that he was "suddenly dismissed" from coaching, causes me the most pain.

I could have spoken up! Maybe not when I was 12. But when I was 25. He died when I was 34. I might have stopped him.



Carroll cheerleading at Indiana University in 1965.

Case 23-1045, Document 88-4, 10/02/2023, 3576569, Page3 of 4
A668
Case 1:20-cv-07311-LAK   Document 116-10   Filed 01/12/23   Page 8 of 9

## I am astonished by what I'm about to write: I keep laughing.

WHICH BRINGS ME to the other rich boy. Before I discuss him, I must mention that there are two great handicaps to telling you what happened to me in Bergdorf's: (a) The man I will be talking about denies it, as he has denied accusations of sexual misconduct made by at least 15 credible women, namely, Jessica Leeds, Kristin Anderson, Jill Harth, Cathy Heller, Temple Taggart McDowell, Karena Virginia, Melinda McGillivray, Rachel Crooks, Natasha Stoynoff, Jessica Drake, Ninni Laaksonen, Summer Zervos, Juliet Huddy, Alva Johnson, and Cassandra Searles; and (b) I run the risk of making him more popular by revealing what he did.

His admirers can't get enough of hearing that he's rich enough, lusty enough, and powerful enough to be sued by and to pay off every splashy porn star or *Playboy* Playmate who "comes forward," so I can't imagine how ecstatic the poor saps will be to hear their favorite Walking Phallus got it on with an old lady in the world's most prestigious department store.

This is during the years I am doing a daily *Ask E. Jean* TV show for the cable station America's Talking, a precursor to MSNBC launched by Roger Ailes (who, by the way, is No. 16 on my list). Early one evening, I am going out Bergdorf's revolving door on 58th Street, and one of New York's most famous men is coming in the revolving door, or it could have been a regular door at that time, I can't recall, and he says: "Hey, you're that advice lady!"

And I say to No. 20 on the Most Hideous Men of My Life List: "Hey, you're that real-estate tycoon!"

I am surprised at how good-looking he is. We've met once before, and perhaps it is the dusky light but he looks prettier than ever. This has to be in the fall of 1995 or the spring of 1996 because he's garbed in a faultless topcoat and I'm wearing my black wool Donna Karan coatdress and high heels but not a coat.

"Come advise me," says the man. "I gotta buy a present."

"Oh!" I say, charmed. "For whom?"

"A girl," he says.

"Don't the assistants of your secretaries buy things like that?" I say.

"Not this one," he says. Or perhaps he says, "Not this time." I can't recall. He is a big talker, and from the instant we collide, he yammers about himself like he's Alexander the Great ready to loot Babylon.

As we are standing just inside the door, I point to the handbags. "How about—"

"No!" he says, making the face where he pulls up both lips like he's balancing a spoon under his nose, and begins talking about how he once thought about buying Bergdorf's.

"Or ... a hat!" I say enthusiastically, walking toward the handbags, which, at the period I'm telling you about—and Bergdorf's has been redone two or three times since then—are mixed in with, and displayed next to, the hats. "She'll love a hat! You can't go wrong with a hat!"

I don't remember what he says, but he comes striding along—greeting a Bergdorf sales attendant like he owns the joint and permitting a shopper to gape in awe at him—and goes right for a fur number.

"Please," I say. "No woman would wear a dead animal on her head!"

What he replies I don't recall, but I remember he coddles the fur hat like it's a baby otter.

"How old is the lady in question?" I ask.

"How old are you?" replies the man, fondling the hat and looking at me like Louis Leakey carbon-dating a thighbone he's found in Olduvai Gorge.

"I'm 52," I tell him.

"You're so old!" he says, laughing—he was around 50 himself—and it's at about this point that he drops the hat, looks in the direction of the escalator, and says, "Lingerie!" Or he may have said "Underwear!" So we stroll to the escalator. I don't remember anybody else greeting him or galloping up to talk to him, which indicates how very few people are in the store at the time.

I have no recollection where lingerie is in that era of Bergdorf's, but it seems to me it is on a floor with the evening gowns and bathing suits, and when the man and I arrive—and my memory now is vivid—no one is present.

There are two or three dainty boxes and a lacy see-through bodysuit of lilac gray on the counter. The man snatches the bodysuit up and says: "Go try this on!"

"*You* try it on," I say, laughing. "It's your color."

"Try it on, come *on*," he says, throwing it at me.

"It goes with your eyes," I say, laughing and throwing it back.

"You're in good shape," he says, holding the filmy thing up against me. "I wanna



On the *Ask E. Jean* show, which aired from 1994 to 1996.

Confidential                                                                                                                                    CARROLL_024384

see how this looks."

"But it's *your* size," I say, laughing and trying to slap him back with one of the boxes on the counter.

"Come on," he says, taking my arm. "Let's put this on."

*This is gonna be hilarious,* I'm saying to myself—and as I write this, I am staggered by my stupidity. As we head to the dressing rooms, I'm laughing aloud and saying in my mind: *I'm gonna make him put this thing on over his pants!*

There are several facts about what happens next that are so odd I want to clear them up before I go any further:

*Did I report it to the police?*

No.

*Did I tell anyone about it?*

Yes. I told two close friends. The first, a journalist, magazine writer, correspondent on the TV morning shows, author of many books, etc., begged me to go to the police.

"He raped you," she kept repeating when I called her. "He raped you. Go to the police! I'll go with you. We'll go together."

My second friend is also a journalist, a New York anchorwoman. She grew very quiet when I told her, then she grasped both my hands in her own and said, "Tell no one. Forget it! He has 200 lawyers. He'll bury you." (Two decades later, both still remember the incident clearly and confirmed their accounts to *New York*.)

*Do I have photos or any visual evidence?*

Bergdorf's security cameras must have picked us up at the 58th Street entrance of the store. We would have been filmed on the ground floor in the bags-and-hats sections. Cameras also must have captured us going up the escalator and into the lingerie department. New York law at the time did not explicitly prohibit security cameras in dressing rooms to "prevent theft." But even if it had been captured on tape, depending on the position of the camera, it would be very difficult to see the man unzipping his pants, because he was wearing a topcoat. The struggle might simply have read as "sexy." The speculation is moot, anyway: The department store has confirmed that it no longer has tapes from that time.

*Why were there no sales attendants in the lingerie department?*

Bergdorf Goodman's perfections are so well known—it is a store so noble, so clubby, so posh—that it is almost easier to accept the fact that I was attacked than the fact that, for a very brief period, there was no sales attendant in the lingerie department. *Inconceivable* is the word. Sometimes a person won't find a sales attendant in Saks, it's true; sometimes one has to look for a sales associate in Barneys, Bloomingdale's, or even Tiffany's; but 99 percent of the time, you will have an attendant in Bergdorf's. All I can say is I did not, in this fleeting episode, see an attendant. And the other odd thing is that a dressing-room door was open. In Bergdorf's dressing rooms, doors are usually locked until a client wants to try something on.

*Why haven't I "come forward" before now?*

Receiving death threats, being driven from my home, being dismissed, being dragged through the mud, and joining the 15 women who've come forward with credible stories about how the man grabbed, badgered, belittled, mauled, molested, and assaulted them, only to see the man turn it around, deny, threaten, and attack them, never sounded like much fun. Also, I am a coward.

S O NOW I WILL tell you what happened:

The moment the dressing-room door is closed, he lunges at me, pushes me against the wall, hitting my head quite badly, and puts his mouth against my lips. I am so shocked I shove him back and start laughing again. He seizes both my arms and pushes me up against the wall a second time, and, as I become aware of how large he is, he holds me against the wall with his shoulder and jams his hand under my coat dress and pulls down my tights.

I am astonished by what I'm about to write: I keep laughing. The next moment, still wearing correct business attire, shirt, tie, suit jacket, overcoat, he opens the overcoat, unzips his pants, and, forcing his fingers around my private area, thrusts his penis halfway—or completely, I'm not certain—inside me. It turns into a colossal struggle. I am wearing a pair of sturdy black patent-leather four-inch Barneys high heels, which puts my height around six-one, and I try to stomp his foot. I try to push him off with my one free hand—for some reason, I keep holding my purse with the other—and I finally get a knee up high enough to push him out and off and I turn, open the door, and run out of the dressing room.

The whole episode lasts no more than three minutes. I do not believe he ejaculates. I don't remember if any person or attendant is now in the lingerie department. I don't remember if I run for the elevator or if I take the slow ride down on the escalator. As soon as I land on the main floor, I run through the store and out the door—I don't recall which door—and find myself outside on Fifth Avenue.

And that was my last hideous man. The Donna Karan coatdress still hangs on the back of my closet door, unworn and unlaundered since that evening. And whether it's my age, the fact that I haven't met anyone fascinating enough over the past couple of decades to feel "the sap rising," as Tom Wolfe put it, or if it's the blot of the real-estate tycoon, I can't say. But I have never had sex with anybody ever again. ■



Carroll, Donald and Ivana Trump, and Carroll's then-husband, television-news anchor John Johnson, at an NBC party around 1987.

Confidential                                                                 CARROLL_024385