# EXHIBIT 11

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL, | Civil Action No.: 1:20-cv-7311-LAK-JLC |
| *Plaintiff,* | |
| v. | |
| DONALD J. TRUMP, in his personal capacity, | |
| *Defendant.* | |

### DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") and the Local Rules of the United States District Court for the Southern District of New York ("Local Rules"), Defendant, Donald J. Trump ("Defendant"), by and through his attorneys, Habba Madaio & Associates, LLP, hereby provides the following responses and objections to Plaintiff E. Jean Carroll's ("Plaintiff") First Set of Requests for Admission. The responses set forth below reflect Defendant's present knowledge and the results of his investigation to date. Defendant reserves the right to supplement or amend these responses as may be necessary or appropriate in the future in accordance with Rule 26 of the Fed. R. Civ. P.

### PRELIMINARY STATEMENT

1.      The responses and objections contained herein (the "Responses") are made solely for the purpose of the above-captioned action (the "Action") and are not to be used in connection with any other action.

1

2.      The Responses reflect Defendant's knowledge, information, and belief as of the date of the Response. Defendant may engage in further investigation, discovery, and analysis that may uncover additional information, add meaning to known facts and/or support new factual and legal contentions, all of which may lead to changes in Defendant's Responses herein. Such investigation and discovery are continuing, and Defendant specifically reserves the right to supplement his Responses as necessary.

3.      Defendant will make reasonable efforts to respond to every Request to the extent the Request has not been objected to, as Defendant understands and interprets the Request. In the event that Plaintiff subsequently asserts an interpretation of a Request that differs from that of Defendant, Defendant reserve the right to amend and/or supplement his Response to the Request, but undertakes no obligation to do so.

4.      To the extent that any Response to any of the Requests herein or any related production of documents could be considered to constitute or include information subject to disclosure pursuant to Federal Rule of Civil Procedure 26(a), such Response and/or document production shall be deemed to constitute a supplemental Rule 26(a) disclosure by Defendant.

5.      In responding to Plaintiff's Requests, Defendant does not waive and hereby expressly reserves: (a) his right to assert any objections as to the competency, relevancy, materiality, privilege, or admissibility of evidence, for any purpose, of any information and documents produced in response to Plaintiff's Requests; (b) his right to object on any ground to the use of the information and documents produced in response to Plaintiff's Requests at any hearing, trial, or other point during the litigation; and (c) his right to object on any ground at any time to a demand for further responses to Plaintiff's Requests.

6.      It should not be inferred from the form or substance of any Response to any Request that information responsive to any particular Request exists, or that any factual predicate for any Request is admitted. Nothing contained herein shall be construed to admit any fact.

7.      To the extent that Defendant objects to any Request, Defendant is willing to meet and confer with Plaintiff to attempt to resolve the objection.

<u>**GENERAL OBJECTIONS**</u>

Defendant incorporates the following General Objections into each and every response below and the recitation of additional specific objections or the failure specifically to reference these general objections in the responses below should not be construed as a waiver of such objections.

1.      Defendant objects generally to Plaintiff's Requests to the extent that they seek to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York. Defendant will respond Plaintiff's Requests in accordance with Federal Rules of Civil Procedure and the Local Rules.

2.      Defendant objects generally to Plaintiff's Requests to the extent that they seek the disclosure of information that is subject to one or more privileges or protections from disclosure, including, but not limited to: the attorney-client privilege, the self-evaluative, privilege, the Presidential executive privilege, the attorney work product doctrine, the deliberative process privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, and any other applicable privilege, or confidential, restricted or proprietary information. In preparing the responses to these Requests, Defendant have assumed that the Requests are limited in time such

3

that they do not seek attorney-client or attorney work product material generated after the commencement of litigation. Accordingly, Defendant will not identify such material on any privilege log generated in this matter. Inadvertent production of any such documents or information shall not constitute a waiver of any privilege or any other ground for objecting to discovery with respect to such information or documents, nor shall inadvertent production waive Defendant's right to object to the use of any such information or documents in any proceedings.

3. Defendant objects to Plaintiff's Requests to the extent that they call for responses better suited for depositions.

4. Defendant objects to Plaintiff's Requests to the extent that they seek responses constituting legal conclusions.

5. Defendant object generally to Plaintiff's Requests to the extent that they seek information that is already in the possession and/or control of Plaintiff, or that is equally available to Plaintiff as to Defendant.

6. Defendant's Responses and Objections to the Requests for Admission are not intended to be, and shall not be construed as, an agreement or concurrence by defendant with plaintiff's characterization of any facts, circumstances, and/or legal obligations. Defendant further objects to the Requests for Admission to the extent that they contain express or implied assumptions of fact or law with respect to matters at issue in this case. Defendant expressly reserves the right to contest any such characterization as inaccurate

7. Defendant submits these responses without conceding the relevance or materiality of the subject matter of any Request, and without prejudice to Defendant's right to object to further discovery, to object to the admissibility at trial of any document requested, or to object to any other

4

proceeding in this Action.

**SPECIFIC RESPONSES AND OBJECTIONS**

<u>**REQUEST NO. 1.**</u>

    **Admit that, on June 21, 2019, You or authorized third parties published this statement made by You:**

"Regarding the 'story' by E. Jean Carroll, claiming she once encountered me at Bergdorf Goodman 23 years ago. I've never met this person in my life. She is trying to sell a new book—that should indicate her motivation. It should be sold in the fiction section. Shame on those who make up false stories of assault to try to get publicity for themselves, or sell a book, or carry out a political agenda—like Julie Swetnick who falsely accused Justice Brett Kavanaugh. It's just as bad for people to believe it, particularly when there is zero evidence. Worse still for a dying publication to try to prop itself up by peddling fake news—it's an epidemic. Ms. Carroll & New York Magazine: No pictures? No surveillance? No video? No reports? No sales attendants around?? I would like to thank Bergdorf Goodman for confirming that they have no video footage of any such incident, because it never happened. False accusations diminish the severity of real assault. All should condemn false accusations and any actual assault in the strongest possible terms. If anyone has information that the Democratic Party is working with Ms. Carroll or New York Magazine, please notify us as soon as possible. The world should know what's really going on. It is a disgrace and people should pay dearly for such false accusations."

<u>**RESPONSE AND OBJECTIONS:**</u>

    Defendant objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information.

    Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to

Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant admits this Request.

**REQUEST NO. 2.**

**Admit that the Statement referenced in Request For Admission No. 1 was published to third parties.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant.

Subject to and without waiving these specific objections and Defendant's general objections

asserted above, Defendant admits this Request.

**REQUEST NO. 3.**

Admit that the statement referenced in Request For Admission No. 1 was made without Plaintiff's consent.

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant admits that he did not seek Plaintiff's consent prior to issuing this statement, nor is it required for him to do so to exercise his First Amendment right to free speech. In addition, Plaintiff, by publicly accusing Defendant of wrongdoing, intentionally elicited and

consented to Defendant's statements.

**REQUEST NO. 4.**

**Admit that You made the statement referenced in Request For Admission No. 1 knowing it was false or with reckless disregard to whether it was false.**

**RESPONSE AND OBJECTIONS**:

Defendant objects to this Request on the grounds that it calls for a legal conclusion and not an admission of facts, the application of law to fact, or an opinion as to either, as required by F.R.C.P. 36(a)(1)(A). Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 5.**

**Admit that You made the statement referenced in Request for Admission No. 1 without verifying the accuracy or truth of the statements made.**

**RESPONSES AND OBJECTIONS**:

Defendant objects to this Request on the grounds that it calls for a legal conclusion and not an admission of facts, the application of law to fact, or an opinion as to either, as required by F.R.C.P. 36(a)(1)(A).

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 6.**

  **Admit that You do not know Plaintiff's motivation for stating that You sexually assaulted her.**

**RESPONSE AND OBJECTIONS:**

  Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request as the term "know" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 7.**

  **Admit that You have met Plaintiff.**

**RESPONSE AND OBJECTIONS:**

  Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request as the term "met" is vague and ambiguous. Defendant further objects to this Request

for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant has absolutely no recollection of having ever met Plaintiff.

**REQUEST NO. 8.**

**Admit that at the time You made the statement referenced in Request for Admission No. 1, You knew who Plaintiff was**.

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request as the term "knew" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 9.**

 **Admit that the statement referenced in Request For Admission No. 1 implied that Plaintiff had invented a rape accusation to increase her book sales.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request as the term "implied" is vague and ambiguous. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 10.**

 **Admit that the statement referenced in Request For Admission No. 1 implied that Plaintiff had invented a rape accusation for political purposes.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request as the term "implied" is vague and ambiguous. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 11.**

Admit that the statement referenced in Request For Admission No. 1 implied that Plaintiff had invented a rape accusation in collusion or conspiracy with the Democratic Party.

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request as the term "implied" is vague and ambiguous. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 12.**

Admit that, on June 22, 2019, You stated:

"I have no idea who this woman is. This is a woman who has also accused other men of things, as you know. It is a totally false accusation. I think she was married—as I read; I have no idea who she is—but she was married to a, actually, nice guy, Johnson—a newscaster."

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant.

Subject to and without waiving Defendant's general objections asserted above, Defendant

12

admits this Request.

**REQUEST NO. 13.**

**Admit that the statement referenced in Request For Admission No. 12 was published to third parties.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant admits this Request.

**REQUEST NO. 14.**

**Admit that the statement referenced in Request For Admission No. 12 was made without Plaintiff's consent.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant admits that he did not seek Plaintiff's consent prior to issuing this statement, nor is it required for him to do so to exercise his First Amendment right to free speech. In addition, Plaintiff, by publicly accusing Defendant of wrongdoing, intentionally elicited and consented to Defendant's statements.

**REQUEST NO. 15.**

**Admit that You made the statement referenced in Request For Admission No. 12 knowing it was false or with reckless disregard to whether it was false.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request on the grounds that it calls for a legal conclusion and not an admission of facts, the application of law to fact, or an opinion as to either, as required by F.R.C.P. 36(a)(1)(A). Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for

14

the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 16.**

**Admit that You made the statement referenced in Request for Admission No. 12 without verifying the accuracy or truth of the statements made.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request on the grounds that it calls for a legal conclusion and not an admission of facts, the application of law to fact, or an opinion as to either, as required by F.R.C.P. 36(a)(1)(A). Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 17.**

**Admit that the statement referenced in Request For Admission No. 12 implied that Plaintiff had falsely accused other men of sexual impropriety.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects

15

to this Request as the term "implied" is vague and ambiguous. Defendant further objects to this

Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant

further objects this this Request to the extent that it seeks to impose burdens or obligations on

Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of

Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of

New York.

**REQUEST NO. 18.**

    **Admit that, on June 22, 2019, You stated:**

**I have no idea who she is. What she did is—it's terrible, what's going on. So it's a total false accusation and I don't know anything about her. And she's made this charge against others. And, you know, people have to be careful because they're playing with very dangerous territory. And when they do that—and it's happening more and more. When you look at what happened to Justice Kavanaugh and you look at what's happening to others, you can't do that for the sake of publicity. New York Magazine is a failing magazine. It's ready to go out of business, from what I hear. They'll do anything they can. But this was about many men, and I was one of the many men that she wrote about. It's a totally false accusation. I have absolutely no idea who she is. There's some picture where we're shaking hands. It looks like at some kind of event. I have my coat on. I have my wife standing next to me. And I didn't know her husband, but he was a newscaster. But I have no idea who she is— none whatsoever. It's a false accusation and it's a disgrace that a magazine like New York— which is one of the reasons it's failing. People don't read it anymore, so they're trying to get readership by using me. It's not good. You know, there were cases that the mainstream media didn't pick up. And I don't know if you've seen them. And they were put on Fox. But there were numerous cases where women were paid money to say bad things about me. You can't do that. You can't do that. And those women did wrong things—that women were actually paid money to say bad things about me. But here's a case, it's an absolute disgrace that she's allowed to do that."**

**RESPONSE AND OBJECTIONS:**

    Defendant objects to this Request to the extent that it seeks information already in the

possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to

Defendant. Defendant further objects this this Request to the extent that it seeks to impose

burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving Defendant's general objections asserted above, Defendant admits this Request.

**REQUEST NO. 19.**

**Admit that the statement referenced in Request For Admission No. 18 was published to third parties.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections

17

asserted above, Defendant admits this Request.

**REQUEST NO. 20.**

    **Admit that the statement referenced in Request For Admission No. 18 was made without Plaintiff's consent.**

**RESPONSE AND OBJECTIONS:**

    Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

    Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant admits that he did not seek Plaintiff's consent prior to issuing this statement, nor is it required for him to do so to exercise his First Amendment right to free speech. In addition, Plaintiff, by publicly accusing Defendant of wrongdoing, intentionally elicited and consented to Defendant's statements.

**REQUEST NO. 21.**

    **Admit that You made the statement referenced in Request For Admission No. 18 knowing it was false or with reckless disregard to whether it was false.**

**RESPONSE AND OBJECTIONS:**

    Defendant objects to this Request on the grounds that it calls for a legal conclusion and not an admission of facts, the application of law to fact, or an opinion as to either, as required by F.R.C.P.

18

36(a)(1)(A). Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 22.**

**Admit that You made the statement referenced in Request for Admission No. 18 without verifying the accuracy or truth of the statements made.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request on the grounds that it calls for a legal conclusion and not an admission of facts, the application of law to fact, or an opinion as to either, as required by F.R.C.P. 36(a)(1)(A). Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 23.**

**Admit that the statement referenced in Request For Admission No. 18 implied that Plaintiff had been paid money to invent a rape accusation against You.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request as the term "implied" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

## REQUEST NO. 24.

**Admit that at the time You made the statement referenced in Request for Admission No. 18, you knew who Plaintiff was.**

## RESPONSE AND OBJECTIONS:

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request as the term "knew who Plaintiff was" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

20

**REQUEST NO. 25.**

Admit that, on June 24, 2019, You were quoted in the publication *The Hill* as having stated:

"I'll say it with great respect: Number one, she's not my type. Number two, it never happened. It never happened, OK?"

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant.

Subject to and without waiving Defendant's general objections asserted above, Defendant admits this Request.

**REQUEST NO. 26.**

Admit that You made the statement referenced in Request for Admission No. 25.

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant.

Subject to and without waiving Defendant's general objections asserted above, Defendant admits this Request.

**REQUEST NO. 27.**

Admit that the statement referenced in Request For Admission No. 25 was published to third parties.

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant admits this Request.

**REQUEST NO. 28.**

**Admit that the statement referenced in Request For Admission No. 25 was made without Plaintiff's consent.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, ambiguous and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects this this

Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant admits that he did not seek Plaintiff's consent prior to issuing this statement, nor is it required for him to do so to exercise his First Amendment right to free speech. In addition, Plaintiff, by publicly accusing Defendant of wrongdoing, intentionally elicited and consented to Defendant's statements.

**REQUEST NO. 29.**

**Admit that You made the statement referenced in Request For Admission No. 25 knowing it was false or with reckless disregard to whether it was false.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request on the grounds that it calls for a legal conclusion and not an admission of facts, the application of law to fact, or an opinion as to either, as required by F.R.C.P. 36(a)(1)(A). Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 30.**

**Admit that You made the statement referenced in Request for Admission No. 25**

23

**without verifying the accuracy or truth of the statements made.**

**RESPONSE AND OBJECTIONS:**

      Defendant objects to this Request on the grounds that it calls for a legal conclusion and not an admission of facts, the application of law to fact, or an opinion as to either, as required by F.R.C.P. 36(a)(1)(A). Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

      Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant denies this Request.

**REQUEST NO. 31.**

      **Admit that after Your June 21, June 22, and June 24 Statements were published, Plaintiff was terminated from her employment at Elle Magazine.**

**RESPONSE AND OBJECTIONS:**

      Defendant objects to this Request to the extent that it seeks information that is not within Defendant's possession, custody, or control. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

      Subject to and without waiving these specific objections and Defendant's general objections

24

asserted above, despite having conducted a reasonable inquiry, the information Defendant knows or can readily obtain is insufficient to enable him to admit or deny this Request.

**REQUEST NO. 32.**

        **Admit that Your June 21, June 22, and June 24 Statements were a substantial cause of Elle Magazine's termination of Plaintiff.**

**RESPONSE AND OBJECTIONS:**

        Defendant objects to this Request to the extent that it seeks information that is not within Defendant's possession, custody, or control. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

        Subject to and without waiving these specific objections and Defendant's general objections asserted above, despite having conducted a reasonable inquiry, the information Defendant knows or can readily obtain is insufficient to enable him to admit or deny this Request.

**REQUEST NO. 33.**

        **Admit that Plaintiff has not been employed on a salaried basis since her termination from Elle Magazine.**

**RESPONSE AND OBJECTIONS:**

        Defendant objects to this Request to the extent that it seeks information that is not within Defendant's possession, custody, or control. Defendant further objects to this Request to the extent

25

that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, despite having conducted a reasonable inquiry, the information Defendant knows or can readily obtain is insufficient to enable him to admit or deny this Request.

**REQUEST NO. 34.**

**Admit that, in the Oval Office at the Resolute Desk, in the presence of Stephanie Grisham, You stated the following concerning Plaintiff's statement that You raped her: "You just deny it," "That's what you do in every situation. Right, Stephanie? You just deny it."**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of

Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 35.**

    **Admit that You referred to Stephanie Clifford as "Horse Face" and directed an agent to refer to Stephanie Clifford as "Horse Face."**

**RESPONSE AND OBJECTIONS:**

    Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 36.**

    **Admit that You have previously been accused of sexual misconduct, including sexual harassment, sexual assault, and/or rape by women other than Plaintiff.**

**RESPONSE AND OBJECTIONS:**

    Defendant objects to this Request for Admission on the grounds that it is vague, over broad,

unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 37.**

**Admit that You have previously been accused of pinning women down and/or against walls.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further

28

objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 38.**

 **Admit that You have paid cash to women accusing You of sexual misconduct to not share their accusations publicly.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of

Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 39.**

　　Admit that You arranged for Stephanie Clifford to be paid $130,000 in order to not disclose a sexual encounter she had with You.

**RESPONSE AND OBJECTIONS:**

　　Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information that is protected from disclosure by the attorney-client privilege, the Executive privilege, the presidential communications privilege, the Privacy Act, the Presidential Records Act, the deliberative process privilege, and/or the work-product doctrine and any other applicable privilege, or confidential, restricted or proprietary information. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 40.**

　　Admit that You have previously called accusations against You of sexual misconduct "false."

**RESPONSE AND OBJECTIONS:**

　　Defendant objects to this Request for Admission on the grounds that it is vague, over broad,

unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

## REQUEST NO. 41.

**Admit that You have previously called accusations against You of sexual misconduct "total fabrications."**

## RESPONSE AND OBJECTIONS:

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the

31

Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 42.**

    **Admit that You have previously claimed that those accusing You of sexual misconduct were lying.**

**RESPONSE AND OBJECTIONS:**

    Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 43.**

    **Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by the Democratic Party.**

**RESPONSE AND OBJECTIONS:**

    Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party

32

nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 44.**

Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by the Democratic National Committee.

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the

Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 45.**

      **Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by the Democratic Congressional Campaign Committee.**

**RESPONSE AND OBJECTIONS:**

      Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 46.**

      **Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by the Democratic Party.**

**RESPONSE AND OBJECTIONS:**

      Defendant objects to this Request for Admission on the grounds that it is vague, over broad,

34

unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 47.**

**Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by the Democratic National Committee.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens

or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 48.**

**Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by the Democratic Congressional Campaign Committee.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 49.**

**Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by Secretary Hillary Clinton.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 50.**

**Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by The Clinton Presidential Campaign.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time

period. Defendant further objects this this Request to the extent that it seeks to impose burdens

or obligations on Defendant beyond those required or permitted by the applicable provisions of the

Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the

Southern District of New York.

**REQUEST NO. 51.**

       **Admit that You have previously claimed that those accusing You of sexual misconduct were pushed to do so by Gloria Allred and/or other similarly situated individuals.**

**RESPONSE AND OBJECTIONS:**

       Defendant objects to this Request for Admission on the grounds that it is vague, over broad,

unduly burdensome, and seeks information that is neither relevant to the claim or defense of any

party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further

objects to this Request to the extent that it seeks information already in the possession of Plaintiff

and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant

further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant

further objects to this Request for Admission on the grounds that it is not limited to a reasonable time

period. Defendant further objects this this Request to the extent that it seeks to impose burdens

or obligations on Defendant beyond those required or permitted by the applicable provisions of the

Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the

Southern District of New York.

**REQUEST NO. 52.**

       **Admit that You threatened to sue the *New York Times* over publishing stories**

**concerning accusations against You of sexual misconduct by Jessica Leeds.**

**RESPONSE AND OBJECTIONS:**

      Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request as the term "sexual misconduct" is vague and ambiguous. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 53.**

      **Admit that, in 2005, You stated: "I'd better use some Tic Tacs just in case I start kissing her [the woman Trump was looking at, whom he had never met before]. You know, I'm automatically attracted to beautiful—I just start kissing them. It's like a magnet. Just kiss. I don't even wait. And when you're a star, they let you do it. You can do anything. Grab them by the pussy. You can do anything.     Oh, [she has] nice legs, huh?**

**RESPONSE AND OBJECTIONS:**

      Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any

party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 54.**

**Admit that in the 1990s, Trump Towers, was located on 725 5th Avenue New York, NY 10019, which is one block from Bergdorf Goodman department store located at 754 Fifth Avenue, New York, New York, 10019.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant admits that Trump Towers is located on 725 5th Avenue New York, NY 10019.

**REQUEST NO. 55.**

**Admit that You appeared in a photograph with Plaintiff in 1987**.

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent that it seeks information already in the possession of Plaintiff and/or information that may be equally available to Plaintiff as they are to Defendant. Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

Subject to and without waiving these specific objections and Defendant's general objections asserted above, Defendant does not recall having ever been photographed with Plaintiff. To the extent any such photograph may exist, the document speaks for itself.

**REQUEST NO. 56.**

**Admit that You saw Plaintiff outside of the Store in the 1990s.**

**RESPONSE AND OBJECTIONS:**

Defendant objects to this Request for Admission on the grounds that it is vague, over broad, unduly burdensome, and seeks information that is neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects to this Request for Admission on the grounds that it is not limited to a reasonable time period.

41

Defendant further objects this this Request to the extent that it seeks to impose burdens or obligations on Defendant beyond those required or permitted by the applicable provisions of the Federal Rules of Civil Procedure or Local Civil Rules for the United States District Court for the Southern District of New York.

**REQUEST NO. 57.**

**Admit that when You saw Plaintiff at the Store You recognized Plaintiff on sight.**

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 58.**

**Admit that You put Your hand up to stop Plaintiff from exiting the Store.**

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 59.**

**Admit that You asked Plaintiff for advice on buying presents for "a girl" at the Store.**

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 60.**

**Admit that You brought Plaintiff to the Store's lingerie department.**

<u>**RESPONSE AND OBJECTIONS:**</u>

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

<u>**REQUEST NO. 61.**</u>

**Admit that You grabbed Plaintiff's arm and maneuvered her to the Store's dressing room.**

<u>**RESPONSE AND OBJECTIONS:**</u>

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

<u>**REQUEST NO. 62.**</u>

**Admit that You lunged at Plaintiff in the dressing room of the Store.**

<u>**RESPONSE AND OBJECTIONS:**</u>

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

<u>**REQUEST NO. 63.**</u>

**Admit that You pushed Plaintiff against the wall in the dressing room of the Store.**

<u>**RESPONSE AND OBJECTIONS:**</u>

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

<u>**REQUEST NO. 64.**</u>

**Admit that You bumped Plaintiff's head against the wall in the dressing room of the Store.**

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 65.**

Admit that You put Your mouth on Plaintiff's lips in the dressing room of the Store.

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 66.**

Admit that You jammed Your hand under Plaintiff's coatdress in the dressing room of the Store.

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 67.**

Admit that You pulled down Plaintiff's tights in the dressing room of the Store.

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 68.**

Admit that You opened Your overcoat and unzipped Your pants in Plaintiff's presence in the dressing room of the Store.

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 69.**

Admit that You pushed Your fingers around Plaintiff's genitals in the dressing room of the Store.

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 70.**

Admit that You forced Your penis inside of Plaintiff in the dressing room of the Store.

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 71.**

Admit that Plaintiff attempted to stomp on Your foot with her high heels in the dressing room of the Store.

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 72.**

**Admit that Plaintiff attempted to push You away in the dressing room of the Store.**

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**REQUEST NO. 73.**

**Admit that You raped Plaintiff in the dressing room of the Store.**

**RESPONSE AND OBJECTIONS:**

Subject to and without waiving Defendant's general objections asserted above, Defendant denies this request.

**RESERVATION OF RIGHTS**

The instant disclosure is without prejudice to and with a reservation of all rights to supplement, modify or amend Defendant's disclosure in accordance with the Federal Rules of Civil Procedure and/or any other applicable rules.

Respectfully submitted,

Dated: July 13, 2022
      New York, New York

Alina Habba, Esq.
**HABBA MADAIO & ASSOCIATES LLP**
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
        -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Phone: (908) 869-1188
Fax: (908) 450-1881
Email: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump*

46

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| E. JEAN CARROLL, | Civil Action No.: 1:20-cv-7311-LAK-JLC |
| *Plaintiff,* |  |
| v. |  |
| DONALD J. TRUMP, in his personal capacity, |  |
| *Defendant.* |  |

### <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this day, July 13, 2022, I served a true and correct copy of Defendant Donald J. Trump's Responses and Objections to Plaintiff's First Set of Interrogatories by e-mail upon counsel for Plaintiff E. Jean Carroll and by overnight delivery service to:

Roberta A. Kaplan
KAPLAN HECKER & FINK
350 Fifth Avenue, 63rd Floor
New York, New York 10118

Joshua Matz
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001

*Counsel for Plaintiff E. Jean Carroll*

Dated: July 13, 2022            By:_ _____
     New York, New York                Alina Habba, Esq.

# EXHIBIT 12

```
 1                    ROBBIE MYERS

 2              UNITED STATES DISTRICT COURT

 3              SOUTHERN DISTRICT OF NEW YORK

 4    ------------------------------------ )

 5    E. JEAN CARROLL,                      )

 6                    Plaintiff,            )Case No.

 7         vs.                             )20 Civ. 7311

 8    DONALD J. TRUMP, et al.,             )(LAK)(JLC)

 9                    Defendants.           )

10    ------------------------------------ )

11

12                    CONFIDENTIAL

13              DEPOSITION OF ROBBIE MYERS

14                NEW YORK, NEW YORK

15                OCTOBER 12, 2022

16

17

18

19

20

21

22

23

24    JOB NO. 218339

25    REPORTED BY:  Tina Alfaro, RPR, CRR, RMR
```

Confidential

Page 21

```
 1                    ROBBIE MYERS

 2       A.  Yes.

 3       Q.  So you were her boss?

 4       A.  Yes.

 5       Q.  How often during this period when you were

 6  editor-in-chief did you interact with E. Jean?

 7       A.  Often.  I mean, at least once a month

 8  because she had a monthly column, but she often came

 9  in to our offices to -- so she had an assigning

10  editor, meaning so she worked directly with them and

11  then everything came up to me.

12       Q.  Did you review her columns before they were

13  published?

14       A.  Carefully, yes.

15       Q.  How would you describe E. Jean as a writer?

16       A.  That's a -- the term that came to mind is

17  sort of she's a baller, meaning she's -- as a

18  writer.  She's a gifted writer.  She is a journalist

19  first and everything that she writes is informed by

20  that, meaning the facts, but she -- she also, you

21  know, has a lot of wit and I think that's why her

22  readers loved her so much.

23       Q.  What do you mean by everything she writes

24  is informed by the facts?

25       A.  Well, she's a journalist first and she came
```

Confidential

Page 22

```
 1                     ROBBIE MYERS
 2   up as a journalist, right.  She worked at some, you
 3   know, places that are known for their journalism.
 4   So she developed that way as a writer.  She did a
 5   lot of reporting for other places and also for us.
 6   I mean, not a lot for us because she was writing the
 7   column, she was busy doing that.
 8        Q.  Did -- what was E. Jean's reputation as a
 9   writer while you were editor-in-chief?
10        A.  Well --
11        Q.  Within the magazine.
12        A.  E. Jean was -- I mean, she's kind of a rock
13   star, meaning, you know, she had a public profile
14   before she came to Elle, people knew who she was.
15   She was on television.  She had a show on MSNBC.
16   She was hired by Roger Ailes.  So she was public in
17   that way, but she also worked for a lot of different
18   places.
19            Am I answering your question?
20        Q.  You are.
21            How did E. Jean's column fit into the
22   magazine as a whole while you were editor-in-chief?
23   And I realize this is over a long period of time.
24        A.  Well, our readers were mostly women and
25   women sometimes have issues.  You know, E. Jean, she
```

Confidential

Page 23

```
 1                        ROBBIE MYERS
 2    helped -- you know, she talked to -- she was talking
 3    to the general audience even as she was writing
 4    about an individual question.
 5         Q.  Would you say she had an impact on advice
 6    column -- the advice column genre more broadly?
 7         A.  Absolutely.  I mean, it sort of exploded,
 8    you know, the other -- some of our competitors, but
 9    really, you know, just other places in the culture
10    that you look at who never had advice columnists.
11              So I think that the term "advice columnist"
12    has sort of like maybe kind of a dated feeling to it
13    starting with Anne Landers and people who wrote in
14    newspapers which were completely legitimate, but
15    Elle was a national magazine which meant she was
16    talking to the whole country.
17         Q.  So other publications including competitors
18    added advice columnists because of E. Jean?
19         A.  Yes, but I will say that E. Jean was in a
20    particular sort of category by herself.  As I said,
21    she had a high public profile before she came to
22    Elle.  I mean, what other people are doing is great,
23    right, and it's fun and interesting, but women
24    really trusted E. Jean and we got lots of feedback
25    from readers that she helped them.  Also, you know,
```

Confidential

Page 24

1                    ROBBIE MYERS

2    they loved her voice because she puts a lot of funny

3    in there or sort of -- but it's always undergirded

4    by reporting.

5         Q.  You said you got a lot of feedback that

6    readers trusted her voice.  What was the feedback?

7         A.  Well, a lot of time it was thank you, I

8    never thought about this that way, you really helped

9    me in my relationship, you really helped me figure

10   out how to navigate the business world.  I mean, the

11   questions were broad.

12        Q.  Did you ever witness E. Jean interacting

13   with any of her fans?

14        A.  Yes.

15        Q.  Can you -- can you describe some examples?

16        A.  Well, I would say sometime in the last year

17   we were having dinner with a group of people and

18   E. Jean said she would drive me home because she

19   brought her car into the city, and as we were

20   walking to her car a group of women were like "I

21   love you, E. Jean, keep doing what you're doing."

22   That happened a lot, you know, people recognized

23   her.  It made her feel good, you know, but also, I

24   mean, I just had to laugh, it's like you're a rock

25   star.

Confidential

Page 25

```
 1                      ROBBIE MYERS
 2        Q.  During the time that you are
 3   editor-in-chief at Elle did you witness E. Jean
 4   interact with her fans?
 5        A.  Well, yes.  I mean, she came to -- she came
 6   to the building.  I mean, she came to -- so I worked
 7   for Hashet (phonetic), right.  She was a columnist
 8   then too and we were sold to her.  So I'm kind of
 9   thinking mostly about her, but she had worked for a
10   long time.  It's a big company, it has a big
11   beautiful building.  So people that didn't work with
12   her and maybe hadn't met her, she would come up
13   these dramatic stairs and it would be like E. Jean,
14   you're great, you rock.
15            Of course, when she was on the floor, you
16   know, Elle's floor, people just loved to see her
17   because also she would walk up to them and say "What
18   are you working on, girl," you know.
19        Q.  While you were editor-in-chief did you ever
20   attend any events in which E. Jean spoke --
21        A.  Yes.
22        Q.  -- or presented?
23        A.  Sorry.
24        Q.  That's okay.
25        A.  Yes.
```

Confidential

Page 26

```
 1                        ROBBIE MYERS

 2          Q.  Do you recall any specific ones?

 3          A.  Well, the last one I did with her we had

 4     sort of -- it was at Noya House.  I would often sort

 5     of moderate panels and there was a panel of pretty

 6     well known writers, and we gathered a crowd and

 7     these women did some readings.  E. Jean read an

 8     excerpt from the biography that she did on Hunter

 9     Thompson.

10          Q.  And how was that received?

11          A.  Great.  I mean, you know, people clap and

12     hoot when she, you know.  I mean, it was a pretty

13     dramatic piece of writing too.

14          Q.  You testified that you reviewed each one of

15     E. Jean's columns before it was published.  Did you

16     ever have any concerns with E. Jean's -- the

17     accuracy of E. Jean's writing?

18          A.  No, not with the accuracyDid you ever have

19     any problems working with E. Jean?

20          A.  No.

21          Q.  Did you ever have any concerns about her

22     ability to do her job?

23          A.  No.

24          Q.  Are you aware of whether anyone else had

25     issues or concerns while you were editor-in-chief at
```

Confidential

Page 27

                        ROBBIE MYERS

1

2    Elle with E. Jean's columns?

3        A.  No, not -- no, but she had opinions on

4    things and sometimes not everybody loved her opinion

5    and readers would let us know.

6        Q.  Are you aware of whether anyone -- any of

7    the editors at Elle while you were editor-in-chief

8    ever had concerns about the accuracy of E. Jean's

9    writing?

10       A.  No.

11       Q.  To your knowledge, did E. Jean have a

12   contractual relationship when she was a writer at

13   Elle?

14       A.  Yes.  I signed the contract.

15       Q.  That was going to be my next question.

16   Were you involved in negotiating the contract?

17       A.  Yes.

18       Q.  And you approved it?

19       A.  Yes.

20       Q.  I guess you testified previously that you

21   would have been involved in deciding how much

22   E. Jean was paid for her columns?

23       A.  Yes.

24       Q.  Do you recall how much she was paid while

25   you were editor-in-chief?

Page 28

1                          ROBBIE MYERS

2           A.  Well, I gave her a raise when I was named

3       editor-in-chief and maybe -- I'm sorry.  Forgive me.

4       It might have been maybe the next time her contract

5       came up and I don't remember exactly when that was,

6       but she made $10,000 a column.  So 120,000.

7           Q.  Why did you give her -- why did you give

8       her a raise?

9           A.  Because she was really important to the

10      magazine, because she deserved it, and, you know, my

11      job was to build audience, among other things.  I

12      mean, not to be mercenary about it, but she was good

13      at that.  Also she was beloved and, I mean, it was

14      time for her to get a raise.

15          Q.  Were you also involved in deciding how many

16      pages or lines E. Jean's column would be allotted?

17          A.  Yes.

18          Q.  And do you recall whether her allotment

19      increased or decreased during the time you were

20      editor-in-chief?

21          A.  It increased.

22          Q.  And why would you increase the number of

23      pages or lines that a writer is allotted?

24          A.  Well, to give them more room to say the

25      things that I feel that they -- she needs to say,

```
1                     ROBBIE MYERS
2        A.  No.
3        Q.  Why not?
4        A.  Well, if the magazine -- if the magazine
5   world is somewhat in decline, you actually want to
6   keep those people who readers -- you know, she's a
7   destination, meaning readers would want to hear from
8   her.  She was an important part of what kept us, you
9   know, popular.  Also with the Internet we had
10  another place to put her and put her -- what she
11  produced, right.  So the audience actually got
12  bigger for her.
13       Q.  Who's the "her" in that sentence?
14       A.  I'm sorry.  E. Jean.
15           MS. CROWLEY:  Just one minute.
16           I have nothing further.
17                     EXAMINATION
18  BY MR. SWIFT:
19       Q.  I have some questions.  I don't have a lot
20  of questions, but Ms. Myers, do you want to take a
21  break before I begin my questions?
22       A.  I'm okay.
23       Q.  Again, my name is Peter Swift.  I represent
24  Donald Trump in this litigation.  I just want to
25  make sure that the same -- that you know the same
```

# EXHIBIT 13

Case 1:20-cv-07311-LAK   Document 116-13   Filed 01/12/23   Page 2 of 67

| Bates Number | Post URL | URL | Post | User | Date |
|---|---|---|---|---|---|
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1787530190 2386039/?hl=en | Trying to get attention? Maybe your 5 minutes of fame? You are a clown Carroll, no one truly believes you if they don't already have a deep hatred for Trump. | stephentodaro | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1806036711 4105440/?hl=en | You should be ashamed disgusting pig | bobs94 | 6/25/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1786345595 8426841/?hl=en | You are a LIAR. Do you think trump would come remotely close to your creature looking ass? Look who he is married to. He doesn't need a nasty old creature like you. | bobs94 | 6/24/2019 |
| CARROLL_002356 | https://www.instagram.com/p/BwpZqrRHwTJ/ | https://www.instagram.com/p/BwpZqrRHwTJ/c/1787596526 5382606/?hl=en | Gross | bobs94 | 6/24/2019 |
| CARROLL_002365 | https://www.instagram.com/p/BwAGojeHzpJ/ | https://www.instagram.com/p/BwAGojeHzpJ/c/1790049636 7332576/?hl=en | Yeah trump would never touch that. Gross | bobs94 | 6/24/2019 |
| CARROLL_002282 | https://www.instagram.com/p/B3kZBMnHkJ_/ | https://www.instagram.com/p/B3kZBMnHkJ_/c/1790066608 0537535/?hl=en | Ahh it makes now 😂 💀 You are a pedophile or at least hang out with them!! @ejeancarroll1 | _joelyz | 8/26/2020 |
| | https://www.instagram.com/p/BzISnU-narH/ | https://www.instagram.com/p/BzISnU-narH/c/181266283270057227/?hl=en | She getting pay to say his | 5501amy | 1/31/2020 |
| CARROLL_002365 | https://www.instagram.com/p/BwAGojeHzpJ/ | https://www.instagram.com/p/BwAGojeHzpJ/c/1805030293 081023/?hl=en | You're hideous 😕 | 5uper5stock | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1785149998 6462916/?hl=en | Don't lie to be famous.. stupid bitch | 7im_424 | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1787548525 6380217/?hl=en | Vile lying pos😡😡😡 | 845berigeri | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1786468022 5415537/?hl=en | TRUMP 2020us quit lying to get attention for you're failure of a career | andrew_glenn01 | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1786990825 0404305/?hl=en | Please don't make up false allegations against the highest office in the world 20 years after the lie just because you're a far left wing extremist. Please have more dignity. | andrew.3366 | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1791004648 3314594/?hl=en | @stefeniek same thing as they promised Dr Ford. Btw what happened to her? She must have gotten her paycheck and went off into the sunset and hopefully never to be seen or heard from again. | anitauncensered | 6/21/2019 |
| | https://www.instagram.com/p/BuXLJWvnVf-/ | https://www.instagram.com/p/BuXLJWvnVf-/c/180608423171069719/?hl=en | So this is why you are falsely accusing the president of assaulting you. I hope your books end up on the discount racks within a month with a $1.99 like HRC!! Sweet karma liar 😂 😂 | anitauncensered | 6/28/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1785959328 7437693/?hl=en | You are a disgrace to actual victims and should be ashamed of yourself. You are belittling and taking attention away from them. You are a sick stupid woman. When this goes to court, only to be proven false it takes credibility away from those actual rape victims. I hate you disgusting woman. | annarubadue | 6/22/2019 |
| CARROLL_002365 | https://www.instagram.com/p/BwAGojeHzpJ/ | https://www.instagram.com/p/BwAGojeHzpJ/c/1788732553 362754/?hl=en | They are really grasping at straws here, the women in past accusations that ended up being FALSE were at least attractive but they're so desperate @patrickragz @graciehousleyy | annarubadue | 6/22/2019 |
| CARROLL_002365 | https://www.instagram.com/p/BwAGojeHzpJ/ | https://www.instagram.com/p/BwAGojeHzpJ/c/1785137879 8461655/?hl=en | If you're going to accuse a man of sexual assault you can't look like this and expect it to be believable. People like you would rather our country fail over our president succeeding. Sad!!!! | annarubadue | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1805902174 3114407/?hl=en | You lying old wrinkly cunt!! FUCK YOU! I HOPE TRUMP SUES YOU MAKES YOU A BROKE OLD ASS BITCH!!! | archangeljustice | 6/21/2019 |
| | https://www.instagram.com/p/CJ4vT3Jp1wJ/ | https://www.instagram.com/p/CJ4vT3Jp1wJ/c/1787118331 4154294/ | How many times did you wear that dress after your BS accusations 😂😂😂💀 | autoredneck1 | 1/10/2021 |
| | https://www.instagram.com/p/CJ4vT3Jp1wJ/ | https://www.instagram.com/p/CJ4vT3Jp1wJ/c/1787118331 4154294/r/1785380450945017 5/?hl=en | .@punkinhead59 Psychosis is an abnormal condition of the mind that results in difficulties determining what is real and what is not real. Symptoms may include delusions and hallucinations. Otherwise known as E Jean Carroll | autoredneck1 | 1/10/2021 |
| CARROLL_002282 | https://www.instagram.com/p/B3kZBMnHkJ_/ | https://www.instagram.com/p/B3kZBMnHkJ_/c/1786088130 4570551/?hl=en | Dumb and dumber 😂😂 | av3dis | 11/4/2019 |
| CARROLL_002265 | https://www.instagram.com/p/B4d4FoDnkyx/ | https://www.instagram.com/p/B4d4FoDnkyx/c/1786934473 9511121/?hl=en | 😂😂😂😂 ... I can't wait for Trump to be re-elected ... #trump2020 .. dumb clown you are | av3dis | 11/4/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1798137630 8261206/?hl=en | Are you nuts! Go away! | bexleybrit | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1798365748 6247238/?hl=en | No e jean we don't believe you, just another trying to find another 15 minutes of fame.....@ejeancarroll1 give it up | blissfullyjuju | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1797433208 2266241/?hl=en | You witch come out 20 something years later go Trump | bones_2424 | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1795454625 7287106/?hl=en | Funny how you claim shit right as you sell a book... | bradenbeane | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1807704576 4046921/?hl=en | Fucking lying ass liberal lunatic!! Once this gets debunked, you'll be forgotten, just like Ford......the Democrats will do ANYTHING to stop Trump, but it won't work. 😂😂 | brayd76 | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1804920937 0190448/?hl=en | You phonies that come out decades later are so obvious. Trump will chew you up and spit you out, just as you deserve. You piece of shit "PIG". | brucejosephbelange | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1807768636 0051523/?hl=en | Congratulations! Because of your selfishness, you made it harder for actual rape victims to be believed. Big round of applause 👏 | chaeunwoo2526z | 6/27/2019 |

Case 1:20-cv-07311-LAK   Document 116-13   Filed 01/12/23   Page 3 of 67

| Bates Number | Post URL | URL | Post | User | Date |
|---|---|---|---|---|---|
| CARROLL_002007 | https://www.instagram.com /p/CbF28JKuJmw/ | https://www.instagram.com/p/ CbF28JKuJmw/c/1814640197 8279673/?hl=en | Oh, give it up sweetie. Everyone knows your motivation. How much are you getting paid? | coastalnc1 | 9/20/2022 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1806065725 0102367/?hl=en | So you decided to try and make yourself famous with bullshit? | corporal_bravo | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1804329416 2151110/?hl=en | How much r dems paying u ? | couldubemoreretarded | 6/21/2019 |
| | https://www.instagram.com /p/CDmMlFXpkV5/ | https://www.instagram.com/p/ CDmMlFXpkV5/c/179366346 97394962/?hl=en | Fraud 😂😂😂😂😂. Right before election. Sit down old lady no one believes you | cty2022 | 9/9/2020 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1788500582 5367171/?hl=en | New book release right?!! Hahahaa Donald never touched you. It's obvious you are just getting attention for your book. Get real | dcf__1327 | 6/22/2019 |
| CARROLL_002265 | https://www.instagram.com /p/B4dAFoDnkyx/ | https://www.instagram.com/p/ B4dAFoDnkyx/c/17861887022 161011/?hl=en | you're doing it for attention. weak. | del8tedqw | 10/28/2020 |
| CARROLL_002146 | https://www.instagram.com /p/CEpdSFYp5Qn/ | https://www.instagram.com/p/ CEpdSFYp5Qn/c/1786156710 8193127/?hl=en | i think you should be held accountable for wasting everyone's time. | del8tedqw | 10/28/2020 |
| | https://www.instagram.com /p/CG3TCMepYli/ | https://www.instagram.com/p/ CG3TCMepYli/c/1791184579 9517167/?hl=en | no one cares. because you're a liar. 😂😂 try not to cry when DJT wins again. | del8tedqw | 10/28/2020 |
| CARROLL_002120 | https://www.instagram.com /p/CGsjKyxJcHA/ | https://www.instagram.com/p/ CGsjKyxJcHA/c/18169089745 014249/?hl=en | they ducked because you're a waste of time. | del8tedqw | 10/28/2020 |
| CARROLL_002120 | https://www.instagram.com /p/CGsjKyxJcHA/ | https://www.instagram.com/p/ CGsjKyxJcHA/c/18074167810 241607/?hl=en | I believe that you were raped as much as I believe that Epstein committed suicide. You're a fuckin joke, looking for clout in all the wrong places. Trying to ruin a mans life, who's positively impacting American patriots and disabled vets like me.. burn in hell you evil wench!! | devontheveteran | 10/27/2020 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1804444765 9150839/?hl=en | Such a liar. | e_loves_h | 6/24/2019 |
| CARROLL_002265 | https://www.instagram.com /p/B4dAFoDnkyx/ | https://www.instagram.com/p/ B4dAFoDnkyx/c/17880451438 801448/?hl=en | the picture of mental illness. Get on some medication or get some professional mental help. Everyone in America believes you are bat shit crazy. | ericmaulgeorgia | 9/9/2020 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1786486181 8417959/?hl=en | Another lying old dried up hag has been who is totally undesirable probably been single for many years apart from her cats. Politicians need to protect powerful men from these "hail Mary ace in the hole sex assault fabrications". Give long jail terms and heavy fines to all disproven claims. | fang_face | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1787588828 8376774/?hl=en | .@stephmelancon1234 the dems probably payed her so he can get shade but they never will win #trump2020 | fortnitefortniteksksks | 6/23/2019 |
| CARROLL_002120 | https://www.instagram.com /p/CGsjKyxJcHA/ | https://www.instagram.com/p/ CGsjKyxJcHA/c/18083086027 221982/?hl=en | Imagine waiting almost 30 years with an accusation, and expecting to be taken seriously. You're only doing this because the man became president. Clearly a false accusation by someone looking for their 15 minutes of fame. 🙄 @ejeancarroll1 | fyourfeelings422 | 10/27/2020 |
| CARROLL_002241 | https://www.instagram.com /p/B79HiBBpbcP/ | https://www.instagram.com/p/ B79HiBBpbcP/c/17859035233 721848/?hl=en | 30 years to tell your "story". I am sure a book deal $$$$ will follow | gah_0411 | 1/31/2020 |
| CARROLL_002241 | https://www.instagram.com /p/B79HiBBpbcP/ | https://www.instagram.com/p/ B79HiBBpbcP/c/18104706706 107807/?hl=en | You wait 30 years to tell your "story". | gah_0411 | 1/30/2020 |
| CARROLL_002241 | https://www.instagram.com /p/B79HiBBpbcP/ | https://www.instagram.com/p/ B79HiBBpbcP/c/18127759825 019423/?hl=en | You twisted old hag! Who the fuck would "rape" you?!?! Evil fucking witch! | ginovictory | 1/31/2020 |
| CARROLL_002120 | https://www.instagram.com /p/CGsjKyxJcHA/ | https://www.instagram.com/p/ CGsjKyxJcHA/c/18081883450 220561/?hl=en | Pathetic .... you are a true POS... cry wolf years later? 20+ years??? Your a sorry sack of shit... not brave... brave would have been to call it out then and there.... | gozmo10 | 10/27/2020 |
| CARROLL_002232 | https://www.instagram.com /p/B8PDNbmJ5ZN/ | https://www.instagram.com/p/ B8PDNbmJ5ZN/c/1784301952 6998753/?hl=en | Get a life.... I'm sure you couldn't pay someone to have sex with you.... since you were fired (😂) for lying maybe work on yourself and see a therapist for compulsive lying.... dumbass | gozmo10 | 2/20/2020 |
| CARROLL_002241 | https://www.instagram.com /p/B79HiBBpbcP/ | https://www.instagram.com/p/ B79HiBBpbcP/c/18075960604 175985/?hl=en | What a wh&%= | gozmo10 | 2/8/2020 |
| | https://www.instagram.com /p/BzISnU-narH/ | https://www.instagram.com/p/ BzISnU-narH/c/18057662437188524/? hl=en | Your trash.. | gozmo10 | 7/15/2019 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1797549707 8270745/?hl=en | 🙏🙏🙏🙏🙏🙏 | gozmo10 | 6/25/2019 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1790972156 0331457/?hl=en | It's not about money.....but then the person you accuse of something defends themself by saying they didn't do it and then you turn around and sue them for defamation when you were the one who made those claims in the first place?! Clown 🤡 | heric215 | 3/14/2022 |
| | https://www.instagram.com /p/B8y0BpApXfp/ | https://www.instagram.com/p/ B8y0BpApXfp/c/1784519511 985150/?hl=en | No it's because you lied about Trump raping you. You should be in jail 😂 | hollywoodkillaz | 2/23/2020 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1787520883 0381224/?hl=en | Pathetic.... 23 years ago huh? Go back to the garbage you crawled out of.... | imsuchagurl | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com /p/ByS3GZAnG8T/ | https://www.instagram.com/p/ ByS3GZAnG8T/c/1807933464 1060062/?hl=en | Your a fucking liar how come you come out now after 20 fucking years despicable how some people afe | jacksonphelps | 6/21/2019 |
| CARROLL_002241 | https://www.instagram.com /p/B79HiBBpbcP/ | https://www.instagram.com/p/ B79HiBBpbcP/c/17875586675 531139/?hl=en | You're a Fck joke, you out the real victims at risk. It very flamboyantly of you to hang a dress for 24 years on your closet until it was appropriate for you to make your allegations public, why now and not then?? That's where I began to feel uncomfortable in believing you. Also you accused Les Moonves of doing the same? Either regrets starts hitting you after or you just have bad luck, I'm sorry if that's the case. | jadedjoy17 | 1/30/2020 |

| Bates Number | Post URL | URL | Post | User | Date |
|---|---|---|---|---|---|
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1804541114 8182435/?hl=en | Lyin' like a rug! | jamesbgrilling | 6/25/2019 |
| CARROLL_002265 | https://www.instagram.com/p/B4dAFoDnkyx/ | https://www.instagram.com/p/B4dAFoDnkyx/c/17846584012 907866/?hl=en | What a LIAR and poor excuse for a woman ....and this planned Griffin lover. | jazzblkwht | 2/8/2020 |
| | https://www.instagram.com/p/B7OtxKWpyla/ | https://www.instagram.com/p/B7OtxKWpyla/c/17925284023 364783/?hl=en | WH&>=. | jazzblkwht | 2/8/2020 |
| CARROLL_002232 | https://www.instagram.com/p/B8PDNbmJ5ZN/ | https://www.instagram.com/p/B8PDNbmJ5ZN/c/1786698410 2627204/?hl=en | You are a SAD EXCUSE FOR A WOMAN. Democrats putting you up to this... you loser. STOP THIS. ALL THIS TIME YOU DIDN'T COMR FORWARD...Wh&%$. | jazzblkwht | 2/8/2020 |
| CARROLL_002241 | https://www.instagram.com/p/B79HiBBpbcP/ | https://www.instagram.com/p/B79HiBBpbcP/c/17859035233 721848/e/17855963230771975 /?hl=en | @hedgehogpiper1 shes an opportunist work for the DEMOCRATES. | jazzblkwht | 1/31/2020 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1807842813 7044890/?hl=en | You seriously want us to believe President Trump would touch you with a 10 ft pole??? 😂 | joshuafeuerstein | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1808045583 4057056/?hl=en | You need serious mental help. ! | josiewheel | 6/27/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1787595360 1389098/?hl=en | Oh these lefty lib loons and their constant Fraud on society ! Shame on you !!! There are real victims of abuse !!!! | josiewheel | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1794182149 0290058/?hl=en | Another lefty lib loon fraud. The whole Russian hoax blew up in your faces. 💩 | josiewheel | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1805858681 2118436/?hl=en | You win clown of the day!😂 | js_customs581 | 6/21/2019 |
| | https://www.instagram.com/p/BuXLJWvnVf-/ | https://www.instagram.com/p/BuXLJWvnVf-/c/1812823645601 6307/?hl=en | Oh and what a perfect way to get your name out there to sells books!! Accuse POTUS of sexual assault.. great strategy!🤷‍♀️ | jsuggaw | 6/22/2019 |
| | https://www.instagram.com/p/CHgYpAUpBzD/ | https://www.instagram.com/p/CHgYpAUpBzD/c/17917 11156 33219389/?hl=en | Give it up. "The incident happened in the Fall of '95 or the Spring of '96." A real victim NEVER forgets the very day it happened. | kara.boss | 11/12/2020 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1791004648 3314594/?hl=en | What have the democrats promised you for this... sold your soul to the devils now didn't you!!! Democratic hate is so great they will do anything to destroy our president... insanity!!! | keniepfs | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1807648021 0035576/?hl=en | I don't believe you. WE Trump supporters don't believe you. I think you're a liar. I think you were put up to it, possibly paid to do it & LIED. Same desperate bullshit playbook. Man, you losers are beyond pathetic. | kimmurraykemp | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1805132940 4080701/?hl=en | You are 💩. I feel sorry for you. | kn33jurk | 6/26/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1787135494 6397711/?hl=en | Lying cunt just looking for her 15 mins of fame. Liberalism is a mental disorder and this bitch has stage 4 stupidity | ktsdaddy312 | 6/23/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1787588828 8376774/?hl=en | 😂😂😂 you are no where near President Trump's taste. Good try😂 | laurapichelle | 6/23/2019 |
| | https://www.instagram.com/p/CG3TCMepYIi/ | https://www.instagram.com/p/CG3TCMepYIi/c/1788153080 8834476/?hl=en | I call foul. Those BG dressing rooms have ladies on and out. Not possible to be raped. | leigh75025 | 10/27/2020 |
| | https://www.instagram.com/p/B1HBSJEHUdW/ | https://www.instagram.com/p/B1HBSJEHUdW/c/180081093 40244963/?hl=en | Please get a life. Something changed in you. And not for the better. 💩 | leigh75025 | 8/13/2019 |
| | https://www.instagram.com/p/B0HFPGdnS-K/ | https://www.instagram.com/p/B0HFPGdnS-K/c/17987718931259502/?hl=en | You ignorant butch we have a Constitutional Republic. Look that up. And your sister bitch is antiAmerican. Why do you hate America? I cancelled all Elle products. All. Why do you side with antiAmerican assholes? | leigh75025 | 7/19/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1799978731 3232369/?hl=en | She looks mental. Wow cray cray #WeThePeople are not dumb enough to fall for your Alzheimer's fantasy. Your career is done ✅ KAG | leigh75025 | 6/24/2019 |
| CARROLL_002412 | https://www.instagram.com/p/Bp2jqWGHAK7/ | https://www.instagram.com/p/Bp2jqWGHAK7/c/179287876 78358900/?hl=en | Totally mentally stable and definitely not a political motive behind your "rape" | libertasvindicata | 1/30/2020 |
| | https://www.instagram.com/p/BuXLJWvnVf-/ | https://www.instagram.com/p/BuXLJWvnVf-/c/18078183820047126/?hl=en | Hahahahaha you're a joke!!! 😂 | linajuncaj | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1800006968 8234278/?hl=en | You enjoying the attention? How much is the DemocRATS paying you? | lolarockenrolla | 6/25/2019 |
| | https://www.instagram.com/p/CDnMIFXpkV5/ | https://www.instagram.com/p/CDnMIFXpkV5/c/179732556 55320495/?hl=en | I don't believe you because the only thing you got his skin cells. Why didn't you report it 20 some years ago that's what makes you a liar and anybody that follows you you will all go to hell you are a disgusting person and you will get yours one day cuz Jesus said revenge is mine I will repay | louisesmith1478 | 9/9/2020 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1805536552 3120673/?hl=en | LIES!!! 😡 Just trying to sell your shitty books!! Literally no one believes the leftist bullshit anymore and I hope you're sued to hell and back for FALSE allegations!! Liar!! 😡#rememberwhathappenedtostormy | luckyswampazz | 6/21/2019 |
| CARROLL_002365 | https://www.instagram.com/p/BwAGojeHzpJ/ | https://www.instagram.com/p/BwAGojeHzpJ/c/18058528975 114953/?hl=en | Ewww 😷😡😵 | luckyswampazz | 6/21/2019 |
| | https://www.instagram.com/p/B0HFPGdnS-K/ | https://www.instagram.com/p/B0HFPGdnS-K/c/17849213113503154/?hl=en | Whatever you say psycho!!!!! 👍 | magagigi | 7/20/2019 |

| Bates Number | Post URL | URL | Post | User | Date |
|---|---|---|---|---|---|
| CARROLL_002318 | https://www.instagram.com/p/Bz_fFxanaMo/ | https://www.instagram.com/p/Bz_fFxanaMo/c/17848655461508072/?hl=en | 2 SICK PATHETIC LOSERS! | magagigi_ | 7/20/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/18056873260121915/?hl=en | @valcarle E Jean appears to be another partisan nut like Dr Cant Remember Shit Ford. Over these pathetic women making a mockery out of real victims | margotina_j | 6/24/2019 |
| | https://www.instagram.com/p/BuXLJWvnVf- | https://www.instagram.com/p/BuXLJWvnVf-/c/17901787027333345/?hl=en | @ejeancarroll1 And you have to accuse an innocent man of rape, to get your book published!!! Shame on you!! You ramble on about this bs, & it's painfully obvious that you have NOT been through it!!! I hope that Uncle @georgesoros is paying you good for your lies, because you have hurt rape survivors by lying!!! | marta_obrien1972 | 6/29/2019 |
| | https://www.instagram.com/p/B9W91YYJZ-9/ | https://www.instagram.com/p/B9W91YYJZ-9/c/18282706600039916/?hl=en | But WHY are you SO OBSESSED with Donald Trump. You seem to have a Mental Illness going on. There's definitely something WRONG with you e Je | matriculated_babi | 3/2/2022 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/18043757476153792/?hl=en | Here is the thing psycho liar- accrual women who have been sexually assaulted like myself are done a massive dis service by liars like yourself. I hope you get hauled off to the looney bin. I also think your a disgrace and disgusting excuse for a women. 😡 | memimoannajoanna | 6/23/2019 |
| | https://www.instagram.com/p/BuXLJWvnVf- | https://www.instagram.com/p/BuXLJWvnVf-/c/17861093338433387/?hl=en | Your an old lonely hat that no one loved it shows ! 😡😡😡😡 | memimoannajoanna | 6/23/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/17845060099492609/?hl=en | You lying old hag, funny how you had to wait untill Trumps election campaign to start to come out with this bullshit. | michelle.chambers.1979 | 6/22/2019 |
| | https://www.instagram.com/p/BvXQ9D3n14L/ | https://www.instagram.com/p/BvXQ9D3n14L/c/17865352324411175/?hl=en | Best photo I've seen of e Jean carrol. What? That's her dog you say? Could fooled me | mind_ape | 6/24/2019 |
| CARROLL_002385 | https://www.instagram.com/p/BtZT6GAHnJ- | https://www.instagram.com/p/BtZT6GAHnJ-/c/17856350116442987/?hl=en | You UGGGGGGGLEEEEEEE AF | mind_ape | 6/24/2019 |
| CARROLL_002412 | https://www.instagram.com/p/Bp2jqWGHAK7/ | https://www.instagram.com/p/Bp2jqWGHAK7/c/17875936069387287/?hl=en | Cringe af | mind_ape | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/18008126317216228/?hl=en | Never heard of you. Elle magazine? Does anyone buy it? You are ugly as a mud fence. | missedtoomuch | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/18043638583150664/?hl=en | Who's paying you? Lol! | n_adine.s | 6/22/2019 |
| CARROLL_002412 | https://www.instagram.com/p/Bp2jqWGHAK7/ | https://www.instagram.com/p/Bp2jqWGHAK7/c/18009581122222860/?hl=en | Why would he even touch you | nico_kemp1134 | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/17899885597327215/?hl=en | Please no one ever attacked you where's your proof | ogfortysix | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/17877582112438014c/?hl=en | Strange you're just coming out about this now at the same time as your book | p_flakes | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/18047251207189336/?hl=en | you're a damn liar | parkerparris_ | 6/22/2019 |
| | https://www.instagram.com/p/BzISnU-narH/ | https://www.instagram.com/p/BzISnU-narH/c/17910766699316590/?hl=en | FAKE NEWS. Take your meds | pennington1452 | 7/6/2019 |
| | https://www.instagram.com/p/CiyAr0JJLso/ | https://www.instagram.com/p/CiyAr0JJLso/c/17922467579577080/?hl=en | Still pulling at straws loser …why don't you join that other other the attorney general or some shit & look for nonsense all day ..move on | poochie3728 | 9/21/2022 |
| | https://www.instagram.com/p/Cam9AoZlC4J/ | https://www.instagram.com/p/Cam9AoZlC4J/c/17928055052118279/?hl=en | Stop your lying … | poochie3728 | 3/2/2022 |
| | https://www.instagram.com/p/CHTXiWtp5r- | https://www.instagram.com/p/CHTXiWtp5r-/c/17848260383408386/?hl=en | Forgot about your law suit drunk | poochie3728 | 11/7/2020 |
| | https://www.instagram.com/p/CG3TCMepYIi/ | https://www.instagram.com/p/CG3TCMepYIi/c/17907322741542933/?hl=en | lies | poochie3728 | 10/27/2020 |
| CARROLL_002146 | https://www.instagram.com/p/CEpdSFYp5Qn/ | https://www.instagram.com/p/CEpdSFYp5Qn/c/17960639020343898/?hl=en | So you got a 2nd wind after being fired , new job ..lying | poochie3728 | 9/2/2020 |
| CARROLL_002241 | https://www.instagram.com/p/B79HiBBpbcP/ | https://www.instagram.com/p/B79HiBBpbcP/c/17924334226367482/?hl=en | what an idiot | poochie3728 | 1/30/2020 |
| | https://www.instagram.com/p/B7OtxKWpyla/ | https://www.instagram.com/p/B7OtxKWpyla/c/17929597843351460/?hl=en | and liars are no where | poochie3728 | 1/12/2020 |
| | https://www.instagram.com/p/B4ktzWZnHmF/ | https://www.instagram.com/p/B4ktzWZnHmF/c/17985355516304539/?hl=en | 2 loons | poochie3728 | 11/7/2019 |
| CARROLL_002265 | https://www.instagram.com/p/B4dAFoDnkyx/ | https://www.instagram.com/p/B4dAFoDnkyx/c/18105872746070643/?hl=en | We don't need you to lie for us loon ! | poochie3728 | 11/4/2019 |

**A734**

| Bates Number | Post URL | URL | Post | User | Date |
|---|---|---|---|---|---|
| | https://www.instagram.com/p/B8y0BpApXfp/ | https://www.instagram.com/p/B8y0BpApXfp/c/18133968577098950/?hl=en | when ALL else fails blame "Trump", lol I hope you get federal prison for your lies. Can't take responsibility for your own failures so you have that 1 lifeline left to blame TRUMP 😂😂😂😂😂😂God, you liberal lunatics are demonic liars and when you get exposed which you WILL the entire world will be laughing at you, much like billions of people are now. Nobody sexually assaulted YOU, you have Trump Derangement Syndrome and need a professional mental guidance counselor to help YOU PAST YOUR made up delusions. I wonder how much the DNC paid you to ruin your entire career . You're another lunatic with fake accusations which discredit REAL woman who have gone through the horrors of REAL sexual assault and you should be ashamed of yourself. This stunt will FAIL just like ALL the bogus mentally disturbed woman before you. I do hope and pray you get the mental treatment that you need but I also hope you get consequences for your allegations in federal court, I hope they lock you up for the FEDERAL level of lying. This is demonism at its finest. You're probably just mad that you had a crush on him in the 90's and he never paid you any attention. You got fired because YOU are a blast at liar with NO journalism integrity, you're no journalist you're an activist for the liberal party and the people paying attention with a brain that still functions knows you're a deceitful liar. May you be met with the exact same kindness and lies that YOU present to the world. | rachalina11 | 9/9/2020 |
| CARROLL_002166 | https://www.instagram.com/p/CCKAPeEJ7F6/ | https://www.instagram.com/p/CCKAPeEJ7F6/c/1795428092352493/?hl=en | us🇺🇸🇺🇸🇺🇸🇺🇸🇺🇸TRUMP is YOUR PRESIDENT. MAGA COUNTRY! One day you'll be on a LIST of communist and WE THE PEOPLE will NEVER forget. YOU will FAIL at ALL your LIES in the MIGHTY NAME of JESUS! You practice demonism and the whole world 🌎 will see YOU for what YOU are, a jealous, lonely, lunatic liberal communist Nazi that YOU ARE©#respeech#liarswillhavetheirday#demonism#fakevictim#liar#deceitfuldemon I hope YOU go to federal prison when the DOJ puts YOU on full blast. Only a Blind FOOL would EVER believe YOU. #Shamelessswitch#lyingliberals | rachalina11 | 9/9/2020 |
| CARROLL_002166 | https://www.instagram.com/p/CCKAPeEJ7F6/ | https://www.instagram.com/p/CCKAPeEJ7F6/c/1787831624583036o/?hl=en | Did you forget to post the pictures of Epstein with Hillary and Bill Clinton, how about the Bill Clinton photo of him wearing the "monica lawenski" blue dress on EPSTEIN Island, or how about the photo of the log book which shows every major politician and wealth celebrity going in that mans private jet to molest children and partake in private rituals, Trump was NEVER on that log and bill Clinton was on it that they know of 26 times. Trump kicked Epstein out of his businesses ( not 1 celebrity did that except for Trump) the Clinton's STILL hung out with Epstein after Trump kicked him out of margo largo. I guess you forgot those photos huh? All the photos with Epstein and @theonetomhanks, Madonna Hilliard Clinton, Bill Clinton, Whoopi Goldberg, the lust goes on and on and YOY CHOOSE this 1 photo of Trump taking a photo from 20 years ago prior to Trump knowing anything about him???? What about the celebrities and politicians that hung out with this man on a daily basis and went to his private Island? Where is your integrity when it comes to seeking out the real truth of how Jeffrey Epstein's closest friends were all Democrats and had a very close relationship with the Obamas and Clintons and prince Andrew in England where is all your photos of them together? You're a lowlife disgusting deceptive person for not listing all the other photos of the people that you politically agree with that makes you a hypocrite. | rachalina11 | 9/9/2020 |
| | https://www.instagram.com/p/CDmMlFXpkV5/ | https://www.instagram.com/p/CDmMlFXpkV5/c/179236569104396o37/?hl=en | Almost every post is in regard to TRUMP it shows major hysteria over him in your derangement syndrome. You are a LIAR 😁 LIAR 😁. You're trying to stay relevant and it won't work, just like the loser woman before YOU who falsely accuse TRUMP you'll be discredit and shamed forever. I think deep down YOU had a thing for him in the 90's and he wouldn't even glance at you. The country SEES your hypocrisy, lying, deceit for what it is. YOUR underline issue is severe mental illness when a person actually believes the Fantasies they IMAGINE in their possessed brains. You may be able to fool a bunch of dumb liberals because they believe ANYTHING without proof or evidence but the billions of people who still have functioning brains KNOW YOUR A LIAR and I hope and pray that YOU get federal prison time for this BOGUS BS! Trump will be your president for 4 more years, during that time may I suggest you get your crayons 🖍 and a drooling 😁 bib and set in a safe space . YOU WILL answer for this LIE one day and when you do, you're entire career will be ruined ( much like your brain). Shame on you for pretending to be a VICTIM to a made up scenario when REAL woman try to seek justice for the horrors of REAL sexual assault, you discredit millions of woman worldwide with your fantasies. You probably sit at home and wish you were a victim which makes YOU a severe candidate of mental illness. GOD WILL MAKE SURE YOU GET EXACTLY WHAT YOU LIE ABOUT. I swear you liberals now of days have to go make up scenarios with your demonism spirit. WE ALL KNOW YOUR A LIAR#Trump2020#Trump#MelaniaTrump#MAGA#Maga2020#DOJ#trumpderangementsyndrome#lyinglibtards#democratsarecommunist#partyofdeathandtaxes#notArealvictim#moneyhungry#jealousOldlady#TRUMPTRUMPTRUMP . Your ignorance has FAR outpaced your intelligence. | rachalina11 | 9/9/2020 |
| CARROLL_002146 | https://www.instagram.com/p/CEpdSFYp5Qn/ | https://www.instagram.com/p/CEpdSFYp5Qn/c/1815854954205651o/?hl=en | LIAR 😁 LIAR 😁 LIAR 😁 Not YOU or any other person had a problem with TRUMP@realdonaldtrump for 30 years until he ran as a REPUBLICAN. I pray that YOU get the EXACT same "kindness" ten fold that YOU'VE made up on others. This is your LAST ATTEMPT to stay relevant and it WILL be crushed IN THE MIGHTY NAME OF JESUS. One day you'll meet your maker and will have to Answer for your deceptions and demonism. You are a disgrace to REAL WOMAN who have gone through sexual assault horrors. Donald Trump wouldn't touch you much less even glance at you, bet that's why You made up this BOGUS story. After ALL these years too??? Somebody in your family needs to get you immediately checked out for delusions, I feel sorry for ANY person who believes your lies from the PIT of HELL where THEY CAME FROM. #Trump2020#TrumpdidnttouchYOU!#Magacountry#maga#DonaldTrump#donaldtrumpjr#TDS2020#LyingShedevil. Trying to stay relevant OFF LIES is the lowest FORM OF HUMANITY. Shame on you and your entire family. | rachalina11 | 9/9/2020 |
| CARROLL_002146 | https://www.instagram.com/p/CEpdSFYp5Qn/ | https://www.instagram.com/p/CEpdSFYp5Qn/c/1789529986660192o/?hl=en | Bunch of liars with mental illness is what you are and you discredit real women who have had to go through the horrors of actually being sexually assaulted. Anybody that would even believe you are back to you is just as delusional as you are please go seek professional help for your made up FAKE victim mentality | rachalina11 | 9/9/2020 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1800910705921738o/?hl=en | This old kunt lies! | raul_mint | 6/21/2019 |
| CARROLL_002318 | https://www.instagram.com/p/Bz_fFxanaMo/ | https://www.instagram.com/p/Bz_fFxanaMo/c/18134589967101888o/?hl=en | Vile | reidchristianm | 9/8/2020 |

| Bates Number | Post URL | URL | Post | User | Date |
|---|---|---|---|---|---|
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1785146998 3462546/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | What a LYING piece of trash!! The idiots who believe your dumb ass are worse than you!! | rgee805 | 6/26/2019 |
| CARROLL_002356 | https://www.instagram.com/p/BwpZqrRHwTJ/c/1788557187 4368250/?hl=en | https://www.instagram.com/p/BwpZqrRHwTJ/ | Yeah coz a billionaire who beautiful women throw themselves at and used to dating models raped a 52 year old bird in broad daylight in a busy department store who just happens to be a mad Clinton supporter #jussiesmullet #fake | richardpe | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1787512662 4389163/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | What a joke! You are as stupid as you look | rose_ella_chap | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1790066100 4326904/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | A radical feminist accuses Trump of rape, just before your book comes out. Great marketing strategy. And I don't believe you. | ryanmckillop42 | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1791034505 2311645/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | You are retarded I know an attention seeker when I see one | ryder.sain | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1789053693 1358876/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | You need one shoved up that old dirt road 😂😂 | scootlesdoodles | 6/24/2019 |
| CARROLL_002385 | https://www.instagram.com/p/BtZT6GAHnJ-/c/1784712166348 1434/?hl=en | https://www.instagram.com/p/BtZT6GAHnJ-/ | You look like you got a corn cob stuck up that old dusty road😂 | scootlesdoodles | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1804286297 8158772/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | Ugly skank | scuba_skip | 6/21/2019 |
|  | https://www.instagram.com/p/BvXQ9D3n14L/c/1785343998 4454911/?hl=en | https://www.instagram.com/p/BvXQ9D3n14L/ | Ugly dime a dozen mutt | scuba_skip | 6/21/2019 |
|  | https://www.instagram.com/p/BJfJkW6ge-2/c/1796649337327 8278/?hl=en | https://www.instagram.com/p/BJfJkW6ge-2/ | I'd rather sleep with the one on the right | scuba_skip | 6/21/2019 |
|  | https://www.instagram.com/p/_xUGRKRjI7c/1795336066328 5992/?hl=en | https://www.instagram.com/p/_xUGRKRjI7c/ | Hey hipster doofus | scuba_skip | 6/21/2019 |
| CARROLL_002385 | https://www.instagram.com/p/BtZT6GAHnJ-/c/1786159736543 1580/?hl=en | https://www.instagram.com/p/BtZT6GAHnJ-/ | Guess how I know Trump's latest sexual assault accuser is lying?<br>1. It happened over 20 years ago.<br>2. There were no witnesses.<br>3. She won't file charges.<br>4. She just wrote a book.<br>5. E. Jean Carroll looks like Gary Busey.<br>There needs to be harsh penalties for false accusers like this. | senseikurt | 6/25/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1808024203 0020276/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | Complete freak and liar ⚲ | sneakyd50 | 6/26/2019 |
| CARROLL_002356 | https://www.instagram.com/p/BwpZqrRHwTJ/c/1806808786 0076619/?hl=en | https://www.instagram.com/p/BwpZqrRHwTJ/ | Looks like a homeless bitch ⚲ | sneakyd50 | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1787588828 8376774/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | @laurapichelle exactly..she is lying just like the ithers, has a bad case of tds and someone paid her to do it. These gals need some jail time | stephmelancon1234 | 6/23/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/c/1791313406 5308404/?hl=en | https://www.instagram.com/p/ByS3GZAnG8T/ | You should be Arrested for false accusations. | stgriff14 | 6/30/2019 |
|  | https://www.instagram.com/p/B8y0BpApXfp/c/1787771339550776/?hl=en | https://www.instagram.com/p/B8y0BpApXfp/ | This disgusting disgrace lady is a liar | stylehangers2020 | 2/20/2020 |
|  | https://www.instagram.com/p/B8y0BpApXfp/c/1788234784 9519443/?hl=en | https://www.instagram.com/p/B8y0BpApXfp/ | Who touch this lying 👎 lady please just another freak trying to trash the President liar liar | stylehangers2020 | 2/20/2020 |
| CARROLL_002188 | https://www.instagram.com/p/B-nFx2VptIE/c/17864977913023410/?hl=en | https://www.instagram.com/p/B-nFx2VptIE/ | OK now we know why you are making up stories to get attention! Get mental help! | suedublu | 9/9/2020 |
| CARROLL_002241 | https://www.instagram.com/p/B79HiBBpbcP/c/17848440299 326438/?hl=en | https://www.instagram.com/p/B79HiBBpbcP/ | And why did you not report 20 years ago! Who keeps a dress with semen on it for more than 20 years? DISGUSTING! | suedublu | 9/9/2020 |
|  | https://www.instagram.com/p/B7OtxKWpyla/c/1795336916 363106/?hl=en | https://www.instagram.com/p/B7OtxKWpyla/ | You look like a "they" ! Report should have been filed over 20 years ago! Now its worth cash from the DEMS right? | suedublu | 9/9/2020 |
| CARROLL_002232 | https://www.instagram.com/p/B8PDNbmJ5ZN/c/1785038156 0281452/?hl=en | https://www.instagram.com/p/B8PDNbmJ5ZN/ | No dignity so must be in it for the payoff from Biden's campaign! | suedublu | 9/9/2020 |
|  | https://www.instagram.com/p/B8y0BpApXfp/c/1785514974 8197906/?hl=en | https://www.instagram.com/p/B8y0BpApXfp/ | How old are you? Vengeance huh? Nobody reports a crime 20 years later! LIAR | suedublu | 9/9/2020 |
|  | https://www.instagram.com/p/B9W91YYYJZ-9/c/181609177510000969/?hl=en | https://www.instagram.com/p/B9W91YYYJZ-9/ | 20 years after the fact? Who does that? How much did you get from the Democrats? Bet Pelosi chipped in! LIAR | suedublu | 9/9/2020 |
|  | https://www.instagram.com/p/CBd1umxpTiA/c/1786801573 3995238/?hl=en | https://www.instagram.com/p/CBd1umxpTiA/ | Give her a lie detector test? How much did the Biden campaign pay you? Cmon 20 YEARS AGO and you are just now telling the world? | suedublu | 9/9/2020 |
|  | https://www.instagram.com/p/CCJcjwcp30S/c/1790670877013508/?hl=en | https://www.instagram.com/p/CCJcjwcp30S/ | Joe has the same reputation but Republicans don't pay women to make up stories! Why did you wait 20 years BIMBO? | suedublu | 9/9/2020 |
| CARROLL_002166 | https://www.instagram.com/p/CCKAPeEJ7F6/c/1816096902 7054306/?hl=en | https://www.instagram.com/p/CCKAPeEJ7F6/ | And you waited 20 years to come forward? Did Joe Biden's campaign fund pay you? LIAR!!! | suedublu | 9/9/2020 |

| Bates Number | Post URL | URL | Post | User | Date |
|---|---|---|---|---|---|
| | https://www.instagram.com/p/CDmMlFXpkV5/ | https://www.instagram.com/p/CDmMlFXpkV5/c/180250062 16303571/?hl=en | Who would do you? Why did you wait 20 or more YEARS! Disgusting!!!! | suedublu | 9/9/2020 |
| CARROLL_002146 | https://www.instagram.com/p/CEpdSFYp5Qn/ | https://www.instagram.com/p/CEpdSFYp5Qn/c/1812450289 6184469/?hl=en | Why now LIAR! No credibility when you wait 20 or more YEARS! Disgusting!!!! | suedublu | 9/9/2020 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1790114439 4332452/?hl=en | @ejeancarroll1 YOU FILTHY LIAR | superiortrucks1514 | 6/26/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1804520783 5156549/?hl=en | Another Ford spotted 🚗🚙Liar ! Who paid you??? 🤔 | suri.king | 6/23/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1804793742 7132424/?hl=en | This man has been in office for almost four years and now all of a sudden you wanna come out a claim "rape?" And not only that, it's almost election season. You hoes are nothing short of predictable. | sweetest_anisha | 6/21/2019 |
| CARROLL_002412 | https://www.instagram.com/p/Bp2jqWGHAK7/ | https://www.instagram.com/p/Bp2jqWGHAK7/c/180002632 06233790/?hl=en | God you are ugly....I cannot imagine any man getting a hard on for you. Let alone the President who has a history with beautiful women....not dogs. | tambragalick | 6/24/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1789068877 9356795/?hl=en | Hmm book release in July and sexual assault CLAIM in June right before. What a coincidence | theroanannickelson | 6/22/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1788302906 8371390/?hl=en | Fraud! Trump should press charges on you! | toyagurl25 | 6/25/2019 |
| CARROLL_002241 | https://www.instagram.com/p/B79HiBBpbcP/ | https://www.instagram.com/p/B79HiBBpbcP/c/17871880870 572108/r/17842328206977570/?hl=en | Trump didn't touch that cheap dress with a subpar woman in it | tuliptraderjambo | 1/30/2020 |
| | https://www.instagram.com/p/B7OtxKWpyIa/ | https://www.instagram.com/p/B7OtxKWpyIa/c/18748344724 8388441/?hl=en | I would bet my net worth trump didnt touch you. Take a lie detector test. | tuliptraderjambo | 1/30/2020 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1795683666 4282661/?hl=en | 23 years ago, r u running out of money? Does libtard-sh1t dont pay enough anymore? | wallababbehur | 6/21/2019 |
| CARROLL_002335 | https://www.instagram.com/p/ByS3GZAnG8T/ | https://www.instagram.com/p/ByS3GZAnG8T/c/1804471281 7178776/?hl=en | Tell the truth your doing it for the attention and money | workmyfinger2dabone | 6/24/2019 |

**A737**

| Date | Post Text | URL |
|---|---|---|
| 2022-09-21 | @dcexaminer @ejeancarroll stupid bitch | https://twitter.com/1/status/157 2592008316981250 |
| 2022-09-21 | @nytimes e. jean carroll is a. crazy person. | https://twitter.com/1/status/157 2467301315940352 |
| 2021-09-16 | @dcexaminer attention whore | https://twitter.com/1/status/143 8311461110095873 |
| 2021-06-08 | @nytimes that's because even the biden administration knows she's bat-shit crazy. | https://twitter.com/1/status/140 2142022874681345 |
| 2020-10-06 | @nytimes i've seen this woman's interviews. she's batshit crazy. you ppl will believe anything. | https://twitter.com/1/status/131 3310141144600577 |
| 2020-09-12 | @nytimes get the fuc* outta here!.   i'm gonna send that lying butch bitch packing.   for real lady. no tolerance today for this fire-starting democrats.  i'm gonna get down! they bes watch them dirty traps.   dense as can be.   get a fu*cken clue, scumbags. | https://twitter.com/1/status/130 4903451625713664 |
| 2020-09-09 | @nytimes after all the women who have lied in court under oath about being raped by someone in or affiliated with the trump administration, yeah ima call this bitch a liar. look anything you democratic party touches is corrupt and full of lie to hold power over you, their brainless sheep | https://twitter.com/1/status/130 3742205648142336 |
| 2020-09-09 | @nytimes wow ... this is old and so predictable behavior... we all know this isn't true ... lock this bitch up for lying | https://twitter.com/1/status/130 3700235210891265 |
| 2020-07-11 | @dcexaminer @realdonaldtrump @ejeancarroll oh i remember this lady crazy | https://twitter.com/1/status/128 1978213082599425 |
| 2020-02-24 | @nytimes @sethabramson geez..could it possibly have anything to do with the fact that the lady is bat shit crazy ? | https://twitter.com/1/status/123 1949551348715528 |
| 2020-02-20 | @dcexaminer @ejeancarroll @ellemagazine @realdonaldtrump her column was smutty garbage. she's crazy. | https://twitter.com/1/status/123 0373245863571462 |
| 2020-02-19 | @nytimes so only be crazy is accusing trump she gets a story in the nyt...want some cheese with that whine? | https://twitter.com/1/status/123 0199503304757248 |
| 2020-02-19 | @dcexaminer @ejeancarroll @ellemagazine @realdonaldtrump she needs to take responsibility! she is the crazy person that came out talking all over the place..grow up ! take responsibility! you were on a mission to destroy our president. karma got ya! | https://twitter.com/1/status/123 0179039991812096 |
| 2020-02-19 | @dcexaminer @ejeancarroll @ellemagazine @realdonaldtrump wow its crazy how people can not admit what they do and their consciences for it. instead glam someone else for their problems. | https://twitter.com/1/status/123 0167767220288768 |
| 2020-02-19 | @dcexaminer @ejeancarroll @ellemagazine i'm thinking the crazy interviews she did last year are the more likely reason | https://twitter.com/1/status/123 0167093708021761 |
| 2020-02-01 | @nytimes russia failed &amp; they brought her out, we laughed her crazy ass off stage. ukraine fails &amp; they bring her back again? do they ever learn? | https://twitter.com/1/status/122 3440225835388929 |
| 2020-02-01 | @nytimes good lord who brought this bitch out the dems are trying every which way | https://twitter.com/1/status/122 3413326203539462 |
| 2020-01-31 | @nytimes so why didn't this bitch come out 30 years ago when this encounter supposedly happened. if it wasn't important then, why make up shit now. | https://twitter.com/1/status/122 3341441667067904 |
| 2020-01-31 | @nytimes haha this lady is crazy if i were trump i would make damn sure anywhere that sample goes my attorney goes | https://twitter.com/1/status/122 3313754512875523 |
| 2020-01-31 | @nytimes this is the crazy hack?  good god. | https://twitter.com/1/status/122 3285270226796544 |
| 2020-01-31 | @nytimes can we stop this nonsense already? you guys are starting to look desperate by propping up crazy people like her. | https://twitter.com/1/status/122 3274154880913410 |
| 2020-01-31 | @nytimes this lady is whacked😂😂😂 just another crazy liberal trying to take down donald trump. and it ain't never going to happen nice try crazy😂😂#trump2020🇺🇸🇺🇸👌🏻👌🏻 | https://twitter.com/1/status/122 3257941920362499 |
| 2020-01-31 | @nytimes 🌀🈺#crazy. | https://twitter.com/1/status/122 3249812268683264 |
| 2020-01-31 | @nytimes damn this woman was laughed off tv once you all are pathetic.. trump 2020 bitches | https://twitter.com/1/status/122 3228007007184898 |
| 2020-01-31 | @nytimes ugly bitches https://t.co/1eitycsmb4 | https://twitter.com/1/status/122 3224045140836353 |
| 2020-01-31 | @nytimes imma just be real. total bullshit that bitch is ugly af and trump is a billionaire. he ain't do shit to her. another media ploy🌀🌀 this gonna get shut down. | https://twitter.com/1/status/122 3214781060042753 |

| Date | Post Text | URL |
|------|-----------|-----|
| 2020-01-31 | @nytimes what a lying bitch. | https://twitter.com/1/status/122 3199748468826112 |
| 2020-01-31 | @djdemario1 @dailycaller no way in hell trump had sex with this crazy broad. | https://twitter.com/1/status/122 3113511447908353 |
| 2020-01-31 | @nytimes what an evil bitch!! seriously... like he wouldn't touch u with a 10 ft pole!! yet another pathetic liberal attempt to get at him during election year. gtfoh!!😂😂 | https://twitter.com/1/status/122 3109940966936579 |
| 2020-01-31 | @nytimes this woman is crazy! | https://twitter.com/1/status/122 3109073110876165 |
| 2020-01-31 | @nytimes this poor woman is crazy | https://twitter.com/1/status/122 3090008321642496 |
| 2020-01-31 | @nytimes is this fucking bitch back again | https://twitter.com/1/status/122 3089220476162050 |
| 2020-01-31 | @rennie10711924 @abetrump @nytimes the crazy lady. | https://twitter.com/1/status/122 3084598147604481 |
| 2020-01-31 | @nytimes you do know that she is a little bit crazy. https://t.co/exzohd7w2p | https://twitter.com/1/status/122 3083019193536514 |
| 2020-01-31 | @nytimes this woman looks crazy and it's why people are voting for trump. americans won't stand  20-30 year accusations ruining lives!!! | https://twitter.com/1/status/122 3081148609376256 |
| 2020-01-31 | @nytimes shes crazy | https://twitter.com/1/status/122 3068002742083590 |
| 2020-01-31 | @nytimes fat chance whore https://t.co/7hqwvootce | https://twitter.com/1/status/122 3062699308912640 |
| 2020-01-31 | @dailycaller is this woman crazy or what? | https://twitter.com/1/status/122 3062086898438145 |
| 2020-01-31 | @nytimes the crazy lady who said that women have fantasy rape | https://twitter.com/1/status/122 3054068702052352 |
| 2020-01-31 | @nytimes she is crazy. this is what the nyt has resorted to sadly | https://twitter.com/1/status/122 3053641944379397 |
| 2020-01-31 | @dailycaller who is she, another crazy woman 🤷 it will never stop 🙄 please cary on, move away, we are really tired 😔 | https://twitter.com/1/status/122 3033507775160320 |
| 2020-01-30 | @petermc87200090 @dailycaller shes nuts. is the pelosi's cousin? crazy crazy ... and if the news keeps giving her a platform they will once again show bias. | https://twitter.com/1/status/122 2991710331912192 |
| 2020-01-30 | @dailycaller she is next level crazy! | https://twitter.com/1/status/122 2989390823206912 |
| 2020-01-30 | @dailycaller this lady is crazy. | https://twitter.com/1/status/122 2976542159953920 |
| 2020-01-30 | @dcexaminer @realdonaldtrump omg.  wasn't she the wacko that was talking about sex about her own sexual exploits on tv, and lost all credibility and her book sales plummeted. | https://twitter.com/1/status/122 2969713145401344 |
| 2020-01-10 | @dcexaminer @realdonaldtrump she's hideous,  wishes anyone would pay her some kind of attention... next thing you know, she'll be writing a book, about how she was "victimized". attention whore. | https://twitter.com/1/status/121 5673799766495233 |
| 2019-11-05 | @nytimes this bitch is crazy does the goofy cunt think she will really get shit she is dumber than dog shit | https://twitter.com/1/status/119 1612824520396800 |
| 2019-11-04 | @nytimes crazy lady. needs a good psychiatrist. | https://twitter.com/1/status/119 1436467471572993 |
| 2019-11-04 | @nytimes not this crazy again | https://twitter.com/1/status/119 1431320595025921 |
| 2019-11-04 | @dcexaminer @realdonaldtrump so this crazy woman waited what - 20/30 years to "speak out?" she is just another 21st century radical feminist. these "feminists" are not mentally balanced &amp; they do not "represent" real women. she just wants her 15 minutes of "fame." #votered2020tosaveamerica #walkawayfromdems | https://twitter.com/1/status/119 1406552583938048 |
| 2019-11-04 | @nytimes she crazy, she wish she pretty so president would notice her!  he real man, not like ugly dogs!  ugly! | https://twitter.com/1/status/119 1401600943820801 |
| 2019-11-04 | @nytimes another day, another batshit crazy luhnatic | https://twitter.com/1/status/119 1389333183332352 |
| 2019-07-02 | @usatoday wow! i guess anyone can do what she did and claim to be assaulted by someone in power to gain fame and fortune! i wouldn't read her book if someone gave it to me #crazylady | https://twitter.com/1/status/114 6068576480235520 |

| Date | Post Text | URL |
|---|---|---|
| 2019-07-02 | @usatoday "ignited" ...😂...bitch is crazy | https://twitter.com/1/status/1146055377512992769 |
| 2019-07-02 | @usatoday this lady is certifiably crazy. i would be surprised if she could put together a coherent paragraph. | https://twitter.com/1/status/1146051859284680704 |
| 2022-09-28 | this crazy liar should be prosecuted! | https://www.facebook.com/182919686769/posts/10159074382216770/?comment_id=2004530553091486 |
| 2022-09-22 | another crazy bitc... | https://www.facebook.com/40656699159/posts/10159772560669160/?comment_id=3328155297431753 |
| 2022-09-21 | crazy eyes | https://www.facebook.com/40656699159/posts/10159772560669160/?comment_id=873923880698740 |
| 2022-09-21 | crazy eyes 😂 | https://www.facebook.com/40656699159/posts/10159772560669160/?comment_id=823687512318495 |
| 2022-09-21 | if that's a pic of her, she has crazy eyes. | https://www.facebook.com/40656699159/posts/10159772560669160/?comment_id=490595212649881 |
| 2022-09-21 | i look at this woman and see crazy. i see trump and think of a crazed jabba the hut. i think i'll go with crazy. 😂 | https://www.facebook.com/5281959998/posts/10152992568609999/?comment_id=815059356508872 |
| 2022-09-21 | i'm no trump fan but c'mon. this lady has crazy written all over her. and let's be honest... is she exactly, um, his type? | https://www.facebook.com/5281959998/posts/10152992568609999/?comment_id=3426577477667246 |
| 2021-06-08 | the woman is certifiable. she is crazy. | https://www.facebook.com/182919686769/posts/10158306714691770/?comment_id=10158307056791770 |
| 2021-06-08 | shes crazy..even came on to a reporter who was interviewing her....he was like"wth" | https://www.facebook.com/182919686769/posts/10158306714691770/?comment_id=10158306761331770 |
| 2021-06-08 | she's batsh*t crazy might have been the reason for her failure. | https://www.facebook.com/182919686769/posts/10158306714691770/?comment_id=10158306759646770 |
| 2020-10-28 | she's a loon.  like legit crazy. she made this crap up. | https://www.facebook.com/13652355666/posts/10158909061435667/?comment_id=198024008586068 |
| 2020-10-27 | this woman is crazy no one can ever be able to pull off a rape a bergdorf goodman she is nuts!!!!  if the story was remotely true she would sued  the department store | https://www.facebook.com/5281959998/posts/10152491895009999/?comment_id=2906163662952850 |
| 2020-10-27 | the plaintiff is a crazy old hag who belongs in a padded cell. | https://www.facebook.com/5281959998/posts/10152492027304999/?comment_id=10152492068889999 |

**A740**

| Date | Post Text | URL |
|------|-----------|-----|
| 2020-10-19 | so by this crazy woman's logic anybody can be accused of anything but if they deny it you can be sued for defamation 😂😂😂😂😂 | https://www.facebook.com/528 1959998/posts/1015248367675 9999/?comment_id=10152483 692099999 |
| 2020-10-06 | because she's a f*cking nutcase. watch any of her interviews. she's "grab a cops gun" crazy. | https://www.facebook.com/528 1959998/posts/1015246975147 4999/?comment_id=10152469 782984999 |
| 2020-09-08 | that lady is batshit crazy. she stole the plot from a tv show and used it as her accusation. | https://www.facebook.com/528 1959998/posts/1015244399022 9999/?comment_id=27189346 11656408 |
| 2020-09-08 | she's crazy 😩 | https://www.facebook.com/528 1959998/posts/1015244399022 9999/?comment_id=10152443 993009999 |
| 2020-08-07 | madelyn jones shes batshit crazy. u cant be serious | https://www.facebook.com/528 1959998/posts/1015241664058 4999/?comment_id=10152416 659634999&reply_comment_i d=111323717349418 |
| 2020-08-07 | look at her.  your crazy | https://www.facebook.com/528 1959998/posts/1015241664058 4999/?comment_id=10152416 647209999 |
| 2020-02-22 | because she's crazy | https://www.facebook.com/136 52355666/posts/101580651803 05667/?comment_id=1015806 7363715667 |
| 2020-02-21 | here we go again, this old story that had no evidence, no witnesses and made no sense whatsoever. this lady was obviously paid to lie or just delusional. sad that crazy people get their 15 minutes of fame with the liberal media. | https://www.facebook.com/136 52355666/posts/101580651803 05667/?comment_id=1015806 5200880667 |
| 2020-02-19 | she is crazy! | https://www.facebook.com/406 56699159/posts/101574888813 89160/?comment_id=1015748 9158314160 |
| 2020-02-19 | she got canned because she is crazy. | https://www.facebook.com/406 56699159/posts/101574888813 89160/?comment_id=1015748 8905329160 |
| 2020-02-19 | well you lied and acted crazy so they fired you! you can always go to cnn! | https://www.facebook.com/406 56699159/posts/101574888813 89160/?comment_id=1015748 8898534160 |
| 2020-02-19 | 🐱🐾 crazy..... | https://www.facebook.com/406 56699159/posts/101574888813 89160/?comment_id=1015748 8885344160 |
| 2020-02-19 | because she made it up shes crazy | https://www.facebook.com/528 1959998/posts/1015219704170 9999/?comment_id=10152197 211744999 |
| 2020-02-19 | she's flat out nuts, scary crazy. | https://www.facebook.com/528 1959998/posts/1015219704170 9999/?comment_id=10152197 073214999 |

| Date | Post Text | URL |
|---|---|---|
| 2020-02-02 | who in the hell does not have a piece of clothing cleaned in almost 30 years? this woman is crazy!!! | https://www.facebook.com/528 1959998/posts/1015217339249 4999/?comment_id=21455928 9681599 |
| 2020-02-01 | this woman is crazy | https://www.facebook.com/182 919686769/posts/10156942228 091770/?comment_id=101569 47916156770 |
| 2020-02-01 | she is the definition of psycho. anything to sell her book. | https://www.facebook.com/528 1959998/posts/1015217339249 4999/?comment_id=12571010 2286388 |
| 2020-02-01 | this b*tch is crazy ah! have you heard her speak at length? | https://www.facebook.com/528 1959998/posts/1015217339249 4999/?comment_id=53312375 0892407 |
| 2020-02-01 | ok crazy! once he became president it was your moral duty to report it over 30 years later? the democrats tried this during the election! no offense but the women where hotter then you & the democrats scheme went nowhere! get lost psycho! | https://www.facebook.com/182 919686769/posts/10156942228 091770/?comment_id=101569 45573091770 |
| 2020-02-01 | steve kavalin if i had some crazy lunatic demanding my dna, id tell her to kick rocks. not because i'm guilty, but because i don't comply with some crazy lunatic demanding my dna. | https://www.facebook.com/528 1959998/posts/1015217339249 4999/?comment_id=10152173 4302199999&reply_comment_i d=123066198988783 |
| 2020-01-31 | i doubt that such a beauty can inspire anyone with crazy passion😂😂😂 | https://www.facebook.com/182 919686769/posts/10156939682 711770/?comment_id=158737 848879562 |
| 2020-01-31 | crazy lady .. she wants to get famous. | https://www.facebook.com/528 1959998/posts/1015217339249 4999/?comment_id=32668824 1561340 |
| 2020-01-31 | crazy much?  😂 | https://www.facebook.com/182 919686769/posts/10156942228 091770/?comment_id=101569 42419531770 |
| 2020-01-31 | another crazy lair trump should sue all lair | https://www.facebook.com/182 919686769/posts/10156942228 091770/?comment_id=101569 42251401770 |
| 2020-01-31 | she's a crazy broad, good luck with that. | https://www.facebook.com/182 919686769/posts/10156942228 091770/?comment_id=101569 42238131770 |
| 2020-01-31 | hahahaha! enough! you people need to be in a mental ward! you're crazy😂 | https://www.facebook.com/182 919686769/posts/10156942228 091770/?comment_id=101569 42236846770 |
| 2020-01-31 | put a wig on her and it's crazy nancy! | https://www.facebook.com/528 1959998/posts/1015217339249 4999/?comment_id=25076371 06119110 |
| 2020-01-31 | she is crazy as a loon,,,,, | https://www.facebook.com/528 1959998/posts/1015217339249 4999/?comment_id=19630433 8156422 |

| Date | Post Text | URL |
|------|-----------|-----|
| 2020-01-31 | she is batshit crazy, like for reeal...like she thinks aliens live in her head. | https://www.facebook.com/5281959998/posts/10152173392494999/?comment_id=184977846044446 |
| 2020-01-30 | she is crazy!! | https://www.facebook.com/5281959998/posts/10152173392494999/?comment_id=1746324155507853 |
| 2020-01-30 | she even looks batshit crazy ... hahaha | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=209400963432495 |
| 2020-01-30 | and look at u! don't look like u were ever attractive, billionaires can buy whores anywhere at anytime. he would risk prison for u. kill yourself | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=101586474743305 |
| 2020-01-30 | crazy idiot.<br>agent of darkness | https://www.facebook.com/5281959998/posts/10152173392494999/?comment_id=10152173396624999 |
| 2020-01-30 | she's crazy | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=125628695618406 |
| 2020-01-30 | this is as crazy as she is. | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939829146770 |
| 2020-01-30 | why do these nasty assed bitches hang on to filthy clothing? wash your damned clothing. better yet, sandblast your nasty looking butt. | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939817751770 |
| 2020-01-30 | these loony toons crazy democrats are so predictable and pathetic. the only thing they have is still resist, distract and lie. what's next? | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939787896770 |
| 2020-01-30 | she's lying and dnc is paying her off this is crazy | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939784346770 |
| 2020-01-30 | you gave to be crazy if anyone believes her.  trump wouldn't even touch her! | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939773401770 |
| 2020-01-30 | why is she screaming rape now? why not in the 90's? she's crazy. i wouldn't give her anything. | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939772161770 |
| 2020-01-30 | crawl back under your rock you crazy woman!! | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939768916770 |
| 2020-01-30 | sorry but trump would not rape ugly women so get over it and move on you crazy bicthes democrat | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939755396770 |

**A743**

| Date | Post Text | URL |
|---|---|---|
| 2020-01-30 | this is the crazy lady, right? | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939691961770 |
| 2020-01-30 | crazy ole bat | https://www.facebook.com/182919686769/posts/10156939682711770/?comment_id=10156939688891770 |
| 2020-01-10 | matthew snyder actually will be reversed watch and learn ! if you don't think she is crazy then a loon , oh wait your a gullible liberal | https://www.facebook.com/5281959998/posts/10152148420064999/?comment_id=10152148516429999&reply_comment_id=10152148520384999 |

| Date | Post Text | URL |
|------|-----------|-----|
| 2022-09-21 | He wouldn't have touched THAT with YOURS!  Sick, ugly, rejected old hags trying to UP their book sales should go to prison themselves. Even her story backs his claim that he wouldn't EVER.  This just makes women look bad. https://t.co/oRkZCdWH2R | http://twitter.com/Angerisinnate/statuses/1572622451607244801 |
| 2022-09-06 | @ejeancarroll Aren't you the lady that claimed trump sexually assaulted you? Lmao right. He has access to supermodels but he had time to go after you? Trump has a type, and it isn't crazy cat ladies. I guess if it helped your book sell 😂 | http://twitter.com/pinochet_pilot/statuses/1566945839679180800 |
| 2022-09-05 | @HipHopThinker @ejeancarroll @BoiseResists Batshit crazy lol | http://twitter.com/nan02159850/statuses/1566927843996712960 |
| 2022-09-05 | @ejeancarroll @BoiseResists Sure, crazy lady. https://t.co/xDJ16NnU1J | http://twitter.com/nan02159850/statuses/1566924632074190851 |
| 2022-08-14 | Yea, only crazy people should be able to tweet! | http://twitter.com/PhillyToMaine/statuses/1558936283388444672 |
| 2022-08-12 | @ejeancarroll Your lying bitch, we all know  he didn't Rape you. | http://twitter.com/michell54502149/statuses/1558077818852052992 |
| 2022-08-11 | @BeckyWi70473387 @laurenboebert @Liz_Cheney She's a President Kid-toucher supporter, so she probably is crazy.  Much like E. Jean Carroll.\n\nTrump did offer.  Two people at the meeting testified under oath to that fact.\n\nI'm a traitor?  I'm not the one who voted for Biden.  That, and what's to come, is on you. | http://twitter.com/collectorgrid/statuses/155752608455971635 2 |
| 2022-08-09 | @ejeancarroll @JoyceWhiteVance Crazy lady...EVIDENCE | http://twitter.com/rcantz1964/statuses/1556876264937361409 |
| 2022-08-04 | @ejeancarroll @POTUS This is the crazy lady who accused Trump of attacking her! | http://twitter.com/Darthjenny/statuses/1555194389890301954 |
| 2022-08-01 | @ejeancarroll @kathygriffin It would , typical coming from a bat shit crazy woman that lied about being raped | http://twitter.com/Smul1968/statuses/1554197246459236353 |
| 2022-07-18 | @ejeancarroll Such a crazy bitch | http://twitter.com/EstabanLopez13/statuses/1549004293247729672 |
| 2022-07-06 | The internet is forever @ejeancarroll \n\nY'all need to remember that, while most people have empathy, there are some crazy people influencing the hearts and minds of our country.\n\n"If you don't have money, you deserve to be punished." https://t.co/GjldtPF2Lk | http://twitter.com/barnsalot/statuses/1544716621037686789 |
| 2022-07-06 | @ejeancarroll Please listen to this crazy cat lady!!! We dont want mentally insane leftist poisoning our universities even more!! | http://twitter.com/Ro4755829 6Brian/statuses/1544664735676768256 |
| 2022-07-06 | @ejeancarroll How's things going Jean. I'm sure you still have that unwashed dress that you were wearing years and years ago when you were in the dressing room with President Trump LOL. You're as crazy as Joe Biden | http://twitter.com/MaxFromSD1/statuses/154458272531478 1186 |
| 2022-07-06 | @ejeancarroll Aren't you that whore? | http://twitter.com/Champsu2/statuses/1544568630918238214 |
| 2022-07-06 | Look it's the crazy cat lady who lied about being molested by President Trump.  Her reproducing days are over, so I guess she doesn't really have a cat in the fight.... | http://twitter.com/beaconosunshine/statuses/1544509301674450946 |
| 2022-07-01 | @ejeancarroll Bat shit crazy aren't you... | http://twitter.com/GerylHenry/statuses/1542873470689755137 |
| 2022-06-29 | @Le202nard @theliamnissan None of them accused him of rape except that crazy E Jean Carroll lady, and her story is completely idiotic. | http://twitter.com/EricMetcalf13/statuses/15421859902776 93443 |
| 2022-06-25 | @ejeancarroll I love that Liberals prop up crazy people like this. | http://twitter.com/SeriousIndivid2/statuses/1540730184529313792 |
| 2022-06-22 | @ejeancarroll Oh boy, she's got crazy lady's support… 🤣😵 | http://twitter.com/EstabanLopez13/statuses/1539404628810424320 |

| Date | Post Text | URL |
|---|---|---|
| 2022-05-21 | @ejeancarroll @elonmusk @StormyDaniels You crazy deranged dirt bag. No one tried to bang you. You areugly as fck | http://twitter.com/IwipeBudensButt/statuses/1527906050736652288 |
| 2022-05-21 | @ejeancarroll @MoiraDonegan Feminazi's like you have been engaging in anti-male rhetoric, HATE, and propaganda for 50+ years.  Americans have every right to criticize your twisted MISANDRIST agenda! | http://twitter.com/ZeroElevenNow/statuses/1527847817565175808 |
| 2022-05-15 | @ejeancarroll @AmoneyResists Hopefully they don't listen to crazy old cat ladies | http://twitter.com/nate24783789/statuses/1525722385781248000 |
| 2022-05-08 | @ejeancarroll Since I've been on Twitter, yours is the first crazy, nonsensical tweet I've read. I went back and looked, yours is the first liberal tweet that I've encountered today. | http://twitter.com/Charlatte121117/statuses/1523265793080926208 |
| 2022-05-08 | @ejeancarroll @MaryLTrump When did you go crazy? | http://twitter.com/JTRobbins58/statuses/1523153551291129856 |
| 2022-05-07 | @ejeancarroll You... you think that the pro-life movement wants people not to kill their children so they can adopt their babies? Are you insane?\n\nHey, wait, you're that crazy lady who said you were assaulted and then provided no evidence. nvm | http://twitter.com/DesperateChem/statuses/1523081245864849408 |
| 2022-05-07 | 😂 this crazy ass shit! | http://twitter.com/woman_debbie/statuses/1523043519610462210 |
| 2022-05-07 | @ejeancarroll That makes no sense but keep being crazy. | http://twitter.com/PAtransplant70/statuses/1523032555410563073 |
| 2022-05-07 | @ejeancarroll Aren't you that creepy crazy lady that fantasizes about getting raped? | http://twitter.com/ChaskaDaisy/statuses/1523020015842344961 |
| 2022-04-25 | @PolitiBunny @GayPatriotPlus E. Jean Carroll😂😂😂\nThe Bat 🦇crazy nutter with the rotten teeth/gums.😖 https://t.co/JLaO2tSuz0 | http://twitter.com/MissPatriot17/statuses/15184145727175110656 |
| 2022-03-30 | @CharonLucas1 @kathygriffin @ejeancarroll No, the batshit crazy chick | http://twitter.com/PaulCMichell/statuses/1509162961763553281 |
| 2022-03-28 | @jnj2day @DamnCureous @ejeancarroll You are a crazy person. | http://twitter.com/ConsciousBuddah/statuses/1508464304898650116 |
| 2022-03-28 | You are crazy | http://twitter.com/broadcities/statuses/15084521122917990044 |
| 2022-03-28 | you are crazy | http://twitter.com/featdef/statuses/1508312562861248512 |
| 2022-03-17 | @TanyaWa16645021 @ella32984852 @B3ast570 @ejeancarroll I sincerely doubt it….Pure coincidence she only happened to bring it up when she was ready to release her book almost 30 years later. I've got a bridge to sell you. | http://twitter.com/frank91566516/statuses/15043580046484 64384 |
| 2022-03-17 | .@ella32984852 @B3ast570 @ejeancarroll LOL this lady is nuts. She literally only came to light with this story the moment she released her book. There is no case and this is pathetic | http://twitter.com/frank91566516/status/15039853393970680323 |
| 2022-03-12 | @ejeancarroll How's the book sales doing?? | http://twitter.com/NorthstarTrish/statuses/1502785409155170304 |
| 2022-03-12 | @ejeancarroll Why do all of you people look so crazy? | http://twitter.com/Johndangle9/statuses/1502550840531374084 |
| 2022-03-12 | @crpswarrior1 @ejeancarroll Trump did not touch this crazy thing | http://twitter.com/mc108819/statuses/15025271563705139 24 |
| 2022-03-11 | @ejeancarroll Oh God, your still here? So crazy! | http://twitter.com/FlorentiaAustin/statuses/1502405813796757509 |
| 2022-03-03 | @ejeancarroll Blocking the attention whore | http://twitter.com/arlenestacie1/statuses/1499189865317085184 |

| Date | Post Text | URL |
|---|---|---|
| 2022-02-24 | @ejeancarroll Got another crazy ass know it all. | http://twitter.com/JosephShea Shea1/statuses/149684254846 3112194 |
| 2022-02-23 | @Stephen06094141 Story on Drudge, Jean Carroll accused Trump, she crazy. | http://twitter.com/Phyllis9458 4953/statuses/1496610899154 587657 |
| 2022-02-08 | @kleachdesign @PodnarSteph @lavern_spicer You sound just as crazy as E.Jean Carroll! 😂 | http://twitter.com/ImaFurMom /statuses/14909857364219166 72 |
| 2022-01-25 | @ejeancarroll @PepsiCo Still going to drink it and eat chips!! You all are crazy | http://twitter.com/CRUELLA_ DEVIL.66/statuses/148590169 5293001728 |
| 2022-01-19 | @ejeancarroll @nytimes @katierosman @kathygriffin I truly do not know if people are being serious or joking anymore, this is how fucking crazy people are. If @ejeancarroll is being serious, I weep for our future, no one can be that fucked in the head to tweet that | http://twitter.com/LongWhoa/ statuses/14839367635256197 28 |
| 2022-01-19 | @theDirtReynolds @ejeancarroll @nytimes @katierosman @kathygriffin @theDirtReynolds right. Like idc if lady popular but she is just crazy. | http://twitter.com/KevinxTerry /statuses/14839143010438758 44 |
| 2022-01-18 | Crazy talk...sort of like "I was raped by the President of the United States".\n\n"Today the Senate will debate on giving Americans the freedom to vote" | http://twitter.com/greg_fann/st atuses/148353775613965107\2 |
| 2022-01-02 | @ejeancarroll @MaryLTrump @LisaBirnbach @KatiePhang @jentaub @JoyceWhiteVance @kathygriffin Do you always look crazy? | http://twitter.com/VividMiddle /statuses/14774730733183057 96 |
| 2021-12-29 | Crazy Cabal□ | http://twitter.com/RedeemedS even/statuses/1476302154382 118913 |
| 2021-12-11 | @Princes63000366 @ejeancarroll @jkbjournalist Deflecting?  Or just crazy? | http://twitter.com/maualibar/st atuses/1469514440399745025 |
| 2021-12-05 | @45rapeKatiejohn Because it never happened!! Jean Carroll is bat shit crazy! She wouldn't pursue it because it would be disrespectful to women at the border? 😂😂 And when he asker her age, she wished she had asked about his tax returns? Who TF cares about his tax returns then? She's a liar! https://t.co/zd2N2Bd2KH | http://twitter.com/Mrs_Deplor able_/statuses/146734201071 7720579 |
| 2021-12-05 | @ejeancarroll So they dropped your case against him but allow his case against you ..f...g crazy ..go girl | http://twitter.com/SpitfireWa/s tatuses/146730927077753241 7 |
| 2021-12-03 | @kathygriffin @ejeancarroll Damn she's got crazy in her eyes | http://twitter.com/Gmomma5b oys/statuses/1466919279522\164738 |
| 2021-12-01 | @Suwobb @Mattrfd @DailyMail Have you read them? I have! They were BS just like the Jane Doe who admitted she lied & the case was thrown out. Just like Jean Carroll who is bat shit crazy & claims she wouldn't pursue anything because it would be disrespectful to women at the border 😂😂 Come TF on! https://t.co/a8ZmxK5bTU | http://twitter.com/Mrs_Deplor able_/statuses/146604353304 3900423 |
| 2021-11-30 | @politicalmablog @mtgreenee @NancyMace I've read all the allegations. They are BS! Just like the Jane Doe rape case who admitted she lied and the case WS dropped. And Jean Carroll is bat shit crazy!! She wouldn't pursue anything because it would be disrespectful to women at the border? 😂😂 Come TF on! https://t.co/um4u0I90aQ | http://twitter.com/Mrs_Deplor able_/statuses/146575849706 9580298 |
| 2021-11-30 | @LukeCavanagh33 @mvandemar @JesseRodriguez @NatashaBertrand @Tom_Winter Have you read them? I have! The were BS just like the Jane Doe who admitted she lied & the case was thrown out. Just like Jean Carroll who is bat shit crazy & claims she wouldn't pursue anything because it would be disrespectful to women at the border 😂😂 Come TF on! https://t.co/UxVcMHzaRC | http://twitter.com/Mrs_Deplor able_/statuses/146575521596 6220294 |
| 2021-11-21 | @ejeancarroll Was wondering when your crazy ass was gonna chime in with some low iq garbage take. Well done you irrelevant bottom feeder. | http://twitter.com/NReemrev/s tatuses/14622370864220815\3 7 |
| 2021-11-13 | @ejeancarroll @kaplanrobbie @JoshuaMatz8 Yawn. Your 2 minutes are up, crazy. | http://twitter.com/crickeymom /statuses/1459269626121502 72 |
| 2021-11-02 | @shelly_laughing @concernedtrowel @dens1984 @conservative34 @jimsciutto E. Jean Carroll is 🔫💣 crazy and isn't going to get anywhere with her completely made up story, so🍑💩□ | http://twitter.com/JohannesP7 0/statuses/1455473342140583 938 |

| Date | Post Text | URL |
|------|-----------|-----|
| 2021-10-23 | @ejeancarroll Lol! I can smell the crazy in that photo | http://twitter.com/NReemrev/statuses/145192186442352230 5 |
| 2021-10-17 | @ejeancarroll Looks like an old crazy woman! | http://twitter.com/michael473 92898/statuses/144982320676 8926723 |
| 2021-09-22 | @ejeancarroll You're all crazy. | http://twitter.com/LoganR1l3y /statuses/1440788650552221699 |
| 2021-09-15 | @ejeancarroll @kaplanrobbie @JoshuaMatz8 I can not wait until you are exposed for the 🐍 that you are. #crazy | http://twitter.com/Sonya75211 500/statuses/14382833839903 74408 |
| 2021-09-15 | @ejeancarroll @kaplanrobbie @JoshuaMatz8 Anyone that believes this woman is as 🤪🥴 crazy as she is. | http://twitter.com/Sloemoe11/ statuses/1438266412477435904 |
| 2021-09-15 | E. Jean Carroll ...... isn't she the crazy chick that stalked DT and forced him into a dressing room so she could feel him up ??? | http://twitter.com/lesliemack/s tatuses/143826341735006617 7 |
| 2021-09-08 | @ejeancarroll You're as crazy as she is, not surprised! Liars stick together! | http://twitter.com/VanDaMan DFS1776/statuses/143569519 6348559365 |
| 2021-09-08 | @ejeancarroll How about this woman? https://t.co/pL0x0x521v @JoyAnnReid ? Do any of you "feminist " really care about women, or just those women that further your political agenda? 🤔 | http://twitter.com/rumodass/st atuses/1435563186854502403 |
| 2021-09-08 | You're both liars and/or crazy people. | http://twitter.com/reddotinaust in/statuses/143540485265029 1203 |
| 2021-09-08 | @ejeancarroll You wrote crazy stuff years ago that was lies.  You are still a liar. | http://twitter.com/CALLIEC8 1049874/statuses/1435402716 591886339 |
| 2021-09-08 | You're also bat shit crazy, so…🤳📖 | http://twitter.com/RightOpinio nPod/statuses/1435396958689 112066 |
| 2021-09-07 | @ejeancarroll That's because you are as crazy as she is. | http://twitter.com/jneas/statuse s/1435373033003393025 |
| 2021-09-07 | @BeerBurp0 @BeckyWhitehill @ejeancarroll @designmom A lot of "meToo(only when it fits a liberal agenda )Hypocritical women on this thread 😂 | http://twitter.com/MadMark33 3/statuses/1435349640849903 617 |
| 2021-09-07 | @ejeancarroll I don't nor do I believe the crazy lady from the supposed dressing room | http://twitter.com/Landon5948 2362/statuses/1435339453090 996226 |
| 2021-09-07 | @ejeancarroll I know you are crazy! | http://twitter.com/AARONisD OPE/statuses/1435322841293 987840 |
| 2021-09-06 | @richsignorelli @JillyBean0301 @ejeancarroll It's crazy that people are still talking about this... hanging on, hoping that something will stick to Trump.\n\nDid you listen to the interview of this whackjob? There is nothing credible that comes out of her mouth. | http://twitter.com/didntvote4ei thr/statuses/14350034937402 57283 |
| 2021-08-23 | @ejeancarroll are you crazy-as-fuck, @ejeancarroll? | http://twitter.com/realdudleyc/ statuses/14296247443583918 10 |
| 2021-08-19 | @Mdanielsrechts @tribelaw @JeffreyToobin Jean Carroll? the crazy chick who wrote a fantasy story about being raped in bloomingdales?\n\nThat chick?\n\nFFS, get a clue. Sad that you call yourself a lawyer without even a basic understanding of the facts.... | http://twitter.com/denver_mcc omb/statuses/1428185664844 087302 |
| 2021-08-13 | @WVUMAMA2 @suekrek @DonaldJTrumpJr @jimmyfallon @FallonTonight @nbcsnl @comcast @ejeancarroll Maybe he had consensual sex with her   Decades ago and she is a crazy lady who saved the dress and is now claiming it was rape in a dressing room. | http://twitter.com/JdubAndrew /statuses/14262392697656320 01 |
| 2021-08-13 | @ejeancarroll Half past crazy quarter to fkd | http://twitter.com/GaladrielRe sist/statuses/14262335934000 25095 |
| 2021-08-13 | @ejeancarroll Crazy o clock pm | http://twitter.com/CarmenDeni seUK/statuses/142622795446 0368897 |

| Date | Post Text | URL |
|---|---|---|
| 2021-08-04 | @poconnell2 @ananavarro @ejeancarroll The same screwball woman who waited until she had a book to pimp...ahem...sell before off-handedly claiming that Trump felt her up 30+ years ago? Notice how all these loons claim something happens DECADES ago, but only when Trump was becoming (and actually became) president | http://twitter.com/MCWAY2000/statuses/1422939994235228162 |
| 2021-08-03 | Loads of Twitter Libs conflating stories. Let's take them 1 by 1:\n\nCuomo - an investigation substantiated many of the allegations against him.\n\nKavanaugh - zero credible witnesses\n\nTrump - E. Jean Carroll's crazy "rape is romantic" ass\n\nGaetz - investigation pending. We'll see. | http://twitter.com/RightOpinioNPod/statuses/1422602785053417473 |
| 2021-08-02 | @ejeancarroll @kathygriffin Wow. You're crazy as hell. | http://twitter.com/twistcones/statuses/14222711720881479574 |
| 2021-07-30 | @kathygriffin @ejeancarroll That chick is a crazy person. | http://twitter.com/rialto55/statuses/1421121782694690823 |
| 2021-07-25 | @kathygriffin @ejeancarroll No thanks!  She's as crazy as you are.  So that make sense.   Enjoy! | http://twitter.com/ninergirlca/statuses/1419358737089785862 |
| 2021-07-02 | The delusional mindset of one crazy person citing another crazy person. | http://twitter.com/barnes_law/statuses/1411062835627450375 |
| 2021-06-30 | @ejeancarroll or because grifters like you cry wolf, then when there is a credible accusation like Tara Reid made, she is smeared mercilessly by those with a political agenda. https://t.co/MvO6PgI4pA | http://twitter.com/dttpeople/statuses/1410285190228844546 |
| 2021-06-23 | @ejeancarroll You're either an idiot or crazy. | http://twitter.com/Fitzbo/statuses/1407663544506761232 |
| 2021-06-23 | @ejeancarroll @JoyAnnReid This just shows that you  ARE crazy. Have you ever heard of the gender quotas in the @dnc? Give you power you never really earned. | http://twitter.com/SteveWCarlson/statuses/1407540227762180098 |
| 2021-06-11 | @ejeancarroll You're crazy. | http://twitter.com/enigmaticrhythm/statuses/1403368043258974218 |
| 2021-06-11 | @ejeancarroll You are one crazy, sinister person | http://twitter.com/MarieLl84022041/statuses/1403160546359353351 |
| 2021-06-10 | @MSNBC @JoyceWhiteVance E. Jean Carroll never said anything for many years about her somewhat bizarre "rape" claim until she was ready to publish a book and needed publicity. When the sales were disappointing she filed a law suit against Trump, very probably to get some more publicity. | http://twitter.com/Mike_Smith_12/statuses/1402927371624321028 |
| 2021-06-10 | @Carol38993385 @indivisiblestl @ejeancarroll I realize people like you think their opinion is fact .. I don't believe Joe Biden won the election and I know E Jean Carroll is a vindictive bitch who is trying to increase sales on her book | http://twitter.com/GINGERevans55/statuses/1402857591709999112 |
| 2021-06-09 | @MSNBC E. Jean Carroll began blaming the President when her book went to market to gain publicity. When the book did not sell well, she sued Trump. | http://twitter.com/Mike_Smith_12/statuses/1402539206325510145 |
| 2021-06-09 | @Donna97698719 @KatiePhang @ejeancarroll @MSNBC She's lying her ass off. The woman is clearly bat crap crazy and just wanting attention. She picked an easy target that she knew the media and Democrats would buy everything she's selling because they have a weird, psychotic, and dangerous hatred of the man. | http://twitter.com/roosterguy69/statuses/1402438533093154822 |
| 2021-06-09 | @KatiePhang @ejeancarroll @MSNBC She deserves a straight jacket. She's obviously crazy as hell and only came out to destroy President Trump because he's a Republican | http://twitter.com/roosterguy69/statuses/1402436828096090115 |
| 2021-06-08 | @glennkirschner2 @ejeancarroll Lol - that woman is fucking crazy.  A literal loon. | http://twitter.com/AngelGSDlover/statuses/1402310463212425227 |
| 2021-06-08 | Cry harder... I'm sure it has nothing to do with that Chic being batshit crazy.\nhttps://t.co/UJMySPAPDC | http://twitter.com/HumbleSavage74/statuses/1402308197076156420 |
| 2021-06-08 | @ForrestWoodruf3 @KayChase2016 @Michael17874670 @mkraju @eorden Hasn't washed dress for 25 yr, no sperm on dress, spit/snot on sleeve, who sneezed on it?\n\nAccording to her article below, seems she's the World's Most Raped Woman\n\nAll this to get her name out to sell her book, "What do We Need Men For?"\n\nhttps://t.co/zSaa4DLHXh | http://twitter.com/ClearBl62788804/statuses/1402148498791878658 |

| Date | Post Text | URL |
|---|---|---|
| 2021-06-08 | @Michael17874670 @mkraju @eorden No sperm on dress, not washed for 25 yrs, there's spit/snot on sleeve, did the rich b's maid sneeze on it?\n\nAccording to her article below, seems she's the World's Most Raped Woman\n\nWouldn't give this nut my DNA either\n\nGetting name out to sell her book \n\nhttps://t.co/zSaa4DLHXh | http://twitter.com/ClearBl627 88804/statuses/140214522632 4688900 |
| 2021-06-08 | @ejeancarroll @MaryLTrump @kaplanrobbie @JoyceWhiteVance @KatiePhang @jentaub Are you absolutely senile woman ?  Every woman has been scorned by a man at some time in their life .. but it's absolutely embarrassing at your age, and after so many years you are now in court ?  So obviously political!!!   Get a life and move on you crazy woman!! | http://twitter.com/GINGEReva ns55/statuses/1402123343306 715137 |
| 2021-06-04 | @ejeancarroll What a hilarious read -- I am comforted to know that crazy people find each other to mutually torture! | http://twitter.com/BrainySam/ statuses/14008304869984911 36 |
| 2021-06-03 | @ejeancarroll Crazy and dumb | http://twitter.com/ladybleedsbl ue/statuses/140055649463928 0128 |
| 2021-05-26 | @Proof69 @ejeancarroll You dumb brainless liberals and your conspiracy theories.  You are all crazy | http://twitter.com/powerplay_ group/statuses/139736933684 7814656 |
| 2021-04-17 | @ejeancarroll Crazy is crazy with or without makeup. | http://twitter.com/nikonchick/s tatuses/138330869005324288 4 |
| 2021-04-16 | @ejeancarroll This woman is a fake. Just look at her, crazy as hell right there from the clothes to the hair. | http://twitter.com/godrulesbest /statuses/13831633631154708 50 |
| 2021-04-11 | @lostsin44 @spearsdeni @habibur @Wizard_Predicts christine novak (@getbusy5) Tweeted:\nWatch Where E. Jean Carroll Got Her Crazy Story From https://t.co/RKXftTkJwV https://t.co/xqo5uErJx8 | http://twitter.com/getbusy5/sta tuses/138106114182107545 |
| 2021-04-11 | Watch Where E. Jean Carroll Got Her Crazy Story From https://t.co/RKXftTkJwV | http://twitter.com/getbusy5/sta tuses/138105358213756518 4 |
| 2021-03-28 | @SeanTCurrey @DonaldJTrumpJr @VP @ejeancarroll is looking for fame...and to sell her book. | http://twitter.com/wolters_ann /statuses/1376260117541306 3 68 |
| 2021-03-27 | Everyone remember this lying whore? | http://twitter.com/Radical_Las agna/statuses/1375815938642 223105 |
| 2021-03-12 | @Gregghead69 @MiddleMolly @HouseIsBorgia @SandwichLandfi1 @ReadeAlexandra I'm no rape apologist!..I am a child victim/survivor who detest TR  for her false accusations against Biden!...Who will  not take her case to the courts like E.Jean Carroll is doing now to show she was a victim!...Victims like me who have no political clout thinks she's BS crazy! | http://twitter.com/shelly_laugh ing/statuses/13702797449823 76448 |
| 2021-03-11 | @ejeancarroll Whore what's your point? | http://twitter.com/jaydee36348 269/statuses/13698901665093 50914 |
| 2021-02-24 | @ejeancarroll Writes a book called "what do we need men for?", obviously a typical feminist vegan psycho who hates men. If you are trying to ruin this man's life for some political agenda, you deserve to get caught and I hope he sues. If what you are saying is true you better have evidence! | http://twitter.com/RamteenT/st atuses/1364434136564310017 |
| 2021-02-22 | @ejeancarroll You crazy https://t.co/AwihonTbFY | http://twitter.com/TweetHeckl e/statuses/1363942027357007 877 |
| 2021-02-14 | @ejeancarroll You sound too crazy Jean sorry but it's true | http://twitter.com/nsj81/status es/1360842052544552962 |
| 2021-02-14 | @ejeancarroll So I guess your next on the smear agenda. Sorry but coming out and making an accusation....how long ago was it? Wondering- have a book deal yet? | http://twitter.com/Kellyring/st atuses/1360800231424720902 |
| 2021-01-31 | @ejeancarroll @cathkestler Your another crazy lib | http://twitter.com/thomasbesse tte7/statuses/13556832425701 08935 |
| 2021-01-29 | @ejeancarroll You gotta wonder what happened in her life to make her that crazy. Can you imagine Sunday dinner at that house? 😂 | http://twitter.com/LJBM66/sta tuses/1355245443454787590 |
| 2021-01-28 | @ejeancarroll Of course people should move on.  You should too.  Otherwise, people will continue to think you are vindictive and, perhaps, crazy. | http://twitter.com/coombs1109 /statuses/13546369976887459 88 |

| Date | Post Text | URL |
|------|-----------|-----|
| 2021-01-20 | This woman is batshit crazy. | http://twitter.com/LilMsOpini on/statuses/135197308902697 3696 |
| 2021-01-17 | Nasty ass whore monster | http://twitter.com/quigzbackun der2/statuses/1350949023805 530115 |
| 2021-01-17 | @ejeancarroll @SpeakerPelosi @chefjoseandres @WCKitchen You're a crazy lady | http://twitter.com/JonathanFal cons/statuses/1350619041493 352448 |
| 2021-01-17 | Sure you are sweetie. \nAnd what would be your reasons?\n\nIm just trying to figure out if you're just misinformed, or if you're batshit crazy like the left. | http://twitter.com/vin9251/stat uses/1350611645546995716 |
| 2021-01-16 | @ejeancarroll @VanityFair You people are flat out crazy | http://twitter.com/ShannonHal ll/statuses/1350298986347962 370 |
| 2021-01-14 | @ejeancarroll Shut up, crazy. | http://twitter.com/BostonMag gie/statuses/13495965805219 22562 |
| 2021-01-14 | @ejeancarroll Yea you're not a bat shit crazy lunatic at all. | http://twitter.com/KacperS85/ statuses/13495460939740693 22 |
| 2021-01-12 | @ejeancarroll @tribelaw @SpeakerPelosi No. You are crazy.  Let us expel @jerrynadler for seeking clemency for 1983 bombing.  You are crazy. We all know you are crazy. | http://twitter.com/PAmerica20 21/statuses/134881344578592 3587 |
| 2021-01-11 | Hang the ass wipe 🤡🤡 crazy 🤡 | http://twitter.com/xosetihw171 /statuses/13484272949526159 39 |
| 2021-01-05 | I just saw a tweet from @ejeancarroll saying she survived trumps presidency lmfao shut your whore mouth | http://twitter.com/rightwingnat ive/statuses/13463138972849 19298 |
| 2020-12-22 | Aren't you the crazy lady that falsely accused the President? 😂😂😂😂😂😂 | http://twitter.com/AProudAme rican5/statuses/134143538547 8569987 |
| 2020-12-09 | @solar_resister @ejeancarroll @realDonaldTrump There is no settlement for the case she brought against him because she made the whole thing up to sell her book. | http://twitter.com/ErinYou365 35631/statuses/133677693473 1046912 |
| 2020-12-06 | @aaronjmate Almost as crazy as E. Jean Carroll | http://twitter.com/Zane_bayar ea/statuses/133547828006181 2736 |
| 2020-12-02 | @ejeancarroll @realDonaldTrump Crazy old bat! Trump wouldn't even touch you with someone else's d_ck! \n😂😂😂 | http://twitter.com/TiredOfThe BS15/statuses/133396709407 3892864 |
| 2020-11-27 | Another ones joined the Turd Parade. How fitting. However, we are not stupid, you're clearly fuelling a different fire of your own agenda by associating with a domestic abuser who framed her victim for her own crimes, despite having zero credible evidence... | http://twitter.com/tiny_toff/sta tuses/1332303614551994368 |
| 2020-11-25 | @ejeancarroll @Alyssa_Milano You're the crazy lady, right? | http://twitter.com/SAINTFAN 1918/statuses/1331413100755 628034 |
| 2020-11-22 | @ps9714 @grantstern @DrGJackBrown @ejeancarroll Carroll is bat shit crazy. | http://twitter.com/bell_bellgon /statuses/13305752656137666 56 |
| 2020-11-17 | @ejeancarroll @thats_true @icenine457 @MollyJongFast @GSAEmily You called the woman fat? Wow.  After seeing you make random comments during your interviews I decided you're bat poop crazy, but I didn't realize that you're just another mean woman. | http://twitter.com/tigerladytex as/statuses/132855543571725 5168 |
| 2020-11-15 | @ejeancarroll @NewYorkStateAG Crazy tin foil hat lady say's what? | http://twitter.com/Muh867530 9/statuses/1327939551982198 784 |
| 2020-11-06 | @ejeancarroll @kathygriffin You spelled **irrelevant** wrong crazy lady.... | http://twitter.com/jmjones220 7/statuses/1324727375867875 328 |

**A751**

| Date | Post Text | URL |
|------|-----------|-----|
| 2020-11-04 | @ejeancarroll Really @ejeancarroll? It's crazy that Trump is fighting to release his DNA in your case, evidence that would exonerate him if innocent. But your theory is asinine, and especially coming from you?? WOW. NO woman wants to be grabbed by him. I think it's more that they are pro-life. | http://twitter.com/Sue7863847 0/statuses/1324065816166473 729 |
| 2020-11-04 | Really @ejeancarroll? It's crazy that Trump is fighting to release his DNA in your case, evidence that would exonerate him if innocent. But your theory is asinine, and especially coming from you?? WOW. NO woman wants to be grabbed by him. I think it's more that they are pro-life. | http://twitter.com/Sue7863847 0/statuses/1324063751813943 296 |
| 2020-11-02 | @JulienDoucet1 @stewpertroooer @el_CleaningGuy @gabriella__35 @JoeBiden Distorted. \nAlso, there are 2 rape accusations, not 22.\n\n1. Jane Doe (aka Katie Johnson) withdrew her lawsuits, and later admitted that Epstein was the only man she remembered from her era as a teen hooker.\n\n2. E. Jean Carroll, the crazy bat who has accused 21 men.\n\nStop lying. | http://twitter.com/angie_eeee/s tatuses/132311828887285350 8 |
| 2020-10-31 | @Thorman_Lungie @EricTrump Because E. JEAN CARROLL IS BATSHIT CRAZY | http://twitter.com/jo_USA_/st atuses/1322559641142894596 |
| 2020-10-30 | @IndiSingh75 @Valandingham1 @The1OnlyRichie @realDonaldTrump (6/9)Or that crazy lady E. Jean Carroll who is demanding a DNA sample from Trump to match a "semen stain"on a dress that she still refuses to show authorities,lawyer, or anyone but she swears she has it. But since she has a non believable story she's just suing for defamation? | http://twitter.com/Jwasha713/s tatuses/13220609799754096 4 |
| 2020-10-27 | It's sad to see how hard crazy women worked to get noticed then along comes...E Jean Carroll.  Be careful what you wish for, dingbats. | http://twitter.com/jackphatz/st atuses/132115709316087808 1 |
| 2020-10-27 | @ejeancarroll you make a bad name for those innocent victims who were "really" raped!  You are doing this suit in order to sell books and turn the people from Trump to Biden! I work with true victims of rape and they do not have an agenda such as yours | http://twitter.com/Calaminka/s tatuses/132114037801629696 1 |
| 2020-10-27 | @Logic_Triumphs @ejeancarroll @kaplanrobbie @JoshuaMatz8 Yes you are right .. a MUCH MUCH more important situation.   Than this crazy old lady trying to defame. | http://twitter.com/GINGEReva ns55/statuses/1321099839812 194304 |
| 2020-10-27 | @Lexximagic @ejeancarroll @kaplanrobbie @JoshuaMatz8 She's one of those CRAZY OLD ladies !!! | http://twitter.com/GINGEReva ns55/statuses/1321098569118 433280 |
| 2020-10-27 | @ejeancarroll Do you even realize how crazy you are appearing ?  Only the looniest of Trump detesters are supporting you.  You actually saved DNA from 30 years ago ?  Someone like Soros must be covering your lawyer fees .  Go away. | http://twitter.com/GINGEReva ns55/statuses/1321094779241 926660 |
| 2020-10-25 | @ejeancarroll @lisamurkowski Are you that crazy psycho that lied about Trump and then hit on Anderson Cooper. 😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂😂 | http://twitter.com/ITSTHEKU NGFLU/statuses/1320159836 173225984 |
| 2020-10-21 | @dan_nance @CalforNC Crazy E. Jean Carroll. LOL | http://twitter.com/jannyfayray/ statuses/13189966231842078 72 |
| 2020-10-21 | @cryptomage @gobbagon @ScottAdamsSays He's talking about this being brought up ......again. I honestly hope there is a trial, this bitch is crazy. I'm a rape survivor and if he did it he should go to jail but her story is not solid. https://t.co/uSrfBZ6BiE | http://twitter.com/Terryfolds9/ statuses/13189264821866209 29 |
| 2020-10-20 | @DiogenesLamp0 @BeautyIsMine77 @joelpollak @ScottAdamsSays @ejeancarroll Well apparently he didn't need to give his DNA to anyone because there wasn't enough evidence, otherwise they would've charged him\n\nIf some crazy lady asks for your DNA out of the blue with no evidence of you raping her, you don't need to give them shit | http://twitter.com/Metal4533/s tatuses/13186894064551731 0 |
| 2020-10-20 | @ejeancarroll Woman, you are one crazy idiot to make up such a shitty story! NO, you don't have to believe all women. YOU are one of the reasons why. | http://twitter.com/Djyak2000 Debbie/statuses/13183429450 95942145 |
| 2020-10-18 | @funder @ejeancarroll Looking at this lying bitch is gut wrenching. You need to do better. | http://twitter.com/sonnylanage r/statuses/1317893221322772 480 |
| 2020-10-18 | @ejeancarroll Wow, you're one piece of a crazy bitch! Trump raped you in a dressing room you say? Why didn't you scream for help then? Go fuck yourself with a cucumber, I hope you never see a dick in your life. Who's gonna rape you?? You look like a pile of trash and you talk like one too. | http://twitter.com/mminin2010 /statuses/1317756801556812 80 |
| 2020-10-07 | @Pat_Bojanglez @KyraPhillips @realDonaldTrump @ABCPolitics @ABCNewsLive @ABCWorldNews @ABC @johnrobertsFox E. Jean Carroll is batshit crazy. Masks don't work,  it says that right on the box of the masks. So apparently you're not reading. | http://twitter.com/JeanetteSch mitt/statuses/13138370549759 75424 |
| 2020-10-06 | @ejeancarroll You need a man to set your crazy self straight. You've obviously have lost your mind. You better get ready for his Re-Election. What your trying to do is just wrong. You really have a Problem. | http://twitter.com/cheekies777 /statuses/13134374258265088 07 |

| Date | Post Text | URL |
|------|-----------|-----|
| 2020-10-06 | @JoshuaMatz8 @kaplanrobbie @ejeancarroll Everyone knows she's #Crazy like the #CrazyLeft #DemocratsAreCorrupt #DemocratsAreDestroyingAmerica want to pack the court, 45 extra democrats to the house and abolish the electorial college. No elections needed. The #Democrats only want power and your guns | http://twitter.com/verharen_wim/statuses/1313381001645401 7024 |
| 2020-09-30 | @jphillips6030 @HemsworthsK @ejeancarroll Wondering why anyone who has seen this woman speak doesn't think she isn't crazy as hell. Trump went after attractive women. She wasn't, at any time | http://twitter.com/RobertHerndon9/statuses/1311285874848 681988 |
| 2020-09-28 | @ejeancarroll One thing I am certain of is he would never have touched yours with a ten foot pole. You are one batshit crazy woman | http://twitter.com/1952polly/statuses/1310714772049072137 |
| 2020-09-28 | @SheldonBeatty @DavidJHarrisJr @realDonaldTrump @ejeancarroll I would never give them my DNA for nothing especially that crazy lady that claims he raped her which was a law and order episode | http://twitter.com/hollyjayewilley/statuses/13105691385957 86753 |
| 2020-09-24 | @ejeancarroll @kaplanrobbie @MaryLTrump @realDonaldTrump Lol, aren't you the crazy one who no one believed? | http://twitter.com/_Go_To_School_/statuses/130920553059 9096320 |
| 2020-09-21 | @ejeancarroll @AOC You just keep reconfirming that you are 100% batshit crazy | http://twitter.com/1952polly/statuses/1307864224174145537 |
| 2020-09-17 | one dumpy old whore cheering on another. yay progress! | http://twitter.com/suainthesack/statuses/13067250647007232 03 |
| 2020-09-16 | @ComfortablySmug That's some E. Jean Carroll levels of crazy right there. | http://twitter.com/RPEnheim/statuses/13062790951734435 5 |
| 2020-09-14 | @TrueGrit10 @azstudigital I've read most of them.  Like I said he's a cad. If kissing or making a pass at someone was a crime most men would be in jail during their  dating years. And e Jean Carroll is batshit crazy. | http://twitter.com/melisande06831/statuses/13056424604423 94625 |
| 2020-09-13 | @ScottAdamsSays Crazy Jean Carroll's false accusations against Trump. https://t.co/IfRdE1usTb | http://twitter.com/420Elm/statuses/1305128305146974208 |
| 2020-09-13 | @MrDMummery @Enaud29 @stevehosid @LASDHQ @ejeancarroll Listen man, they have to side step to excuse their criminal behavior. They use criminals so they can turn around and be criminals with justification. We call these people trash. Trump has all charges dropped n that white woman in his pic...bat sh*t crazy. But they have to deflect | http://twitter.com/TarkNado/statuses/1305113462734024704 |
| 2020-09-11 | @TheAtlantic @ejeancarroll You have lost all credibility. There is nothing unbiased about you. Rename to NeverTrump. You are an embarrassment to journalism with a very obvious agenda. | http://twitter.com/Skoup/statuses/1304535444592488452 |
| 2020-09-11 | Here we go....another Fishwrap Atlantic piece written by none other than the crazy @ejeancarroll \nYou embarrass yourselves @TheAtlantic | http://twitter.com/mindymzoo/statuses/13044018156818513 92 |
| 2020-09-11 | @IAmSophiaNelson @realDonaldTrump @ejeancarroll This crazy bitch? \n\nThe President of the United States is not going to submit DNA to every mental patient who files a lawsuit, #resistard https://t.co/I2B5M49ouy | http://twitter.com/ProjectGr8Again/statuses/1304227966646 444037 |
| 2020-09-10 | @AngriestMuffin 😝 Drinking the Jim Jones of Kool-Aid, CNN? That business with E. Jean Carroll is a bunch if bull! Just a has-been trying to sell her new book, which anybody in their right mind will not read! | http://twitter.com/KeriAnne1970/statuses/130414085203444 1217 |
| 2020-09-10 | @Auntiemels @RiskyLiberal @JoeBiden @BarackObama @MichaelCohen212 @MaryLTrump @SenDuckworth @ejeancarroll @ChrisCuomo @NYGovCuomo @TheRickWilson @SteveSchmidtSES @gretchenwhitmer @donlemon I wish I could forget her. But she keeps popping up. Guess she needs to grift some more. Lying bitch. I'm a REAL sexual assault survivor & a domestic violence survivor so she makes me soooo angry. | http://twitter.com/SamsaraSings/statuses/130390565598466 4580 |
| 2020-09-09 | @ejeancarroll It is very curious how crazy women who base their identity on their looks go, once they've lost their good looks. | http://twitter.com/DrwThereal/statuses/13038225207814266 88 |
| 2020-09-09 | you are a lying sack of shit, no more than a low life black mailing whore, no evidence what so ever. Take your hate elsewhere, it's won't fly here. | http://twitter.com/FarLeftLibNutMo/statuses/130379962941 5239681 |
| 2020-09-09 | @ReadeAlexandra @ejeancarroll I DONT BELIEVE HER ....SHE IS BAT SHIT CRAZY ....SORRY BUT I DONT BELIEVE IT .......I BELIEVE YOU BUT NOPE NOT HER ...SHE CANT EVEN GET HER STORY STRAIGHT ..... | http://twitter.com/barrowfluffy/statuses/13037891789840424 98 |
| 2020-09-09 | @JonathanTurley This is still going on? I thought we had already established E. Jean Carroll was a crazy person and had been lying. | http://twitter.com/SteveOsborneUS/statuses/1303722860880 556032 |