# 23-1045(L)
# 23-1146(CON)

## United States Court of Appeals
## for the Second Circuit



E. JEAN CARROLL,

*Plaintiff-Counter-Defendant-Appellee,*

-against-

DONALD J. TRUMP, in his personal capacity,

*Defendant-Counter-Claimant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## APPELLANT'S APPENDIX
## VOLUME IV OF V (Pages A796-A1076)

HABBA MADAIO & ASSOCIATES LLP
MICHAEL T. MADAIO, ESQ.
ALINA HABBA, ESQ.
*Attorneys for Defendant-Appellant
Donald J. Trump*
1430 US Highway 206, Suite 240
Bedminster, NJ 07921
(908) 869-1188
*mmadaio@habbalaw.com*
*ahabba@habbalaw.com*

[REPRODUCED ON RECYCLED PAPER]

# <u>TABLE OF CONTENTS</u>

*Page(s)*

U.S. District Court Docket Sheet ......................................................................A1-A33

Letter Motion to Stay, dated December 10, 2020 ...........................................A34-A35

Memorandum of Law in Support of Defendant's Motion
for Leave to Amend his Answer Pursuant to FRCP Rule
15(A), dated December 1, 2021 .......................................................................A36-A50

Memorandum Opinion, dated March 10, 2022 ...............................................A51-A73

Scheduling Order, dated May 4, 2022 ............................................................A74-A75

Letter Motion, dated September 28, 2022........................................................A76-A78

Letter Response, dated September 30, 2022 ....................................................A79-A83

Memorandum Opinion, dated October 12, 2022 .............................................A84-A99

Letter, dated November 21, 2022..................................................................A100-A101

Notice of Motion for Summary Judgment, dated December
22, 2022 .......................................................................................................A102-A103

Declaration of Alina Habba, Esq. in Support of
Defendant's Motion for Summary Judgment, dated
December 22, 2022 ......................................................................................A104-A105

    Exhibit A – Complaint and Jury Demand, dated
    November 4, 2019 ...............................................................................A106-A134

    Exhibit B – Deposition of E. Jean Carroll, held on
    October 14, 2022 .................................................................................A135-A139

    Exhibit C – Expert Report of Professor Ashlee
    Humphreys, Ph.D., dated October 14, 2022 ......................................A140-A280

i

*Table of Contents(cont'd)*                                    *Page(s)*

Exhibit D – The New York Times Article, dated
February 21, 2020 ................................................................A281-A284

Exhibit E – Brief for Appellee E. Jean Carroll, dated
December 1, 2022 ................................................................A285-A349

Memorandum of Law in Support of Defendant's Motion
for Summary Judgment, dated December 22, 2022 .....................A350-A396

Defendant's Local Rule 56.1 Statement of Material
Facts as to Which There is no Genuine Issue to be
Tried, dated December 22, 2022 ........................................A397-A402

Plaintiff E. Jean Carroll Memorandum of Law in
Opposition to Defendant Donald J. Trump for Summary
Judgment, dated January 12, 2023 ...............................................A403-A446

Plaintiff E. Jean Carroll's Response to Defendant Donald
J. Trump's Statement of Undisputed Material Facts
Pursuant to Local Civil Rule 56.1, dated January 12, 2023 ........................A447-A472

Declaration of Roberta A. Kaplan in Support of Plaintiff E.
Jean Carroll's Opposition to Defendant Donald J. Trump's
Motion for Summary Judgment, dated January 12, 2023 ...........................A473-A475

Exhibit 1 - Excerpts of Deposition of E. Jean Carroll,
dated October 14, 2022 ........................................................A476-A550

Exhibit 2 - New York Magazine Article (Online
Version) ................................................................A551-A571

Exhibit 3 - June 21, 2019 Statement ....................................................A572-A573

Exhibit 4 - June 22, 2019 Statement ....................................................A574-A587

ii

*Table of Contents(cont'd)*                                                                *Page(s)*

Exhibit 5 - June 24, 2019 Statement ....................................................A588-A593

Exhibit 6 - Excerpts of Deposition of Donald J. Trump ...................................................................................A594-A643

Exhibit 7 - Photograph of E. Jean Carroll and Donald Trump ..................................................................................A644-A645

Exhibit 8 - Excerpts of Deposition of Lisa Birnbach, held on September 21, 2022.................................................A646-A654

Exhibit 9 - Excerpts of Deposition of Carol Martin, held on October 18, 2022 ....................................................A655-A660

Exhibit 10 - New York Magazine Article (Print Version)......................................................................................A661-A669

Exhibit 11 - Defendant's Responses and Objections to Plaintiff's First Set of Requests for Admission, dated July 13, 2022 ..........................................................A670-A717

Exhibit 12 - Excerpts of Deposition of Roberta Myers, held on October 12, 2022........................................A718-A728

Exhibit 13 - Appendix H to Expert Report of Ashlee Humphreys .................................................................A729-A795

Exhibit 14 - Appendix I to Expert Report of Ashlee Humphreys .................................................................A796-A879

Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated January 19, 2023 ...........................A880-A894

iii

*Table of Contents(cont'd)*                                        *Page(s)*

Plaintiff E. Jean Carroll's Surreply Brief in Opposition to
Defendant Donald J. Trump's Motion for Summary
Judgment, dated January 24, 2023 ............................................A895-A904

Proposed Joint Pre-Trial Order ...................................................A905-A922

Joint Pretrial Order, dated February 13, 2023...........................A923-A940

Letter Motion, dated March 17, 2023 .........................................A941-A942

Stipulation and [Proposed] Order ...............................................A943-A944

Letter addressed to Judge Lewis A. Kaplan from Roberta
A. Kaplan, dated May 22, 2023 ...................................................A945-A948

Plaintiff E. Jean Carroll's Memorandum of Law in Support
of Motion to Amend, dated May 22, 2023....................................A949-A954

Declaration of Roberta A. Kaplan in Support of Plaintiff's
Motion to Amend, dated May 22, 2023 .................................................A955

    Exhibit A – First Amended Complaint and Demand
    for Jury Trial, dated May 22, 2023  ....................................A956-A997

    Exhibit B – Redlined First Amended Complaint and
    Demand for Jury Trial, dated May 22, 2023 ....................A998-A1043

Letter addressed to Judge Lewis A. Kaplan from Stephen
Terrell, dated June 9, 2023........................................................A1044-A1045

Order, dated June 13, 2023 .......................................................A1046-A1047

Defendant's Answer to Plaintiff's First Amended
Complaint, Affirmative Defenses and Counterclaim, dated
June 27, 2023 .............................................................................A1048-A1074

iv

*Table of Contents(cont'd)*                                                    *Page(s)*

Notice Of Plaintiff E. Jean Carroll's Motion to Dismiss
And Motion to Strike, dated July 11, 2023 ...............................A1075-A1076

Plaintiff E. Jean Carroll's Memorandum of Law in Support
of Her Motion to Dismiss and Motion to Strike, dated July
11, 2023 ...........................................................................A1077-A1113

Declaration of Roberta A. Kaplan in Support of Plaintiff's
Motion to Dismiss and Motion to Strike....................................A1114-A1115

    Exhibit A – Excerpts of Carroll II Trial Transcript ........................A1116-A1166

    Exhibit B – Video of May 10, 2023 CNN Interview
    of E. Jean Carroll (previously provided to the court
    via DVD) ...........................................................................A1167

    Exhibit C – Transcript of Carroll Interview on CNN .......................A1168-1193

Memorandum of Law Regarding Plaintiff's Motion to File
an Amended Complaint, dated July 25, 2023 ...........................A1194-A1198

Defendant's Memorandum of Law in Opposition to
Plaintiff's Motion to Dismiss and Motion to Strike, dated
July 25, 2023 ....................................................................A1199-A1233

Letter Addressed to Judge Lewis A. Kaplan from Roberta
A. Kaplan, dated July 25, 2023 ..............................................A1234-A1235

Notice Of Motion to Stay Pending Appeal, dated July 27,
2023 ...............................................................................A1236

Memorandum of Law in Support of Defendant's Motion to
Stay Pending Appeal, dated July 27, 2023................................A1237-A1256

v

*Table of Contents(cont'd)*                                                  *Page(s)*

Plaintiff E. Jean Carroll's Reply Memorandum of Law in
Support of her Motion to Dismiss and Motion to Strike,
dated August 1, 2023 .................................................................................. A1257-A1272

Memorandum Opinion Granting Plaintiff's Motion to
Dismiss Defendant's Counterclaim and Certain Purported
Affirmative Defenses, dated August 7, 2023 ............................................ A1273-A1296

Memorandum of Law in Further Support of Defendant's
Motion to Stay Pending Appeal, dated August 17, 2023 .......................... A1297-A1309

Memorandum Opinion Denying Defendant's Motion to
Stay, dated August 18, 2023 .................................................................... A1310-A1326

Order of USCA (Certified Copy) .............................................................. A1327-A1328

vi

# EXHIBIT 14

Message

| | |
|---|---|
| From: | marianneofmaui [marianneofmaui@aol.com] |
| on behalf of | marianneofmaui <marianneofmaui@aol.com> [marianneofmaui@aol.com] |
| Sent: | 6/21/2019 10:27:24 PM |
| To: | E.Jean@AskEJean.com |
| Subject: | TRUMP ???? |

I hate wasting my time on this.... but I have to ask  what the heck do you think you're doing with these accusations against Trump? How much are the Democrats paying you to do the Kavanaugh smear????? You have to hope, and you can probably guess, your readers are not the cerebrally gifted to see the holes in your story. First of all, what WERE you doing in the dressing room of the Lingerie dept  of BG with Trump to start with? Was this a 'come here, come here getaway moment and you just wanted to see if he had a gun in his pocket and was glad to see you, so you offered to model the wear for him to get a 'mo bettah idea' bout how it would look on his girl? or did he want to see how the bra and bikini brief would look on him and wanted your opinion? Either or, don't be naieve.... Your scenario is down right stupid and begs the issue, 25 yrs later,---- don't even remember exactly when? This smells, stinks of the democrat play book where they pay you the big bux to smear the president at election time, to be played to the hilt, by the "fake' news designed to get all the You 2  idiots lined up to get all the democrat votes (Idiot votes) . It's too bad for you that not ALL the readers and viewers who will see your story sprawled out on the air and cable 24/7 are smart enough to see how cheap and tawdry your attention getting device really is. Terrible reflection on you and your ability to give intelligent and rational advice. What's the matter. Jean, jealous of Avenatti and his clients?

Confidential

CARROLL_024499

Message

| | |
|---|---|
| **From:** | AskEJean [ejean@askejean.com] |
| on behalf of | AskEJean <ejean@askejean.com> [ejean@askejean.com] |
| **Sent:** | 6/22/2019 3:25:38 AM |
| **To:** | ejean@askejean.com |
| **Subject:** | Write to E.Jean |

### The sender wishes to be ANONYMOUS

You must be a fucking Democrat. You liar!

From,
ejean@askejean.com

Copyright © 2019 AskEJean

Confidential

CARROLL_024554

**A799**

---

Message

---

| | |
|---|---|
| **From:** | Sports Justice [sports_justice@gmx.com] |
| on behalf of | Sports Justice <sports_justice@gmx.com> [sports_justice@gmx.com] |
| **Sent:** | 6/22/2019 4:27:08 AM |
| **To:** | E.Jean@askejean.com; dori.weintraub@stmartins.com; slazin@aevitascreative.com; awarren@aevitascreative.com |
| **Subject:** | ▯▯▯ E. Jean Carroll (claims raped by Trump) = demented, lying old hag |

E. Jean Carroll (claims raped by Trump) = demented, lying old hag.

CARROLL_024559

Message

| | |
|---|---|
| **From:** | harold bruce [aaarocket37@gmail.com] |
| **on behalf of** | harold bruce <aaarocket37@gmail.com> [aaarocket37@gmail.com] |
| **Sent:** | 6/22/2019 12:29:11 PM |
| **To:** | E.Jean@AskEJean.com |
| **Subject:** | 20 yrs ago? Really Bimbo alert:) |

Let me guess, Ur a Bimbo Liberal right? And from the looks of it, no one would even desire a Loser like you, much less this Awesome President! I've seen the women he's had in his life. And sorry Loser, you would be the last woman on a stranded island he'd ever assault! It must be election season again when the Left marches out all their little Bimbos☺ Get a Life you desperate for 15 mins of fame Loser!

Sent from Mail for Windows 10

CARROLL_024562

Message

| | |
|---|---|
| **From**: | Mary Grosenick [meg814@msn.com] |
| on behalf of | Mary Grosenick <meg814@msn.com> [meg814@msn.com] |
| **Sent**: | 6/22/2019 7:32:55 PM |
| **To**: | E.Jean@AskEJean.com |
| **Subject**: | YOU ARE ... |

to be pitied for so many obvious reasons.  You are truly a desperate 75-year old woman seeking attention as you prepare to launch your book.  Your allegations are not credible or believable.  You are one of many liars smearing President Trump and his family.  Shame on you.

Your book will be a flop, like you.

Mary Grosenick

CARROLL_024640

Message

| | |
|---|---|
| **From:** | Sherry Lahey [lahey.s@shaw.ca] |
| **on behalf of** | Sherry Lahey <lahey.s@shaw.ca> [lahey.s@shaw.ca] |
| **Sent:** | 6/22/2019 9:26:10 PM |
| **To:** | EJeanCarroll@gmail.com |
| **Subject:** | WTF |

DAMMMM YOU ARE SO UGLY A KOMODO DRAGON WOULD'T TOUCH YOU
WITH A TEN FOOT POLE AND APPARENTLY THEY HAVE GOOD EYESIGHT.

WE ALL KNOW WHAT TRUMP IS CAPABLE OF DOING BUT EVEN TRUMP
WOULDN'T TOUCH YOU WITH A TEN FOOT POLE.

**AND DECADES LATER, PLEASE DO YOU THINK ANYONE REALLY GIVES A SHIT**.

GO BACK TO YOUR CAVE YOU'RE A POOR EXAMPLE OF A FEMALE, IF THAT'S WHAT
YOU REALLY ARE, RUMOR HAS IT YOU ARE BI-SEXUAL AND TO THINK ANYONE WOULD WANT
TO TOUCH YOU………………………..

CARROLL_024641

**A803**

Message
_____

**From**:          d w [dwdwdw10@hotmail.com]
on behalf of      d w <dwdwdw10@hotmail.com> [dwdwdw10@hotmail.com]
**Sent**:          6/23/2019 4:06:33 PM
**To**:            E.Jean@AskEJean.com
**Subject**:       Magazine columnist accuses Trump of sexual assault more than two decades ago


How convenient.  Took you this long to complain.  I think you are a lying sack of crap.

Confidential
CARROLL_024684

**A804**

Message

| | |
|---|---|
| **From:** | Phyllis Couper [coupclan1962@gmail.com] |
| on behalf of | Phyllis Couper <coupclan1962@gmail.com> [coupclan1962@gmail.com] |
| **Sent:** | 6/23/2019 11:29:34 PM |
| **To:** | comment@askejean.com |
| **Subject:** | re: Trump |

E. Jean,

How much did George Soros or the DNC pay you to lie about President Trump?
If a Democrat was in the White House be we wouldn't hear a peep out of you
Regarding any sexual abuse.  I sure wouldn't ask you for any advice.

CARROLL_024796

Message

| | |
|---|---|
| **From**: | Rob McNeal [rob702@gmx.com] |
| on behalf of | Rob McNeal <rob702@gmx.com> [rob702@gmx.com] |
| **Sent**: | 6/25/2019 3:57:47 AM |
| **To**: | E.Jean@AskEJean.com |
| **Subject**: | Jean Jean the Dreaming Machine |

The late TV game show host and producer Chuck Barris would have a field day with "Ask Jean" 20+ year old allegation that President Trump had sex with this sharletion!  Ms. Dear Abbey of Elle can only Dream this happened.  Quite the coincidence this revelation should surface as her book is about to debut.  Something tells me this book will be eqally if not less sucessful then Chuck Todd's self infatutated tome.

The American public knows a rat when they smell one. Nice try honey!

Rob

CARROLL_024944

**A806**

Message
***

| | |
|---|---|
| **From**: | Sports Justice [sports_justice@gmx.com] |
| on behalf of | Sports Justice <sports_justice@gmx.com> [sports_justice@gmx.com] |
| **Sent**: | 6/25/2019 7:07:13 PM |
| **To**: | E.Jean@askejean.com; dori.weintraub@stmartins.com; slazin@aevitascreative.com; awarren@aevitascreative.com |
| **Subject**: | Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires. |

Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.

Confidential

Message
_____

| | |
|---|---|
| **From:** | T KI [zanderzax407@gmail.com] |
| **on behalf of** | T KI <zanderzax407@gmail.com> [zanderzax407@gmail.com] |
| **Sent:** | 6/27/2019 6:21:46 AM |
| **To:** | comment@askejean.com |
| **Subject:** | accusation against Trump |

Lady,

I am a social scientist.  I am a man.

1.  If I was on a jury panel, I would acquit Trump.

Why?  Your premises are so far-fetched that without hard evidence, I could never be beyond a reasonable doubt.

2.  The media reports your story for political purposes, then some of the media get frustrated that they can't manipulate voters.

3.  Truth?  No one cares.

Why?  Women have exploited the public's increased sensitivity of woman being physically assaulted...usually for pecuniary reasons.

4.  'She's not my type"  Trump's response makes your statements almost irrelevant.

Why?  Women often claim to be molested when there is no chance it is true, rather than admit they are so undesirable that they can't even get assaulted.

SUMMARY:  Your career is about complaining that men don't live up to your expectations--you come across as an airhead who thought beauty pageants would open paths to wonderful relationships--when it is not clear to men why they would want to spend their lives with you.

Collateral info:  I was a commercial model before getting a PhD.  I was so attractive that models and actresses and beauty queens told me that I was the most beautiful man they had ever seen.  Yet a decade ago, I was accused by my 2nd ex-wife (we were married 3 years before I divorced her) of harassment and then obsession.  She was a very successful commercial model and most men thought she was the most beautiful woman that they had ever seen (yes, Trump saw her at a theater in NYC around 1979 but did not try anything).  No one believed her stories against me, but they went after me to extort money, which is why she fabricated her charges.  She is much more believable than you, yet everything has been proven false and she even admitted lying to get money.  So why am I still hounded?  Because the entire scheme was to extort money and I never hired an attorney, so they are still after me.

No one believes or cares...even the women attorneys are upset only because they can't see a big payoff.

I am sorry for you if your story is true, but 30 years have passed since 1989, and it is difficult to defend your decision to come out now as anything but political and as an attempt to increase sales and maybe even an attempt to feel more noticed by other women.

CARROLL_025080

# Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.

⟋ MARTHA/MATT ×

**Sports Justice** sports_justice@gmx.com via gmx.net

to E.Jean, dori.weintraub, slazin, awarren ▾

Tue, Jun 25, 3:12 PM

Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.

Confidential

CARROLL_028326

Message

| | |
|---|---|
| **From:** | AskEJean [ejean@askejean.com] |
| on behalf of | AskEJean <ejean@askejean.com> [ejean@askejean.com] |
| **Sent:** | 1/4/2020 11:18:13 PM |
| **To:** | ejean@askejean.com |
| **Subject:** | Write to E.Jean |

**The sender wishes to be ANONYMOUS**

Can you meet me at bergdorf Goodman\'s dressing room want to touch that pussy again. Donald

From,
ejean@askejean.com

Copyright © 2020 AskEJean

Confidential

CARROLL_026329

Message
_____

| | |
|---|---|
| **From**: | Diane Piazza [scottie7389@outlook.com] |
| on behalf of | Diane Piazza <scottie7389@outlook.com> [scottie7389@outlook.com] |
| **Sent**: | 1/10/2020 3:20:21 PM |
| **To**: | E.Jean@AskEJean.com |
| **Subject**: | SPECTACULAR! |

Where were you 23 years ago now you have the audacity to accuse Mr. Trump of rape you ugly lying bitch take a hike.

CARROLL_026331

Message

| | |
|---|---|
| **From:** | E. Jean Carroll [e.jean@askejean.com] |
| **on behalf of** | E. Jean Carroll <e.jean@askejean.com> [e.jean@askejean.com] |
| **Sent:** | 2/19/2020 7:36:05 PM |
| **To:** | Rosman, Katie [katherine.rosman@nytimes.com] |
| **Subject:** | Fwd: Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires. |

Reader very upset.

---------- Forwarded message ---------
From: **Sports Justice** <sports_justice@gmx.com>
Date: Tue, Jun 25, 2019 at 3:12 PM
Subject: Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.
To: <E.Jean@askejean.com>, <dori.weintraub@stmartins.com>, <slazin@aevitascreative.com>, <awarren@aevitascreative.com>

Raped by Trump? Present your evidence, E.J. Carroll, you lying sleep-around known by more penises than Julius Caesar and Pompey had legionnaires.

CARROLL_026473

Message
_____

**From:**      imaseeker1@aol.com [imaseeker1@aol.com]
**Sent:**      2/19/2020 7:49:59 PM
**To:**        e.jean@askejean.com
**Subject:**   JUST CURIOUS......


WHY DIDN'T YOU FILE A POLICE REPORT OR BRING THIS UP BEFORE NOW REGARDING TRUMP ASSAULTING
YOU?
....HAVE YOU EVER HAD AN AFFAIR DURING YOUR MARRIAGE SINCE YOUR HUSBAND SUFFERED FROM
MICRO PENIS SYNDROME AND DRESSED IN WOMEN'S LINGERIE?

CARROLL_026479

Case 1:20-cv-07311-LAK Document 116-14 Filed 01/12/23 Page 18 of 84

# Write to E.Jean

**AskEJean** ejean@askejean.com <u>vi</u>... Sat, Jan 4, 6:18 PM

to ejean ▾

## The sender wishes to be ANONYMOUS

Can you meet me at bergdorf Goodman\'s dressing room want to touch that pussy again. Donald

From,

<u>ejean@askejean.com</u>

Copyright © 2020 <u>AskEJean</u>

| Sure, what time? | No, I can't. | Who are you? |
| --- | --- | --- |

| ← Reply | ◄◄ Reply all | ↑ Forward |

CARROLL_026596

Confidential

Message

| | |
|---|---|
| **From**: | Bob Ruberry [bobruberry@hotmail.com] |
| on behalf of | Bob Ruberry <bobruberry@hotmail.com> [bobruberry@hotmail.com] |
| **Sent**: | 9/8/2020 6:08:08 PM |
| **To**: | E.Jean@AskEJean.com |
| **Subject**: | oh look... |

another Trump hit job during an election cycle
your a liar and fraud

bob

Confidential



oh look... ‹ MARTHA/MATT ›

**Bob Ruberry** <bobruberry@hotmail.com>
to E.Jean@AskEJean.com ▾

another Trump hit job during an election cycle

your a liar and fraud

bob

2:08 PM (1 hour ago)

CARROLL_028059

Confidential

**A816**

Message
_____

**From:**         Sam Lupowitz [samlupowitz@aol.com]
on behalf of    Sam Lupowitz <samlupowitz@aol.com> [samlupowitz@aol.com]
**Sent:**         9/9/2020 10:47:19 AM
**To:**            EJeanCarroll@gmail.com

Good morning.

What were you doing with Donald Trump in your dressing room in the women's department at Bergdorf's in
the first place?

Women are too much.  They wear makeup and lipstick and sexy clothes and heels designed solely to excite
men, and they flirt with men for the sole purpose of exciting them, and then when a man's testosterone
kicks in, the woman claims she was molested.

This absurdity and shift in society must stop.

Even with Epstein who was undoubtedly a sleaze, the idea that all those girls who repeatedly went to his
home to massage him were rape victims is ridiculous.

Sam

Sent from my iPhone

Confidential                                        

**A817**

---

Message

---

| | |
|---|---|
| **From:** | Laura Sprywa [lsprywa@gmail.com] |
| on behalf of | Laura Sprywa <lsprywa@gmail.com> [lsprywa@gmail.com] |
| **Sent:** | 9/9/2020 11:12:29 PM |
| **To:** | EJeanCarroll@gmail.com |
| **Subject:** | Accusation |

Dear Ms. Carroll,

It saddens women that you would bring out your accusation against President Trump at this time in 2020 claiming that he raped you in the 1990s. It disgusts women who truly have been attacked by men and raped. How can you live with your conscience? If you knew you would be accountable for your words and actions tomorrow and the truth comes out, what would you do differently? Money can only be spent in this life and then we have to give account of how we lived our lives after our death. How many more years do you have to live? Would you do anything differently? It is not too late!

Laura

CARROLL_028115

Message

| | |
|---|---|
| **From:** | Bill Brunson [nwrsupertech@yahoo.com] |
| **on behalf of** | Bill Brunson <nwrsupertech@yahoo.com> [nwrsupertech@yahoo.com] |
| **Sent:** | 10/27/2020 3:13:53 PM |
| **To:** | E.Jean@askEJean.com |
| **Subject:** | Sex to advance yourself. |

So Donald dated you. Had sex with you then decided to move on. Now 26 years later you're all butt hurt over being used. Boo hoo. You were lucky i would never have had sex with you. You're hideous. So me personally you can go take a flying fyck. Your are disgusting. That dyke hair cut.

Sent from Yahoo Mail on Android

Message

| | |
|---|---|
| **From:** | E. Jean Carroll [e.jean@askejean.com] |
| **on behalf of** | E. Jean Carroll <e.jean@askejean.com> [e.jean@askejean.com] |
| **Sent:** | 10/28/2020 4:05:12 AM |
| **To:** | Rita McDonald [rvmcdonald@icloud.com] |
| **Subject:** | Re: E. Jean Carroll |

Sorry, Rita, I am not in Indiana!

On Tue, Oct 27, 2020 at 9:57 PM Rita McDonald <rvmcdonald@icloud.com> wrote:
WHY?  The public will simmer or late Thank r get to you.  If you do not FORGIVE Trump, then The GOOD LORD will NOT FORGIVE "U" Of Your SINS.  Knowing Trump and everything He Has Done For America.  Bidens Family is in deep legal trouble and WILL Destroy America.  You are in Indiana.  Look at cities Burned to the ground. Structures and monuments.  Could be in Indiana. Pence is from there!  SO please Drop It!   Your Sins Will Not Be Forgiven IF you do NOT forgive Trump.  May God lead guide and direct your PATHS.

Sent from my iPhone

Confidential

CARROLL_028592

Message

| | |
|---|---|
| **From:** | kuke@dakotacom.net [kuke@dakotacom.net] |
| **Sent:** | 6/8/2021 3:24:58 AM |
| **To:** | E.Jean@AskEJean.com |
| **Subject:** | President Trump |

You make me sick to my stomach.  Why on earth would you bring about
allegations against President Trump decades after he took office?  You
do not seem to be a woman he would be interested in, even decades ago.
Please explain.
  He had/has much better taste than you.  You are not attractive in the
slightest.  Why are you insistent upon defaming my president?  Oh, a
story to get you fame and money.  Like I said, you make me sick!

Confidential

# Chats



| 2 | Isaac Blanchard | 0 |

3/11/2022

**Isaac Blanchard**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Hope you get raped stupid bitch

03/11/2022
04:53:19
PM
(UTC-5)

**Isaac Blanchard**
To: Facebook account copy (facebook-EJeanCarroll.zip)

And hopefully you rot in jail dumb bitch

03/11/2022
04:54:29
PM
(UTC-5)

1

CARROLL_029774

Message

| | |
|---|---|
| **From:** | E. Jean Carroll [ejeancarroll@substack.com] |
| **on behalf of** | Bobert Bombbarthamue <forum@mg1.substack.com> [forum@mg1.substack.com] |
| **Sent:** | 3/16/2022 1:13:49 AM |
| **To:** | ejeancarroll@gmail.com |
| **Subject:** | Comment on Adios, Asshole!! |



Ask E. Jean

   **Bobert Bombbarthamue**

Trump wants your golden shower and grab your cunt you would love it

LikeReplyViewMute thread

178

Confidential
CARROLL_029775

# Chats



Confidential                              CARROLL_024475

# Chats

3 Tracy Feifer 0

6/21/2019

TF Tracy Feifer
To: Facebook account copy (facebook-EJeanCarroll.zip)

oh so now you turned off the comment box because you can't HANDLE THE FUCK THAT A LOT OF US LADIES DON'T LIKE LIARS ??
MAYBE YOU SHOLD HAVE KEPT YOUR MOUTH SHUT CULO
i'll repeat what I said before because, I want you to get it THROUGH YOUR THICK STUPID SKULL ...
NO WOMAN SHOULDN'T BE LYING ABOUT BEING RAPED OR SEXUALLY ASSAULTED !!
you better have PROVE OF THIS CHICA
THIS BITCH NEEDS TO SHUT UP !! the only reason why she's running her mouth now is to hope that she can HELP THE DEMOCRATS TO GET President Donald J. Trump OUT OF OFFICE !!
I was raped 7 times in MY FUCKNNG LIFE. from the ages of 11 years old to 21 years old ... TWO, MAIN FACTORS , AS TO WHY I GOT RAPED , ( ONE I AM DISABLE , TWO , it started happening when I was a child ).. so I know what SEXUAL ASSAULT / RAPE IS ALL ABOUT ! THIS BITCH RIGHT HERE , CULO FUCKING CARROLL is just A HATING ON ONE MAN FOR NO FUCKING DAMN REASON !!
JEAN HEAR THIS ,STEP THE FUCK OFF NOW !!! ...
WHY BRING THIS SHIT UP NOW SINCE IT SUPPOSEDLY HAPPEN IN THE 90S YOU FUCKING CULO ?? I'M SICK OF YOU LADIES LYING !! I CAN'T STAND LIARS !!! SO ... DO ME A FAVOR CHICA
shut up

06/21/2019 02:19:17 PM (UTC-4)

TF Tracy Feifer
To: Facebook account copy (facebook-EJeanCarroll.zip)

AND by the way I don't take no kind to a "he said , she said BULLSHIT !!

06/21/2019 02:20:45 PM (UTC-4)

TF Tracy Feifer
To: Facebook account copy (facebook-EJeanCarroll.zip)

one more thing ... AND YOU SHOULD KNOW THIS BY NOW
FAME = SHAME = PAIN
YOU ARE INSANE

06/21/2019 03:10:55 PM (UTC-4)



# Chats

18 Linda Kubath 0

6/21/2019

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Im really tired of women claiming victim
06/21/2019 03:03:45 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Did Mr trump force u into lingerie Dept did he give you to dressing room
06/21/2019 03:04:23 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Get outta here you had to be what 40+
06/21/2019 03:04:44 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
You also claim other men did same thing to you
06/21/2019 03:05:10 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Do u not take responsibility your actions cuz I have a real hard time believing this kept happening to you
06/21/2019 03:05:52 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Wow 20 years later you make claims
06/21/2019 03:06:38 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Fake news sweetheart
06/21/2019 03:06:50 PM (UTC-4)





18 Linda Kubath 0

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Call me anytime
06/21/2019 03:07:18 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
I am not at all minimizing assaults I just think a lot of women cry victim without take responsibility for their own actions
06/21/2019 03:33:57 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Assault is never ok
06/21/2019 03:34:11 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
The facts that you wrote we ended up lingerie was your choices
06/21/2019 03:34:55 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Your choice to head to a dressing room with a man u didn't know
06/21/2019 03:35:22 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
If anythibg is true at all but sounds fishy
06/21/2019 03:35:52 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Timing
06/21/2019 03:36:04 PM (UTC-4)

LK Linda Kubath
To: Facebook account copy (facebook-EJeanCarroll.zip)
Attn to your book etc
06/21/2019 03:36:11 PM (UTC-4)



Confidential

CARROLL_024479

# Chats



Confidential                                                          CARROLL_028549

# Chats



Confidential

CARROLL_030105

# Chats



6/21/2019

**Richard Bulman**
To: Facebook account copy (facebook-EJeanCarroll.zip)

bullshit. who's paying you? and i didnt vote for him, but to lower yourself like this is bullshit. 25 yrs? lol

06/21/2019
10:39:10
AM
(UTC-4)

6/22/2019

**Richard Bulman**
To: Facebook account copy (facebook-EJeanCarroll.zip)

been assaulted lately in your shorts douchebag?

06/22/2019
10:49:29
AM
(UTC-4)

1

CARROLL_030106

# Chats



1                Joe Yesyes               0

6/21/2019

**JY**   Joe Yesyes
To: Facebook account copy (facebook-EJeanCarroll.zip)

Fuck off. If Trump tried to rape you in 90's you would have spouted off about it a lot sooner than this. Also, Trump was dating young beautiful women at that time. I don't think he would have tried to rape an old below average looking woman. You fucking far left sacks of shit just don't know when to stop. Fuck all the way off.

06/21/2019
12:54:30
PM
(UTC-4)

1

**A832**

# Chats



2   **David Welty**   0

6/21/2019

**David Welty**
To: Facebook account copy (facebook-EJeanCarroll.zip)

HAHAHAHA TRUMP IS GOING TO SUE YOUR ASS AGAINST THESE FAKE RAPE CHARGES. YOU ARE A DISGUSTING BIMBO, WHEN WILL YOUR TYPE LEARN? GET WRECKED, SLUT

06/21/2019
01:29:48
PM
(UTC-4)

**David Welty**
To: Facebook account copy (facebook-EJeanCarroll.zip)

I GUESS THIS IS WHAT YOU NEED TO DO TO PROMOTE A BOOK. OTHERWISE, NO ONE ALIVE TODAY KNOWS WHO THE HELL YOU ARE. CHRSITINE BLASEY FORD #2

06/21/2019
01:30:54
PM
(UTC-4)

1

CARROLL_030108

# Chats



trump wouldn't stoop that low, get a life

Confidential                                                                                                    CARROLL_030111

# Chats



Confidential                                                          CARROLL_030112

**A835**

# Chats



| | Stacy Board | 0 |
|---|---|---|

6/21/2019

**Stacy Board**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Your a liar and I pray your exposed...most have awoken and realize the games you crazies are playing ..

06/21/2019
03:26:48
PM
(UTC-4)

1

CARROLL_030113

# Chats



Confidential                                                                    CARROLL_030114

# Chats



> You lying ugly old hag! You are disgusting and your karma will come back to you. You dems will say anything even long after trump is president. Your a fn disgrace!

Confidential

CARROLL_030115

# Chats



Confidential                                                                                                    CARROLL_030116

# Chats



| 2 | Glenn Rebenstorf | 0 |

6/21/2019

**Glenn Rebenstorf**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Here is her YouTube Channel. All you need to see her devious LYING character is RIGHT THERE ON FULL DISPLAY.
Laughably stupid fools would trust this witch!!!
https://www.youtube.com/user/AskEJean
https://www.youtube.com/user/AskEJean
The Father, Son and Holy Spirit will bring you fully down to zero just like God did to Michael Avenatti!
https://www.youtube.com/channel/UCwcTpnqp49Q0Ioq_H9C8xKA
https://www.youtube.com/channel/UCwcTpnqp49Q0Ioq_H9C8xKA

https://www.youtube.com/user/AskEJean
https://www.youtube.com/user/AskEJean
https://www.youtube.com/channel/UCwcTpnqp49Q0Ioq_H9C8xKA
https://www.youtube.com/channel/UCwcTpnqp49Q0Ioq_H9C8xKA

06/21/2019
03:36:15
PM
(UTC-4)

**Glenn Rebenstorf**
To: Facebook account copy (facebook-EJeanCarroll.zip)

Too bad you decided to come against President Trump. Now watch God deal with you!!!
WATCH!!!

06/21/2019
03:37:27
PM
(UTC-4)

1

CARROLL_030117

# Chats



Michael Drury

6/21/2019

Michael Drury
To: Facebook account copy (facebook-EJeanCarroll.zip)

Your nothing but a liar! Trump did nothing to you! Your only saying this to promote your book! You have to answer to the LORD for your lies! I hope it is worth it?!

06/21/2019
06:09:20
PM
(UTC-4)

1

Confidential

# Chats



4   Brian Flowers   0

6/22/2019

**Brian Flowers**
To: Facebook account copy (facebook-EJeanCarroll.zip)

so your career is floundering and you lie for attention?

06/22/2019 12:09:34 AM (UTC-4)

**Brian Flowers**
To: Facebook account copy (facebook-EJeanCarroll.zip)

if you were really assaulted you would have spoke up 23 years ago.

06/22/2019 12:09:43 AM (UTC-4)

**Brian Flowers**
To: Facebook account copy (facebook-EJeanCarroll.zip)

you obviously just want to sell your new book

06/22/2019 12:10:43 AM (UTC-4)

**Brian Flowers**
To: Facebook account copy (facebook-EJeanCarroll.zip)

but guess what. youre gonna be falsely accused of sexual assault next week except its gonna be a current accusation. and while youll come out as innocent in the end. it will completely destroy your credibility and book sales

06/22/2019 12:11:28 AM (UTC-4)

1

CARROLL_030119

# Chats

2 VJ Zimmerman 0

6/22/2019

VZ

VJ Zimmerman

To: Facebook account copy (facebook-EJeanCarroll.zip)

WHAT A TITLE... FOR A BOOK.... HOW MUCH ARE YOU AND THE DEMS PAYING FOR YOUR LIES ABOUT OUR PRESIDENT... YOU ONLY WISH YOU HAD A CHANCE..... HAHAHAHA YOU ARE SINGLE BECAUSE YOU HAVE NO RESPECT FOR A MAN,,, ANY MAN,,, AND WOMEN LIKE YOU DESERVE TO BE ALONE...HAHAHAH AND THE DEMOCRATS WILL NOT BECOME PRESIDENT, ETC.. BECAUSE WITH ALL OF THEIR CONTINUOUS THREE PLUS YEARS OF HATE, LIES, AND PROPOGANDA.... WE SURELY WANT OUR COUNTRY TO BE SAFE AND FREE.... THAT IS WHY DONALD J. TRUMP... WILLL BE..... READ MY LIPS.... HE WILL BE PRESIDENT STILL,,, INTO 2020 PLUS.. AMEN...... YOU ARE WORKING FROM THE EVIL SIDE OF LIFE...... WE PRAY FOR YOUR SOULS..... DAILY...... AMEN.... YOU ALL NEED .. GOD....................

06/22/2019 04:43:08 AM (UTC-4)

VZ

VJ Zimmerman

To: Facebook account copy (facebook-EJeanCarroll.zip)

THE ONLY PEOPLE WHO WILL READ YOUR TRASHY LYING BOOK ARE OTHERS LIKE YOU.. THE.. METOOMOVEMENT,,,,, WOMEN FULL OF HATE AND NASTY...... ANYONE WANT A BIBLE....... YOU CAN FIND THEY ARE EVEN FREE TO THOSE OF YOU WHO NEED ONE FOR THE TRUTHS OF LIFE,,, AND GOD HIMSELF..... ACTUALLY,, THE BIBLE IS STILL THE NUMBER ONE SELLER IN THE WORLD...... AMEN...

06/22/2019 04:45:43 AM (UTC-4)



# Chats



# Chats



# Chats



# Chats



Confidential                                                                    CARROLL_030124

# Chats



1                        Dave Mcinnes                      0

6/23/2019

**Dave Mcinnes**
To: Facebook account copy (facebook-EJeanCarroll.zip)

1. You ALLOW folks to use the word rape. Was there penetration? 2. Why were YOU ever in the dressing room? 3. Did he stop when you "demanded" as much, or, did you overpower this "very large man"? If you want ANY credibility at all, you need to tell the WHOLE story! Personally, I think perhaps something similar did happen, but the way you are fast and loose with your story screams Liberal Nutjob. Thank you.

06/23/2019
12:34:48
AM
(UTC-4)

Confidential

CARROLL_030125

# Chats

3 Kathleen Woolard 0

6/22/2019

KW

Kathleen Woolard

To: Facebook account copy (facebook-EJeanCarroll.zip)

Hi e.jean Carroll I want to tell you that you are a lying bitch!I believe Trump!why would he want to rape you when you are so frickin ugly!go get a life and leave President Trump alone!why don't you home and let your mommy change your diaper and give you your bottle and put you to bed!

06/22/2019 06:19:55 PM (UTC-4)

KW

Kathleen Woolard

To: Facebook account copy (facebook-EJeanCarroll.zip)

Kathleen added you on Messenger.

06/22/2019 06:20:07 PM (UTC-4)

7/24/2019

KW

Kathleen Woolard

To: Facebook account copy (facebook-EJeanCarroll.zip)

I feel so sorry for you Jean carroll especially when you lie!I am praying for you cause some day you will answer to God about all your lies about Trump!

07/24/2019 01:36:10 PM (UTC-4)

# Chats



Confidential

# Chats

3 Nellie Marsell 0

6/23/2019

NM

Nellie Marsell

To: Facebook account copy (facebook-EJeanCarroll.zip)

You wish that trump raped you you a big sick f lier il you think you sell your book that way,you wrong. Trump sure would look for a better looking woman than you ugly face. You should be a shame of your self now after 29 years you a sick person.you better proof this bitch.

06/23/2019 02:47:37 PM (UTC-4)

NM

Nellie Marsell

To: Facebook account copy (facebook-EJeanCarroll.zip)

posts/media/stickers_used/851575_126362190881911_254357215_n_126362187548578.png

06/23/2019 02:47:46 PM (UTC-4)

851575_126362190
881911_254357215
_n_1263621875485
78.png



Confidential

# Chats



Confidential

# Chats



Steve Pietruniak

Steve Pietruniak
To: Facebook account copy (facebook-EJeanCarroll.zip)

Your interview with CNN was absolutely insane. You're lying you horrible, horrible piece of human garage. You're removing the credibility of women who were actually raped. You just want fame and have jumped on the anti-trump bandwagon with no facts. Go back in the hole you came from.

06/24/2019
12:28:22
PM
(UTC-4)

# Chats



Confidential

# Chats



Confidential