

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ, NY & PA

October 3, 2023

**VIA ECF**
Catherine O'Hagen Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Carroll v. Trump, Court of Appeals Docket Nos. 23-1045 & 23-1146**

Dear Ms. O'Hagan Wolfe:

    Per the Court's instructions, please be advised that any redactions contained in the Appendix reflect the same redactions that were submitted to the District Court in the above captioned matter.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,

    Michael T. Madaio, Esq.
    For HABBA MADAIO & ASSOCIATES LLP