# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Carroll v. Trump** Docket No.: **23-1045**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Kate Harris**

Firm: **Kaplan Hecker & Fink LLP**

Address: **1050 K Street NW, Suite 1040, Washington, DC 20001**

Telephone: **212-763-0883** Fax:

E-mail: **kharris@kaplanhecker.com**

Appearance for: **E. Jean Carroll, Plaintiff-Counter-Defendant-Appellee**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Roberta A. Kaplan, Kaplan Hecker & Fink LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **9/8/2023** OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Kate Harris**

Type or Print Name: **Kate Harris**