# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ʳᵈ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2537
DIRECT EMAIL    jmatz@kaplanhecker.com

November 20, 2023

BY CM/ECF

Catherine O'Hagan Wolfe
Clerk of the Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Carroll v. Trump*, Nos. 23-1045, 23-1146

Dear Ms. O'Hagan Wolfe,

    I write on behalf of Plaintiff-Appellee E. Jean Carroll in response to the letter submitted by Defendant-Appellant Donald J. Trump on November 16, 2023. In that letter, Mr. Trump states that "the June 24 statement should no longer be considered a subject of the instant appeal."

    I have attached the letter to Judge Kaplan in which Ms. Carroll set forth her position as to Mr. Trump's June 24, 2019 statement. *See* Appendix A. There, Ms. Carroll confirmed that she does not intend to "pursue defamation liability in connection with Defendant's June 24 Statement." She added: "[W]e believe Defendant's June 24 Statement is relevant to the question of punitive damages, and we expect to present evidence to the jury relating to the June 24 Statement at trial for that purpose only." Ms. Carroll's letter did not address presidential absolute immunity. This Court would need to determine whether such immunity covers Mr. Trump's series of statements in June 2019 only if it were to hold that Mr. Trump has not waived his immunity defense. If this Court does reach the immunity issue, Ms. Carroll's recent letter to Judge Kaplan is not properly read as disclaiming the contextual relevance of Mr. Trump's June 24 statement.

Respectfully Submitted,

*[signature]*

Joshua Matz

# Appendix A

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL    rkaplan@kaplanhecker.com

October 17, 2023

**VIA ECF**

The Honorable Lewis A. Kaplan
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Carroll v. Trump*, No. 20 Civ. 07311 (LAK)

Dear Judge Kaplan:

    We write on behalf of Plaintiff E. Jean Carroll in response to the Court's Order dated October 11, 2023 directing the parties to articulate their position with respect to whether Defendant Donald Trump defamed Ms. Carroll on June 24, 2019 (the "June 24 Statement"). ECF 219.

    In order to avoid unnecessary motion practice, we hereby inform the Court that Ms. Carroll does not intend to pursue defamation liability in connection with Defendant's June 24 Statement, although we do still intend to hold Defendant liable for defamation in connection with Defendant's statements on June 21 and 22, 2019. We have notified Defendant's counsel of this decision.

    In the interest of completeness, however, we note that we believe Defendant's June 24 Statement is relevant to the question of punitive damages, and we expect to present evidence to the jury relating to the June 24 Statement at trial for that purpose only. *See Carroll v. Trump*, No. 20 Civ. 7311, 2023 WL 4744176, at *2 & n.9 (S.D.N.Y. July 25, 2023) (Trump's "subsequent statements" about Ms. Carroll are relevant to punitive damages (citing *Celle v. Filipino Rep. Enters. Inc.*, 209 F.3d 163, 184–85 (2d Cir. 2000))); *Carroll v. Trump*, No. 20 Civ. 7311, 2023 WL 5017230, at *9 (S.D.N.Y. Aug. 7, 2023) (same).

Respectfully submitted,

*Roberta A. Kaplan*

Roberta A. Kaplan

cc:    Counsel of Record (via ECF)