# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-1045; 23-1146

**Caption [use short title]**

**Motion for:** Stay of mandate pursuant to FRAP 41(d)(1) and stay of district court proceedings pursuant to FRAP 8(a)

Set forth below precise, complete statement of relief sought:

Appellant respectfully requests a 90-day stay of the mandate following the Panel's December 13, 2023 Opinion and an indefinite stay of the district proceedings throughout the remaining pendency of all appellate proceedings.

**E. Jean Carroll v. Donald J. Trump**

**MOVING PARTY:** Donald J. Trump    **OPPOSING PARTY:** E. Jean Carroll

☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Michael T. Madaio    **OPPOSING ATTORNEY:** Roberta Kaplan

[name of attorney, with firm, address, phone number and e-mail]

Habba Madaio & Associates LLP
1430 US Highway 206, Ste. 240 Bedminster, New Jersey 07921
T: (908) 869-1188; mmadaio@habbalaw.com

Kaplan Hecker & Fink LLP
350 Fifth Avenue, 63rd Floor New York, New York 10118
T: (212) 763.0883; rkaplan@kaplanhecker.com

**Court- Judge/ Agency appealed from:** Southern District of New York, Hon. Lewis A. Kaplan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed   ☑ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes   ☐ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☑ Yes ☐ No
Has this relief been previously sought in this court?   ☑ Yes ☐ No
Requested return date and explanation of emergency: December 29, 2023
Given that trial in this matter is scheduled for January 16, 2024, Appellant's immunity defense will be rendered moot and forever lost if he is forced to stand trial before this issue is resolved.

Is oral argument on motion requested?   ☑ Yes   ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Michael T. Madaio    **Date:** 12/21/2023    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)