# 23-1045
# 23-1146

## United States Court of Appeals
## For the Second Circuit

_____

E. JEAN CARROLL,

*Plaintiff-Counter*
*Plaintiff-Appellee*

-against-

DONALD J. TRUMP,

*Defendant-Counter*
*Claimant-Appellant.*

_____

**DECLARATION OF MICHAEL T. MADAIO, ESQ. IN SUPPORT OF DEFENDANT-APPELLANT'S EMERGENCY MOTION FOR A STAY OF MANDATE AND STAY OF DISTRICT COURT PROCEEDINGS**

_____

MICHAEL T MADAIO, ESQ.
HABBA MADAIO & ASSOCIATES, LLP
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
      -and-
112 West 34th Street, 17th & 18th Floors
New York. New York 10120
mmadaio@habbalaw.com

1

# DECLARATION

I, Michael T. Madaio, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel for the Defendant-Counter-Claimant-Appellant, Donald J. Trump ("President Trump"). I submit this declaration in support of President Trump's emergency motion for a stay of mandate pursuant to Rule 41(d)(1) and a stay of district court proceedings pursuant to Rule 8(a).

2. Attached as **Exhibit A** is a true and correct copy of the Opinion issued by the Second Circuit on December 13, 2023.

3. Attached as **Exhibit B** is a true and correct copy of the Order by the Honorable Lewis A. Kaplan dated July 5, 2023 denying President Trump's Motion for Summary Judgment.

4. Attached as **Exhibit C** is a true and correct copy of the Order by the Honorable Lewis A. Kaplan dated August 18, 2023 denying President Trump's Motion for a Stay Pending Litigation.

5. Attached as **Exhibit D** is a true and correct copy of Email Correspondence to Counsel for Plaintiff-Counter-Defendant-Appellee, E. Jean Carroll ("Plaintiff-Appellee").

6. On December 20, 2023, I contacted counsel for the Plaintiff-Appellee by e-mail, to advise that President Trump would be filing an emergent motion for a stay and inquired as to whether they consented to or opposed the relief sought. Counsel advised that they intended to oppose President Trump's request for a stay. *See* **Exhibit D**.

7. In accordance with Local Rule 27.1(d)(1), my office contacted the Clerk of the Second Circuit on December 21, 2023, via telephone, to advise of the instant application.

8. This request is urgent and time-sensitive, and emergent relief is necessary, due to the upcoming trial in the underlying action which is currently scheduled to commence on January 16, 2024 a mere twenty-six days from the date of this filing. Since this appeal goes directly to President Trump's immunity from suit altogether—a particular concern for prominent political figures such as President Trump—a decision applying such immunity *after* President Trump is forced to stand trial will render his presidential immunity defense moot. In such a scenario, the defense will be forever lost and President Trump will be irreparably harmed.

9. President Trump respectfully submits that his right to the requested relief will be irreparably lost if this Court does not grant a stay.

10. For the reasons explained in the attached Memorandum of Law, and pursuant to Local Rule 27.1(d)(4), President Trump respectfully requests that the Court: (i) enter an order pursuant to Fed. R. App. P. 41(d)(1) for a 90-day stay of the mandate pending the filing of a petition for writ of certiorari following the Panel's December 13, 2023 Opinion, to allow time for evaluation of a petition for writ of certiorari and other procedural options; and (ii) enter an order pursuant to Fed. R. App. P. 8(a) granting an emergency stay of all proceedings and deadlines before the District Court until all questions concerning the viability of President Trump's presidential immunity defense have been fully and finally resolved.

11. Given the emergent nature of the instant request for a stay, President Trump requests a return date of December 29, 2023, or as soon as is otherwise practicable.

Dated: December 21, 2023

Respectfully submitted,

*s/ Michael T. Madaio*
Michael T. Madaio, Esq.
Habba Madaio & Associates, LLP
1430 US Highway 206, Suite 240
Bedminster, NJ 07921

-and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: mmadaio@habbalaw.com

*Attorneys for Defendant-Appellant,
President Donald J. Trump*