UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Carroll v. Trump | USCA DOCKET NUMBER:<br>23-1045, 23-1146 | COUNSEL'S NAME:<br>Joshua Matz |
| | DISTRICT/AGENCY:<br>SDNY | COUNSEL'S ADDRESS:<br>Kaplan Hecker & Fink LLP<br>1050 K Street NW, Suite 1040<br>Washington, DC 20001 |
| | DISTRICT/AGENCY NUMBER:<br>20-cv-7311 | DATE:<br>12/27/2023 |

Counsel for Plaintiff-Appellee respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Defendant-Appellant and in favor of Plaintiff-Appellee for insertion in the mandate.

Docketing Fee                                                                n/a

Costs of printing appendix (necessary copies  6  )        $558.12

Costs of printing brief (necessary copies  6  )              $262.22

Costs of printing reply brief (necessary copies  n/a  )    n/a

**(VERIFICATION HERE)**

/s/ Joshua Matz
Signature

Rev. April, 2011

## **VERIFICATION**

I, Joshua Matz, declare under penalty of perjury that the forgoing costs are correct and were necessarily incurred in this appeal and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs has been served on all parties via CM/ECF service.

Dated: Washington, DC
       December 27, 2023

                                     */s/ Joshua Matz*
                                     Joshua Matz
                                     Kaplan Hecker & Fink LLP
                                     1050 K Street NW, Suite 1040
                                     Washington, D.C., 20001
                                     Telephone: (212) 763-0883
                                     jmatz@kaplanhecker.com

                                     *Counsel for Plaintiff-Appellee*



**Appellate Consulting and Management**

229 West 36th Street, 8th Floor | New York, NY 10018
Telephone: 212.619.4949 | Fax: 212.608.3141

December 27, 2023

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
New York, New York
10019

Carroll v. Trump
Appellee's Brief &
Appellee's Supplemental Appendix
United States Court of Appeals - Second Circuit

# ITEMIZED BILL OF COSTS

Typesetting, Printing and Binding

**Docket No. 23-1045(L); 23-1146(CON)**

Appellee's Brief - 6 Copies / 72 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | | 125.00 |
| 432 | Printed 72 Text Pages x 6 Copies | $ 0.20 | | 86.40 |
| 6 | Perfect Bound Books | $ 5.00 | | 30.00 |
| | | | SUB-TOTAL: | 241.40 |
| | | | NYC SALES TAX: $ | 20.82 |
| | | | | **$262.22** |

Appellee's Supplemental Appendix - 6 Copies / 299 Pages

| | | | | |
|---|---|---|---|---|
| 1 | 1-Sided Cover | $ 125.00 | | 125.00 |
| 1794 | Printed 299 Text Pages x 6 Copies | $ 0.20 | | 358.80 |
| 6 | Perfect Bound Books | $ 5.00 | | 30.00 |
| | | | SUB-TOTAL: | 513.80 |
| | | | NYC SALES TAX: $ | 44.32 |
| | | | | **$558.12** |

We certify that the stated charges are based on the necessary copies needed to serve and file. The price is comparable to industry standards.

**TOTAL:** **$820.34**