# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of December, two thousand twenty-three.

Before:     José A. Cabranes,
                Denny Chin,
                Maria Araújo Kahn,
                    *Circuit Judges.*

---

E. Jean Carroll,

    Plaintiff-Counter-Defendant-Appellee,

v.

Donald J. Trump, in his personal capacity,

    Defendant-Counter-Claimant-Appellant.

**ORDER**

Docket Nos. 23-1045(L), 23-1146(Con)

---

    Appellant moves to stay the issuance of the mandate and to stay district court proceedings during the pendency of remaining appellate proceedings. Appellee moves the Court to issue the mandate on January 5, 2024 and/or enter an order confirming that the district court otherwise maintains jurisdiction to proceed with the case.

    IT IS HEREBY ORDERED that the motions are DENIED.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court