# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of January, two thousand twenty-four.

Before:      José A. Cabranes,
                 Denny Chin,
                 Maria Araújo Kahn,
                     *Circuit Judges.*

---

E. Jean Carroll,

         Plaintiff-Counter-Defendant-Appellee,

v.

Donald J. Trump, in his personal capacity,

         Defendant-Counter-Claimant-Appellant.

---

**ORDER**

Docket Nos. 23-1045(L), 23-1146(Con)

     Appellant has filed an application, contained within the pending petition for rehearing or rehearing en banc, to stay district court proceedings.

     IT IS HEREBY ORDERED that the application is DENIED.

                                                                     For the Court:

                                                                     Catherine O'Hagan Wolfe,
                                                                     Clerk of Court