# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of January, two thousand twenty-four.

_____

E. Jean Carroll,

    Plaintiff-Counter-Defendant-Appellee,

v.

Donald J. Trump, in his personal capacity,

    Defendant-Counter-Claimant-Appellant.

_____

**ORDER**

Docket Nos: 23-1045 (Lead)
              23-1146 (Con)

Appellant, Donald J. Trump, has filed a petition for rehearing *en banc*. The active members of the Court have considered the request for rehearing *en banc,* and no active judge having called for a poll,

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk