<h1 style="text-align:center">UNITED STATES COURT OF APPEALS<br>FOR THE<br>SECOND CIRCUIT</h1>

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand twenty-four.

---

E. Jean Carroll,

    Plaintiff-Counter-Defendant-Appellee,

v.

Donald J. Trump, in his personal capacity,

    Defendant-Counter-Claimant-Appellant.

---

**STATEMENT OF COSTS**

Docket Nos. 23-1045(L),
23-1146(Con)

    IT IS HEREBY ORDERED that costs are taxed in the amount of $799.52 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

