# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand twenty-four.

E. Jean Carroll,

    Plaintiff-Counter-Defendant-Appellee,

v.

Donald J. Trump, in his personal capacity,

    Defendant-Counter-Claimant-Appellant.

**STATEMENT OF COSTS**

Docket Nos. 23-1045(L), 23-1146(Con)

IT IS HEREBY ORDERED that costs are taxed in the amount of $799.52 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature and seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/05/2024